IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| Monica Daniel Hutchison, | ) | |
|     *Plaintiff*, | ) ) ) | |
|     vs. | ) ) | Case No. 09-3018-CV-S-RED |
| Texas County, Missouri, Michael R. Anderson, Texas County Prosecuting Attorney & Michael R. Anderson, individually, | ) ) ) ) ) | |
|     *Defendants*. | ) ) | |

## TEXAS COUNTY, MISSOURI'S CERTIFICATE OF SERVICE

I, Corey L. Franklin, hereby certify that the original and one copy of Texas County, Missouri's Second Request to Produce Directed to Plaintiff, along with a CD-Rom containing a virus-free copy of same was served upon counsel for Plaintiff by U.S. first class mail, postage prepaid on the 28th day of April 2010.

    Respectfully submitted,

    THE LOWENBAUM PARTNERSHIP, L.L.C.

    By: */s/ Corey L. Franklin*
        COREY L. FRANKLIN
        IVAN L. SCHRAEDER
        222 South Central Avenue, Suite 901
        St. Louis, Missouri 63105
        314.863.0092 - *Telephone*
        314.746.4848 – *Facsimile*
        clf@lowenbaumlaw.com
        ils@lowenbaumlaw.com

    COUNSEL FOR DEFENDANT –
      *Texas County, Missouri*

## CERTIFICATE OF SERVICE

       I hereby certify that I have on this 28th day of April 2009, served a true and correct copy of the foregoing via the United States District Court for the Western District of Missouri's CM/ECF electronic filing system upon the following counsel of record:

DAVID L. STEELMAN
STEPHEN F. GAUNT
*Steelman, Gaunt & Horsefield*
*901 Pine Street, Suite 110*
*P.O. Box 1257*
*Rolla, Missouri 65402*

COUNSEL FOR PLAINTIFF –
   *Monica Daniel Hutchison*

WARREN E. HARRIS
*Taylor, Stafford, Clithero, Fitzgerald*
  *& Harris, LLP*
*3315 East Ridgeview, Suite 1000*
*Springfield , MO 65804*

COUNSEL FOR DEFENDANT –
   *Michael Anderson*


                               */s/ Corey L. Franklin*