IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**MONICA HUTCHISON**            Date: May 25, 2010

v.            Case No. 09-3018-CV-S-RED

**TEXAS COUNTY, MISSOURI, et al.**

**Honorable Richard E. Dorr, presiding at Springfield, Missouri**

**Nature of Hearing: Telephone Conference re discovery**

**Time Commenced: 4:35 P.M.**      **Time Terminated: 4:45 P.M.**

APPEARANCES

**Plaintiff's counsel: Stephen Gaunt**
**Defendant's counsel: Corey Franklin and Warren Harris**

**Parties represented by above counsel. Issues re the deposition and motion for protective order are discussed and resolved by the court.**

**COURT REPORTER: N/A**
**COURTROOM DEPUTY: Karen Siegert**
**LAW CLERK: Bryan Freres**