# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MONICA DANIEL HUTCHISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 09-3018-CV-S-RED** |
| | ) | |
| **TEXAS COUNTY, MISSOURI,** *et al*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Protective Order Limiting Scope of Deposition of Seth Walker (Doc. 134). A telephone conference was held on May 25, 2010, with counsel for the parties. For the reasons stated during the telephone conference, Plaintiffs' motion is DENIED (Doc. 134).

**IT IS SO ORDERED**.

DATED: <u>May 27, 2010</u>           <u>/s/ Richard E. Dorr</u>
                                           RICHARD E. DORR, JUDGE
                                           UNITED STATES DISTRICT COURT