IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 09-3018-CV-S-RED |
| TEXAS COUNTY, MISSOURI, MICHAEL R. ANDERSON, TEXAS COUNTY PROSECUTING ATTORNEY, and MICHAEL R. ANDERSON, individually, | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

NOTICE IS HEREBY GIVEN that the attorneys for Defendant Anderson, will take the deposition of Brad Gentry to be used in the above-entitled cause, as hereinafter set forth:

**PLACE**

Said deposition will be taken at the Texas County Justice Center, 519 North Grand Avenue, Houston, Missouri 65483.

**TIME**

The deposition will begin at 1:30 p.m., Tuesday, June 29, 2010, and continue until 5:00 p.m. on that day, and commencing at 9:00 a.m. and continuing until 5:00 p.m. on each day thereafter until completed.

**PARTY TO BE DEPOSED**

BRAD GENTRY

-1-

## PURPOSE OF DEPOSITION

All matters which are relevant to the discovery and/or subject of the above-entitled cause of action.

## COURT REPORTER

The deposition will be reported by Alpha Reporting Service, 3230-G S. National, Springfield, MO 65807.

**TAYLOR, STAFFORD, CLITHERO,
FITZGERALD & HARRIS, LLP**

By /s/Warren E. Harris
_____
Warren E. Harris
Missouri Bar No. 40372
wharris@taylorstafford.com
3315 E. Ridgeview, Suite 1000
Springfield, MO 65804
Tel: 417-887-2020
Fax: 417-887-8431
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of May, 2010 the foregoing *Notice of Deposition* was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and counsel for Defendant Texas County, Corey L. Franklin.

/s/ Warren E. Harris
Warren E. Harris