# IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MONICA DANIEL HUTCHISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 09-3018-CV-S-RED |
| vs. | ) | |
| | ) | **Jury Trial Demanded** |
| TEXAS COUNTY, MISSOURI; | ) | |
| MICHAEL R. ANDERSON, | ) | |
| TEXAS COUNTY PROSECUTING | ) | |
| ATTORNEY; and | ) | |
| MICHAEL R. ANDERSON, individually | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO TAKE VIDEO DEPOSITION

**TO:** Corey L. Franklin
Ivan L. Schraeder
The Lowenbaum Partnership, LLC
222 South Central Avenue, Ste. 901
St. Louis, MO  63105

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO  65804

**TIME AND DATE:**       Tuesday, June 29, 2010 at 9:00 a.m.

**PLACE DEPOSITION**       Law Office of Brad Eidson
**TO BE TAKEN:**       112 East Main Street
       Houston, MO  65483

**WITNESS TO BE DEPOSED**:       Brad Eidson

**COURT REPORTER**:       JoAnn Richardson
       20051 State Rt. B
       St. James, MO  65559

**VIDEOGRAPHER/
RECORDING TECHNICIAN**: Gore Perry Reporting & Video Company
515 Olive Street, Ste. 700
St. Louis, MO 63101

Please take notice that at the above time, date and place, we shall cause the deposition of the above witness to be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a shorthand reporter and a suitable Notary Public.

Any party or their attorney may appear and participate as they see fit.

         Respectfully Submitted,

         STEELMAN, GAUNT & HORSEFIELD

    By: /s/ Stephen F. Gaunt
       David L. Steelman   MO Bar #27334
       Stephen F. Gaunt  MO Bar #33183
       901 Pine Street, Ste. 110
       P.O. Box 1257
       Rolla, MO 65402
       Telephone: 573-341-8336
       Fax: 573-341-8548
       sgaunt@steelmanandgaunt.com
       dsteelman@steelmanandgaunt.com

       ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I, Stephen F. Gaunt, hereby certify that on the 29th day of May, 2010 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Corey L. Franklin
Ivan L. Schraeder
The Lowenbaum Patnership, LLC
222 South Central Avenue, Ste. 901
St. Louis, MO 63105
Counsel for Defendant Texas County, Missouri

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO 65804
Counsel for Defendant Michael Anderson

                                                   /s/ Stephen F. Gaunt
                                                       Stephen F. Gaunt