# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 09-3018-CV-S-RED |
| vs. ) | |
| ) | **Jury Trial Demanded** |
| TEXAS COUNTY, MISSOURI; ) | |
| MICHAEL R. ANDERSON, ) | |
| TEXAS COUNTY PROSECUTING ) | |
| ATTORNEY; and ) | |
| MICHAEL R. ANDERSON, individually ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

**TO:** Corey L. Franklin
The Lowenbaum Partnership, LLC
222 South Central Avenue, Ste. 901
St. Louis, MO 63105

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO 65804

**TIME AND DATE:** Monday, June 28, 2010 at 9:00 a.m.

**PLACE DEPOSITION** Missouri Attorney General's Office
**TO BE TAKEN:** 207 W. High Street
Jefferson City, MO 65102

**WITNESS TO BE DEPOSED**: Ronald R. Holliger, Custodian of Records
of the Missouri Attorney General's Office

**COURT REPORTER**: JoAnn Richardson
20051 State Rt. B
St. James, MO 65559

**PURPOSE OF DEPOSITION:** All matters relevant to the discovery and/or subject of the above-entitled cause of action.

**DOCUMENTS TO BE PRODUCED:** Any and all documents and investigative materials, including but not limited to correspondence, notes, emails, reports or memorandums pertaining to an investigation of Monica Daniel requested by the Texas County Prosecuting Attorney Mike Anderson and/or an investigation of computers in the Texas County Prosecuting Attorney's Office requested by Texas County Prosecuting Attorney Mike Anderson.

Please take notice that at the above time, date and place, we shall cause the deposition of the above witness to be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a shorthand reporter and a suitable Notary Public.

Any party or their attorney may appear and participate as they see fit.

        Respectfully Submitted,

        STEELMAN, GAUNT & HORSEFIELD

By: /s/ Stephen F. Gaunt
David L. Steelman   MO Bar #27334
Stephen F. Gaunt  MO Bar #33183
901 Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO  65402
Telephone:  573-341-8336
Fax:  573-341-8548
sgaunt@steelmanandgaunt.com
dsteelman@steelmanandgaunt.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

       I, Stephen F. Gaunt, hereby certify that on the 28th day of May, 2010 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Corey L. Franklin
Ivan L. Schraeder
The Lowenbaum Patnership, LLC
222 South Central Avenue, Ste. 901
St. Louis, MO 63105
Counsel for Defendant Texas County, Missouri

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO 65804
Counsel for Defendant Michael Anderson

                                                /s/ Stephen F. Gaunt
                                                       Stephen F. Gaunt