**IN THE UNITED STATE DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MONICA DANIEL HUTCHISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  09-3018-CV-S-RED** |
| **vs.** | ) | |
| | ) | **Jury Trial Demanded** |
| **TEXAS COUNTY, MISSOURI;** | ) | |
| **MICHAEL R. ANDERSON,** | ) | |
| **TEXAS COUNTY PROSECUTING** | ) | |
| **ATTORNEY; and** | ) | |
| **MICHAEL R. ANDERSON, individually** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AMENDED NOTICE TO TAKE VIDEO DEPOSITION**

**TO:**       Corey L. Franklin
Ivan L. Schraeder
The Lowenbaum Partnership, LLC
222 South Central Avenue, Ste. 901
St. Louis, MO  63105

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO  65804

**TIME AND DATE:**          Tuesday, June 29, 2010 at 9:00 a.m.

**PLACE DEPOSITION**          Law Office of Brad Eidson
**TO BE TAKEN:**          112 East Main Street
Houston, MO  65483

**WITNESS TO BE DEPOSED**:     Brad Eidson

**COURT REPORTER**:          JoAnn Richardson
20051 State Rt. B
St. James, MO  65559

**VIDEOGRAPHER/**
**RECORDING TECHNICIAN**:    Stephen R. Waters, C.L.V.S.
                                           WaterLand Litigation Services, LLC
                                           1909 Tanner Bridge Road
                                           Jefferson City, MO  65101

Please take notice that at the above time, date and place, we shall cause the deposition of the above witness to be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a shorthand reporter and a suitable Notary Public.

Any party or their attorney may appear and participate as they see fit.

                                         Respectfully Submitted,

                                         STEELMAN, GAUNT & HORSEFIELD

By:    /s/   Stephen F. Gaunt
          David L. Steelman   MO Bar #27334
          Stephen F. Gaunt  MO Bar #33183
          901 Pine Street, Ste. 110
          P.O. Box 1257
          Rolla, MO  65402
          Telephone:  573-341-8336
          Fax:  573-341-8548
          sgaunt@steelmanandgaunt.com
          dsteelman@steelmanandgaunt.com

          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Stephen F. Gaunt, hereby certify that on the 11th day of June, 2010 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Corey L. Franklin
Ivan L. Schraeder
The Lowenbaum Patnership, LLC
222 South Central Avenue, Ste. 901
St. Louis, MO  63105
Counsel for Defendant Texas County, Missouri

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO  65804
Counsel for Defendant Michael Anderson

/s/    Stephen F. Gaunt
Stephen F. Gaunt