IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-3018-CV-S-RED |
| ) | |
| TEXAS COUNTY, MISSOURI, ) | |
| MICHAEL R. ANDERSON, ) | |
| TEXAS COUNTY PROSECUTING ) | |
| ATTORNEY, and ) | |
| MICHAEL R. ANDERSON, individually, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of July 2010, the ***Defendant Anderson's* Rule 26(a)(2) Disclosure of Expert Testimony** was served, via First Class Mail, postage prepaid, to the following:

Stephen Gaunt
Steelman, Gaunt & Horsefield
P.O. Box 1257
Rolla, MO 65402
*Counsel for Plaintiff*

Corey Louis Franklin
Lowenbaum Partnership, LLC
222 S. Central Ave., Suite 901
Clayton, MO 63105
*Counsel for Texas County*

and that the Certificate of Service related to the same was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Stephen Gaunt and Corey Louis Franklin.

TAYLOR, STAFFORD, CLITHERO,
FITZGERALD & HARRIS, LLP

By   /s//Warren E. Harris
        Warren E. Harris
        Missouri Bar No. 40372
        wharris@taylorstafford.com
        3315 E. Ridgeview, Suite 1000
        Springfield, MO 65804
        Tel: 417-887-2020
        Fax: 417-887-8431
        **COUNSEL FOR DEFENDANT
        MICHAEL ANDERSON**