Warren E. Harris