**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
SOUTHERN DIVISION

| | |
|---|---|
| **Monica Daniel Hutchison,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| *vs*. ) | Case No. 09-3018-CV-S-RED |
| ) | |
| **Texas County, Missouri,** *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

*Memorandum*

Defendant Texas County Missouri hereby joins in Defendant Anderson's Amended Motion for Protective Order or, in the Alternative, Motion To Quash Subpoena Served Upon Dr. Elizabeth Pribor for the reasons set forth therein.

Respectfully submitted,

THE LOWENBAUM PARTNERSHIP, L.L.C.

By: */s/ Corey L. Franklin*
　　IVAN L. SCHRAEDER, MBA 35383
　　COREY L. FRANKLIN, MBE 52066
　　222 South Central Avenue, Suite 901
　　St. Louis, Missouri 63105
　　314.863.0092 - *Telephone*
　　314.746.4848 – *Facsimile*
　　ils@lowenbaumlaw.com
　　clf@lowenbaumlaw.com

Dated: July 13, 2010

　　COUNSEL FOR DEFENDANT –
　　　TEXAS COUNTY, MISSOURI

## Certificate of Service

I hereby certify that I have on this 13th day of July, 2010, served a true and correct copy of the foregoing via the United States District Court for the Western District of Missouri's CM/ECF electronic filing system upon the following counsel of record:

DAVID L. STEELMAN
STEPHEN F. GAUNT
*Steelman, Gaunt & Horsefield*
*901 Pine Street, Suite 110*
*P.O. Box 1257*
*Rolla, MO 65402*

COUNSEL FOR PLAINTIFF –
  *Monica Daniel Hutchison*

WARREN E. HARRIS
*Taylor, Stafford, Clithero, Fitzgerald*
  *& Harris, LLP*
*3315 East Ridgeview, Suite 1000*
*Springfield, MO 65804*

COUNSEL FOR DEFENDANT –
  *Michael Anderson*

  */s/ Corey L. Franklin*