# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### Southern Division

| | |
|---|---|
| Monica Daniel Hutchison, ) | |
|     *Plaintiff*, ) | |
| vs. ) | Case No. 09-3018-CV-S-RED |
| Texas County, Missouri, Michael R. Anderson,) Texas County Prosecuting Attorney & ) Michael R. Anderson, individually, ) | |
|     *Defendants*. ) | |

## ENTRY OF APPEARANCE – WHITNEY D. PILE

Whitney D. Pile of The Lowenbaum Partnership, L.L.C. hereby enters her appearance as co-counsel for Defendant Texas County, Missouri in connection with the above-referenced matter.

Respectfully submitted,

**THE LOWENBAUM PARTNERSHIP, L.L.C.**

By: /s/ *Whitney D. Pile*
IVAN L. SCHRAEDER, MBA 35383
COREY L. FRANKLIN, MBE 52066
WHITNEY D. PILE, MBE 61055
222 South Central Avenue, Suite 901
St. Louis, Missouri 63105
314.863.0092 - *Telephone*
314.746.4848 – *Facsimile*
ils@lowenbaumlaw.com
clf@lowenbaumlaw.com
wpile@lowenbaumlaw.com

Dated: Tuesday, July 13, 2010

COUNSEL FOR DEFENDANT –
*Texas County, Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 13th day of July, 2010, served a true and correct copy of the foregoing via the United States District Court for the Western District of Missouri's CM/ECF electronic filing system upon the following counsel of record:

| | |
|---|---|
| DAVID L. STEELMAN | WARREN E. HARRIS |
| STEPHEN F. GAUNT | *Taylor, Stafford, Clithero, Fitzgerald* |
| *Steelman, Gaunt & Horsefield* | *& Harris, LLP* |
| *901 Pine Street, Suite 110* | *3315 East Ridgeview* |
| *P.O. Box 1257* | *Suite 1000* |
| *Rolla, Missouri 65402* | *Springfield , MO 65804* |
| | |
| COUNSEL FOR PLAINTIFF – | COUNSEL FOR DEFENDANT – |
| *Monica Daniel Hutchison* | *Michael Anderson* |

/s/ *Whitney D. Pile*