IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TEXAS COUNTY, MISSOURI, *et al*, )<br>)<br>Defendants. ) | Case No. 09-3018-CV-S-RED |

## ORDER

The Court held a telephone conference on Wednesday, July 14, 2010, to discuss Defendant Anderson's Amended Motion for Protective Order or in the Alternative Motion to Quash Subpoena Served Upon Dr. Elizabeth Pribor (Doc. 173). Pursuant to the Court's rulings at the telephone conference, Defendant Anderson's motion is **GRANTED** (Doc. 173), and the subpoena for documents served upon Dr. Elizabeth Pribor is quashed.

**IT IS SO ORDERED**.

DATED: July 16, 2010

　　　　　　　　　　　　　　　　*/s/ Richard E. Dorr*
　　　　　　　　　　　　　　　　RICHARD E. DORR, JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT