IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MONICA DANIEL HUTCHISON, )
       Plaintiff, )
       v. ) Case No.: 09-3018-CV-S-RED
TEXAS COUNTY, MISSOURI, )
MICHAEL R. ANDERSON, )
TEXAS COUNTY PROSECUTING )
ATTORNEY, and )
MICHAEL R. ANDERSON, individually, )
       Defendants. )

## MOTION TO SEAL DEPOSITION OF DANNY McNEW

COMES NOW Defendant Michael R. Anderson (hereinafter "Defendant Anderson"), by and through counsel, and for his Motion to Seal the Deposition of Danny McNew, states as follows:

1. As part of the discovery proceedings in this case, the deposition of Danny McNew has been taken.

2. Danny McNew is employed in the law enforcement profession.

3. In his deposition, matters were inquired into regarding Mr. McNew's personal private life.

4. Mr. McNew is not a party in this action.

5. Mr. McNew requested that his deposition be sealed.

6. Counsel for the Plaintiff does not have any objection to the deposition of Mr. McNew being sealed.

7. Pretrial depositions are not public components of a civil trial and are generally conducted in private. ***Seattle Times Company v. Rhinehart, 467 U.S. 20, 33 (1984)***. As such, restraints that are placed on discovered but not yet admitted information are not considered to be a restriction on a traditionally public source of information. ***Id***.

8. Defendant Anderson requests that the deposition be sealed so as to prevent their distribution to the public or third parties, while still allowing any of the parties in this action to use such deposition in the prosecution of the issues in this case.

WHEREFORE, Defendant Anderson moves the Court to seal the deposition of Danny McNew, and for such other and further relief as the Court deems just in the premises.

**TAYLOR, STAFFORD, CLITHERO, FITZGERALD & HARRIS, LLP**

By /s/Warren E. Harris
_____
Warren E. Harris
Missouri Bar No. 40372
wharris@taylorstafford.com
3315 E. Ridgeview, Suite 1000
Springfield, MO 65804
Tel: 417-887-2020
Fax: 417-887-8431
**COUNSEL FOR DEFENDANT ANDERSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of August 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and Corey L. Franklin.

/s/ Warren E. Harris
Warren E. Harris