# Jessica Sparks Deposition Excerpts



EXHIBIT 4

1  Q   Okay. So it wasn't unusual dress for a courthouse,
2      is that correct, in your experience?
3  A   That's correct.
4  Q   I believe you testified that Mr. Anderson did not
5      tell you why Monica was fired; is that correct?
6  A   That's correct.
7  Q   And he did not indicate any misconduct on her part
8      when he'd told you he'd fired her?
9  A   He did not, sir.
10 Q   Now, you testified about an incident on a day when
11     you were conducting preliminary hearings when
12     Mr. Anderson passed a note to Monica in court. Do
13     you recall that testimony?
14 A   I do.
15 Q   And I believe you said that when -- that she went
16     out in the hall with the note, and when she came
17     back in, she appeared to you to be upset; is that
18     correct?
19 A   Yes.
20 Q   That's something you actually observed, that her
21     demeanor and her appearance had changed, and she
22     looked upset now?
23 A   Yes.
24 Q   When she returned to the courtroom?
25 A   Yes.

| | | |
|---|---|---|
| 1 | Q | You didn't find out what the -- the note said at |
| 2 | | that point; is that correct? |
| 3 | A | That's correct. |
| 4 | Q | Did you ever learn what that note said? |
| 5 | A | I never read the note -- |
| 6 | Q | Did you -- |
| 7 | A | -- but -- |
| 8 | Q | I'm sorry. |
| 9 | A | I'm sorry. |
| 10 | Q | Did you hear what that note said? |
| 11 | A | Yes. |
| 12 | Q | How did you hear what that note said? |
| 13 | A | I heard Mr. Anderson. |
| 14 | Q | What did you Mr. Anderson tell you the note said? |
| 15 | A | He said that the note -- he said -- well, this is |
| 16 | | not a direct quote, I know that Mr. Anderson talked |
| 17 | | about that incident, and to best of my recollection, |
| 18 | | that he had -- he said he'd given Monica a note to |
| 19 | | go out in the hallway, to call a witness, and that |
| 20 | | note said, Hay Jawanna Blome (sic). |
| 21 | Q | When did Mr. Anderson say this? |
| 22 | A | I don't remember the date. |
| 23 | Q | Do you think it was that same day? |
| 24 | A | I don't recall. |
| 25 | Q | What was the context in which you heard Mr. Anderson |

**ALPHA REPORTING SERVICE**
Phone: 417-887-4110   www.alphareportingservice.com   Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 207-4   Filed 09/20/10   Page 3 of 4

```
 1         said this?
 2   A     We were at a cheese and crackers -- little
 3         get-together after court, and he was telling that
 4         story.
 5   Q     Who was at this cheese and crackers get-together
 6         after court?
 7   A     I don't recall who was there.  I know Mr. Anderson
 8         was there, I was there, and I think there were some
 9         other people, but I don't remember.
10   Q     In general, are we talking about local attorneys or
11         general public?  I'm not asking for names right now,
12         but who would typically be at something like that?
13   A     Local attorneys.
14   Q     Okay.  So this was a gathering where some local
15         attorneys were present, and Mr. Anderson brought
16         this story up?
17   A     Yes.  I just -- I don't recall who else there was.
18   Q     That -- I understand.  But Mr. Anderson brought this
19         story up at this gathering?
20   A     He did.
21   Q     And what did he say about it?
22   A     He didn't.  He told the story two or three times,
23         and Mr. Anderson was laughing about it.
24   Q     Were other people laughing?
25   A     I don't recall because I don't remember who else was
```