# Mildred Williams Deposition Excerpts

EXHIBIT 5

1  Q.  So I'd be correct, you'd never been in the
2      situation where you seem him intoxicated in
3      your opinion?
4  A.  No.
5  Q.  All right.  Had Monica ever reported
6      situations where he'd been intoxicated?
7  A.  No.
8  Q.  All right.  Then what happened next after
9      that?
10 A.  Okay.  It sounded like he went off the steps
11     and then I heard the door shut and then the
12     phone rang again and it was him.  He started
13     saying, I'm here to talk to you, send the
14     boy out, I've got something to tell you,
15     it's very important.  And then he hung up
16     the phone or I assume because it went
17     dead.
18         And then he came up to the steps again,
19     come out of the vehicle, and he opened the
20     screen door that time and started pounding
21     on the door and jiggling the knob.
22 Q.  Did you hear him say anything then?
23 A.  Save me, save me.  And it was -- I can
24     only -- like I said, I can only assume that
25     it was his head hitting the door because it

```
 1        whether he appeared to be staggering or
 2        anything like that?
 3   A.   No.
 4   Q.   Okay.  So then he leaves the back door or
 5        the side door?
 6   A.   Goes back to his vehicle.
 7   Q.   Goes back to his vehicle?
 8   A.   And he makes another phone call.
 9   Q.   All right.
10   A.   And I think he said something about I
11        know -- hello, help me, or I can't even
12        remember the third one because I was just
13        not in the frame of, you know.
14   Q.   Okay.
15   A.   And then he went to the back bedroom, which
16        it was the last window on this side of the
17        house, which is where Monica's bedroom was,
18        and I heard him like hit the side of the
19        house.  And then as he was walking back --
20        because I had got up and like walked over to
21        where Monica was at that window.  And he was
22        walking by and I seen a shadow and I ducked
23        and I heard him say, "Ignore me, you fucking
24        bitch."  And then he came to the front door
25        and the back door again and at that time I
```

417-887-4110  ***  ALPHA REPORTING SERVICE  ***  866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED   Document 207-5   Filed 09/20/10   Page 3 of 3