# Danny McNew Deposition Excerpts

EXHIBIT 6

Danny McNew - July 14, 2010

19

```
 1       told you he said as you sit here today?
 2   A.  No.
 3   Q.  Did Ms. Daniel make any complaints to you
 4       about your department failing to respond to
 5       her request for assistance?
 6   A.  She did think maybe Mike Hood didn't do
 7       enough possibly.
 8   Q.  Did she say what she wanted him to do?
 9   A.  It's been -- I can't really.  I can't
10       recall.
11   Q.  Do you recall did you make any inquiry into
12       what Officer Hood had done in response to
13       her call to your department?
14   A.  Yes.
15   Q.  What did you do in way of an inquiry?
16   A.  First I looked at the log, and there was
17       no -- there was nothing on the log in
18       reference to that accident.  Then I spoke to
19       Mike Hood in reference to that.
20   Q.  What'd you talk to him about?
21   A.  What had happened, why there was no log
22       entrance.
23   Q.  Did he then make a log entry?
24   A.  Yes, he did.
25   Q.  Did you review the log entry?
```

417-887-4110  ***  ALPHA REPORTING SERVICE  ***  866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED   Document 207-6   Filed 09/20/10   Page 2 of 9

1  A. Yes.
2  Q. -- during this entire time?
3  A. Yes.
4  Q. Did you ever see her during Monday through
5     Friday eight to five?
6  A. No. Well, possibly in the court.
7  Q. And I'm talking about in a social context.
8  A. No.
9  Q. Was there ever occasion when you and Monica
10    engaged in any type of sexual activity from
11    anything from kissing to intercourse in the
12    prosecutor's actual office?
13 A. No. The only time I showed up there was
14    when I was requested by the prosecutor.
15 Q. Are you ever aware of her doing that with
16    anyone else where she engaged in some type
17    of sexual activity in the prosecutor's
18    office?
19 A. No.
20 Q. Were there ever occasions where you and
21    Ms. Daniel would have had threesomes where
22    there was another person involved and you
23    engaged in sexual activity?
24 A. No.
25 Q. Did that ever occur with a gentleman by the

417-887-4110  ***  ALPHA REPORTING SERVICE  ***  866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED  Document 207-6  Filed 09/20/10  Page 3 of 9

|   |    |                                                          |
|---|----|----------------------------------------------------------|
| 1 |    | Monica Daniel, do you recall having any                  |
| 2 |    | conversations with members of local law                  |
| 3 |    | enforcement regarding Monica Daniel's                    |
| 4 |    | reputation for chastity?                                 |
| 5 | A. | You said prior to?                                       |
| 6 | Q. | Prior to those lawsuits being filed.                     |
| 7 | A. | No.                                                      |
| 8 | Q. | Has either the lawsuit that -- let me break              |
| 9 |    | this up. Has the lawsuit that Mike Anderson              |
|10 |    | filed against Monica Daniel in any way                   |
|11 |    | impacted your impression of her?                         |
|12 | A. | Well, I'd like to say no, but when you read              |
|13 |    | things like that, it makes you wonder. But               |
|14 |    | beings I knew her I'd have to say no. But                |
|15 |    | it -- you know, when you read things like                |
|16 |    | that, I guess I would like -- it does make               |
|17 |    | you wonder.                                              |
|18 | Q. | I'm a little confused by your answer. Are                |
|19 |    | you saying that it did impact your                       |
|20 |    | impression of Ms. Hutchison or that it did               |
|21 |    | not?                                                     |
|22 | A. | Well, due to the fact I knew her, probably               |
|23 |    | not.                                                     |
|24 | Q. | Okay. Are you aware of anyone else who has               |
|25 |    | expressed to you that they hold her in a                 |

