# Jeff Kinder Deposition Excerpts

Case 6:09-cv-03018-RED   Document 207-7   Filed 09/20/10   Page 1 of 8

EXHIBIT 7

Q.  Was that the extent of your involvement in Monica going back to the prosecutor's office?  Did you have any other conversations with either of them about Monica coming back to work?

A.  I never actually had a conversation with her about going back to work.  What I was asked to do was call her and have her call him.

Q.  So the extent of your involvement was just, "Hey, Mike wants to talk to you.  Give him a call." That type of thing?

A.  Yes.  According to him, she wasn't returning any phone calls, so he asked me to call her and that's what I did.

Q.  After that conversation with Ms. Daniel, did you ever have any additional conversations with her about the office or what was going on there?

A.  Yes.

Q.  When was the next conversation you had with her about the office?

A.  She called me one morning and said that he had came to her house the night before.

Q.  What did she tell you he had done?

A.  She said that he had knocked on the door and tried to get in the house, and the door was locked.  He kept calling her, left a message on her

11

```
 1      don't know either.  Any other conversation?
 2                  MR. VAN RONZELEN:  In the car?
 3      BY MR. HARRIS:
 4           Q.   In the car about Monica?
 5           A.   No, sir, that was it.  It was just pretty
 6      short and sweet.
 7           Q.   How long were the two of you riding around
 8      together?
 9           A.   I believe that I went there -- it was
10      between 8:30 and nine o'clock, and I believe he got
11      out between 10:30 and eleven, the best estimate I
12      can.  It was no later than eleven.
13           Q.   Was he drinking when he was with you?
14           A.   He had been drinking, yes, sir.
15           Q.   Did you actually observe him drinking, or
16      were you just able to spot the signs?
17           A.   I could smell it on him.  He had a Coca
18      Cola that I thought could possibly have alcohol in
19      it.
20           Q.   Did he seem impaired at all to you?
21           A.   He didn't seem intoxicated, no, sir.
22           Q.   I know this is a hypothetical, but had he
23      been intoxicated, would you have allowed him to get
24      out or take off?
25           A.   When I left him, he went back into his
```

```
 1    office.
 2         Q.   Okay.
 3         A.   And I offered to take him home for the
 4    simple fact that I knew he had been drinking.  I
 5    didn't feel that he was impaired to the point that he
 6    wasn't able to operate a motor vehicle.  But he left
 7    me and went back in the office and indicated that's
 8    where he was going to stay for a little while.
 9         Q.   Do you recall what time you would have
10    gotten off duty that evening?
11         A.   Midnight, I believe, the best I can
12    recollect.
13         Q.   Didn't have any further communication with
14    him that evening?
15         A.   No, sir.
16         Q.   When Ms. Daniel called you the morning
17    after he had been to her house, did she make any
18    comments about whether or not he appeared to be
19    intoxicated or anything like that?
20         A.   I don't remember if she did or not.
21         Q.   Prior to the time -- the evening when you
22    and Mr. Anderson were riding around, had he ever made
23    any comments to you about Monica at all?
24         A.   Like those comments he made that particular
25    evening?
```

