# Christina Mosely Deposition Excerpts

EXHIBIT 8

```
 1     Q.    Did he deny going to her house?
 2     A.    No, he told me he went there.
 3     Q.    What did he tell you about that?
 4     A.    He told me he went there and he was
 5  knocking on the door and trying to get her to open
 6  up; he knew she was in there.  And he wanted to tell
 7  her, "We've got to fix this.  You cannot be having
 8  sex with other cops," blah-blah-blah.
 9     Q.    This is why he went to her house in the
10  early morning hours -- this is what he told you?
11     A.    No, this is what she told me he said.  She
12  tape-recorded him on her answering machine when he
13  called.
14     Q.    Ma'am, please, please, please, I'm asking
15  what Mike Anderson.  Please, I beg you.  I am
16  literally begging you to stick with what my question
17  is.  Mr. Warren here and Mr. Corey will be awake at
18  that time and they can ask you any other questions
19  they want.
20     A.    Okay.  All right.
21     Q.    What did Mr. Anderson tell you about --
22     A.    He didn't.
23     Q.    He told you nothing about --
24     A.    He told me nothing in particular about what
25  he had done there.
```

1  A.  -- and I'm telling you that. Mike told me
2  just specifically that he went over there.
3  Q.  After he went to the bar?
4  A.  He had stopped by the bar.
5  Q.  Okay, and then what?
6  A.  Then went to Monica's --
7  Q.  Okay.
8  A.  -- knocked on the door --
9  Q.  Okay.
10 A.  -- nobody answered --
11 Q.  Okay.
12 A.  -- and that was it. He told me he wanted
13 to talk to her about what had happened with these
14 cops. He didn't tell me anything more.
15 Q.  All right. I want to make it clear.
16 A.  Okay.
17 Q.  Mike Anderson, after he went to her house,
18 told you he had been to a bar and had stopped by and
19 wanted to talk to Monica about what had happened with
20 the cops; is that right?
21 A.  Right.
22 Q.  And did he tell you what time of the
23 morning it was?
24 A.  No.
25 Q.  Did he ever tell you about his physical