417-887-4110   ***   ALPHA REPORTING SERVICE   ***   866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED   Document 207-6   Filed 09/20/10   Page 4 of 9

```
 1      incident.
 2  Q.  By Monica?
 3  A.  Yes.
 4  Q.  Okay.
 5  A.  I looked in the log and there was no log
 6      entry.
 7  Q.  I want to make sure I understand this.  You
 8      were not told by Ms. Daniels until around
 9      Tuesday of the next week; is that correct?
10  A.  Correct.
11  Q.  You had no knowledge of this occurring until
12      then?  Had you heard any rumors about it or
13      anything?
14  A.  No.
15  Q.  And so on Tuesday of the next week did you
16      go to the logs of the Texas County -- or the
17      City of Licking Police and look at the logs
18      themselves?
19  A.  Yes.
20  Q.  Was there any log entry made by
21      Officer Mike Hood as to what had occurred
22      that night?
23  A.  No.
24  Q.  So what did you do then?  Let me ask you
25      this:  I want to make sure I understand this
```

```
 1        because I've never been in law enforcement.
 2        What's the rules as to whether you log some
 3        sort of call or complaint?
 4   A.   If we get a call for service, that we take
 5        any kind of calls that we log it.  No
 6        matter, you know, from -- if we get a call
 7        for service to even do standby to keep the
 8        peace and we take no actions, we at least
 9        make a log of that.
10   Q.   Is that City of Licking's policy?
11   A.   Yes.
12   Q.   You've also had training in law enforcement;
13        is that right?
14   A.   Yes.
15   Q.   Is that standard policy of law enforcement?
16   A.   Yes.  I would say most places make a log of
17        any time they take any -- just any kind of
18        call, yes.
19   Q.   Well, do you know why that the call that
20        Monica made that was taken by Officer Hood
21        of the Licking Police Department with
22        regards to Mr. Anderson's late night journey
23        to her house, why that wasn't logged?
24   A.   I believe Mike Hood -- from what I gathered
25        from Mike Hood, Officer Hood, he had spoke
```

```
 1        with the assistance chief Scott Lindsey and
 2        they just thought it would be best to not
 3        put it on the log.
 4   Q.   Now, who told that you?
 5   A.   Mike Hood.
 6   Q.   And he told you he had spoken with Scott
 7        Lindsey?
 8   A.   Yes.
 9   Q.   Who was the assistant chief at that time?
10   A.   Yes.
11   Q.   Did you talk to the Assistant Chief Lindsey
12        about this?
13   A.   Yes.
14   Q.   And what did he say?
15   A.   Well, he just said he thought it would be
16        best and since it was so minor, that no
17        really arrest or anything was made, that it
18        would just be better off for the parties
19        involved it not be put on the log.
20   Q.   So do I understand they thought it was
21        better off for the parties involved that
22        there was no record indicating
23        Mr. Anderson's trip to Monica Daniel's house
24        in the late night?  Is that an accurate
25        statement?
```

417-887-4110   ***   ALPHA REPORTING SERVICE   ***   866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED   Document 207-6   Filed 09/20/10   Page 7 of 9

1   A.   Yes.
2   Q.   Well, now I'm curious. After Mr. Hood did
3       this, is he still employed with the City of
4       Licking?
5   A.   Yes.
6   Q.   Well, let me ask what about the assistant
7       chief of police, Mr. Lindsey, who
8       participated in this? Is he still employed
9       with the City of Licking?
10   A.   Yes.
11   Q.   No kidding. What is his -- what is his
12       role -- what is his position now?
13   A.   He's the chief.
14   Q.   Okay. And Mr. Anderson and his family, are
15       they still working with the City of Licking?
16   A.   I, you know, I don't keep -- I don't keep up
17       with --
18   Q.   Okay. Now, did Mr. Anderson ever have any
19       conversations with you before you left the
20       employ -- or, no, before you were dismissed
21       so that Mr. Lindsey could become chief? Did
22       you have any conversations with
23       Mr. Anderson?
24   A.   Yes.
25   Q.   About these problems?

417-887-4110  \*\*\*  ALPHA REPORTING SERVICE  \*\*\*  866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED    Document 207-6    Filed 09/20/10    Page 8 of 9

|    |    |                                                      |
|----|----|------------------------------------------------------|
| 1  |    | officer in question, Danny McNew, might have         |
| 2  |    | colluded with Monica to cover up a potential         |
| 3  |    | death investigation?                                 |
| 4  | A. | You know, I'm unsure about those dates so I          |
| 5  |    | can't tell you when that conversation                |
| 6  |    | happened.                                            |
| 7  | Q. | Do you have any idea how long Monica might           |
| 8  |    | have been gone from employment when you had          |
| 9  |    | that conversation?                                   |
| 10 | A. | No, I don't.                                         |
| 11 | Q. | Now, I jumped the tracks a little bit,               |
| 12 |    | Officer McNew, and I apologize.  I want to           |
| 13 |    | go back to the City of Licking Police and            |
| 14 |    | the logging of this incident involving               |
| 15 |    | Mr. Anderson and -- at Monica                        |
| 16 |    | Daniel-Hutchison's house.  Did it ever get           |
| 17 |    | logged?                                              |
| 18 | A. | Yes.                                                 |
| 19 | Q. | And how did that occur?                              |
| 20 | A. | Well, I told him that we still logged calls          |
| 21 |    | for services and I wanted it logged.                 |
| 22 | Q. | And who did you say it to?                           |
| 23 | A. | Mr. Hood.                                            |
| 24 | Q. | And what did he say?                                 |
| 25 | A. | It was logged.                                       |

417-887-4110   ***   ALPHA REPORTING SERVICE   ***   866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED   Document 207-6   Filed 09/20/10   Page 9 of 9