16

Joann Renee Richardson
*   573-699-4110   *   St. James, Missouri   *
Case 6:09-cv-03018-RED   Document 207-7   Filed 09/20/10   Page 4 of 8

```
 1        Q.   What did he say?
 2        A.   He came back to my house and we got in his
 3   vehicle and drove back down toward the river and he
 4   said that someone had drugged him at the bar the
 5   night before.
 6        Q.   Did he tell you why he thought that that
 7   occurred?
 8        A.   Because of his behavior following that.  He
 9   said he went to her house, looking for help, and he
10   said he knocked on the door, trying to get her to
11   help him.
12        Q.   Did he ask you to do anything or ask for
13   your assistance in any way?
14        A.   Yes, sir.
15        Q.   What did he ask you to do?
16        A.   He asked me to go with him to retrieve a
17   tape from the bar in Licking, a surveillance
18   videotape.
19        Q.   Did you do that?
20        A.   No, sir, I told him I couldn't do that.
21        Q.   Why did you tell him?  Did you explain to
22   him why you couldn't?
23        A.   Sure.  At the time we were both in our blue
24   jeans and I wasn't in uniform.  I wasn't on duty.
25   There was no formal investigation that I could be a
```

```
 1    part of, so I told him that I couldn't do it.
 2         Q.   Did he accept that?
 3         A.   Yes, he did.  I did suggest that he contact
 4    an officer there with the drug task force that could
 5    possibly get the tape for him.
 6         Q.   Did you give him a specific name?
 7         A.   I did.  Frank Nagel, who he had said in
 8    previous conversations unrelated to this matter that
 9    he was familiar with Mr. Nagel and had worked with
10    him in the past on different cases.
11         Q.   Prior to this conversation, had Mr.
12    Anderson ever asked you to do something like that for
13    him before?
14         A.   No, sir, not that I'm aware of.
15         Q.   Did you have any additional discussions
16    with Mr. Anderson about the drugging incident or the
17    alleged drugging incident?
18         A.   I don't think I had any further
19    conversations with him about it.
20         Q.   Did you have any additional conversations
21    with him about Monica Daniel?
22         A.   We did discuss -- I mean, it was sometime
23    later.  I think it was before the first lawsuit was
24    filed.  He told me that he said some stuff that night
25    that he didn't mean to me, meaning the night --
```

20

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *
Case 6:09-cv-03018-RED   Document 207-7   Filed 09/20/10   Page 6 of 8

```
 1        Q.   Now, Mr. Kinder, as you know, there's been
 2   all kinds of accusations flying around as a result of
 3   this.  I've got to ask you some questions and I
 4   apologize for having to do it, but I've got to do it.
 5             MR. GAUNT:  That's a little
 6   disingenuous since your guy is the one making the
 7   accusations.
 8             MR. HARRIS:  Doesn't mean I'm not
 9   sorry for having to ask about it.
10             THE WITNESS:  And I accept that
11   apology and I understand.
12   BY MR. HARRIS:
13        Q.   Were you ever romantically involved with
14   Ms. Daniel?
15        A.   Yes, sir, I was.
16        Q.   Do you know what time period that was?
17        A.   The best I can recollect was in 2003, and
18   maybe in 2004, but I'm not sure about the 2004.
19        Q.   During the time that you were involved with
20   her, did you ever engage in any activities in the
21   prosecutor's office?
22        A.   No, sir.
23        Q.   Did you ever engage in any activities
24   during work hours when she should have been at work?
25        A.   No, sir.
```

```
 1      A.   No, sir, I did not.
 2      Q.   It's a request he made of you that you
 3 contact her and have her call him?
 4      A.   That's correct.
 5      Q.   And he said the reason for that request is
 6 that she would not take his calls?
 7      A.   That's correct.
 8      Q.   I want to read you some testimony of Mr.
 9 Anderson and I'm going to ask if this comports with
10 your understanding of the facts.  (Reading):  I asked
11 Jeff Kinder if he had seen her or heard from her.  He
12 said that he had, that she was doing okay.
13           I said, well, do you think she would be
14 willing to come back and start over?  Do you think
15 she would like to have her job back if we could fix
16 this thing, if she would come back and abide by the
17 rules?
18           He said, I'll go talk to her.  So I didn't
19 send him to talk to her.  I was asking him about her
20 and he said, yeah, I'll go talk to her and see if
21 she's interested in that.
22           Do you recall ever having a conversation
23 like that with Mr. Anderson?
24      A.   No, I did not.
25      Q.   Have you read Mike Anderson's lawsuit
```

44

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *
Case 6:09-cv-03018-RED   Document 207-7   Filed 09/20/10   Page 8 of 8