# Dina Vitoux Report

EXHIBIT 9

EXHIBIT
Vitoux 19
Lindsay Beni, CCR
2-16-10
Alpha Reporting Service



# DINA VITOUX, LCSW
## Licensed Clinical Social Worker

200 W. Twelfth Street, P.O. Box 27, Washington, MO 63090  636-390-4422

December 8, 2009

RE: Monica Hutchison

To Whom It May Concern:

Monica has been in counseling at this office since 8/18/09. She came to counseling due to stress and emotional issues caused by episodes of harassment which was further complicated by a harassment lawsuit. Her presenting symptoms were withdrawal and fears in social situations, fears of being alone, worry that Mr. Anderson would come after her, decreased self confidence, as well as trust and difficulties in her relationship due to reactions to the alleged incidents. Monica has reported that all of these symptoms presented after the alleged harassment occurred. She reports difficulty throughout her employment history with Mr. Anderson. Prior to this she indicates that she was confident and outgoing.

Through therapeutic assessment, Monica has been diagnosed with Posttraumatic Stress Disorder. She experienced an event that involved threat of serious injury or physical integrity of herself and her friend. Her response did involve intense fear and helplessness. This was intensified by the power displayed by Mr. Anderson when he was able to get a court order to search her home to obtain evidence of the event. This further violated her privacy and any feelings of safety that may have remained after the night that Mr. Anderson allegedly called and came to her home. Feelings of fear and threat were further intensified with the act of calling the police but having no record filed of the event. In our society, law enforcement, judges, and prosecutors play a role of protectors. Because of the incidents that occurred Monica is left feeling like she cannot be safe. This feeling is reinforced by the following accusations of running a sex ring and falsifying office records.

Monica is also experiencing recurrent and intrusive distressing recollections of the event. She has reported having difficulty focusing at work, hyper vigilance, irritability, difficulty falling and staying asleep, repeated nightmares, fears of noises and being alone in her home. Monica had an

incident in which she experienced intense anxiety and panic when a friend came to her home and knocked on the door late at night. At that time she had been progressing in her treatment but the trigger or external cue of someone coming to her home at night caused her to experience intense psychological and physiological distress.

Monica has also reported avoidance of stimuli associated with the trauma. She avoids activities, places, and people that remind her of the incidents. She avoids Texas County and feels anxious when going to her mother's house in the county. She also avoids public social situations in which she fears that she may be judged according to Mr. Anderson's accusations. She has reported that she has a lack of interest in activities that she previously enjoyed such as going out socially with her friends.

Monica has also estranged herself from co-workers because of her fear of additional inappropriate advances or relationships. She reports that she experiences anxiety when meeting with her employer following the incident. She is unable to meet in an office without the door opened and reports planning an "escape route" if she feels threatened. Her fears have caused her to feel detached from family, friends, and coworkers.

These symptoms have lasted more than one month and cause clinically significant distress and impairment in her social and occupational functioning as well as her ability to have trusting relationships with her coworkers and her spouse. These symptoms were not present prior to the harassment incidents. Monica has also reported feeling self conscious and avoids use of make-up or nice clothes for fear of drawing attention to herself. Her responses are not unlike those of a victim of rape due to the threats and power of the alleged perpetrator. Monica meets the criteria in the DSM-IV for the diagnosis of Posttraumatic Stress Disorder (309.81) with chronic specifier due to her symptoms lasting more than three months.

Monica has made some progress in her therapy through trauma focused intervention. She has learned stress management techniques but as stated previously, when a trigger presents then her situation quickly deteriates and leaves her feeling immobilized. Prognosis is fair depending upon legal outcomes and continued therapy.

If you have any questions or need any additional information, please feel free to contact me.

Respectfully Submitted,

Dina Vitoux, LCSW

Dina Vitoux, MSW
Licensed Clinical Social Worker
200 West Twelfth Street P.O. Box 27
Washington, MO. 63090
636-390-4422

## EDUCATION

MSW – University of Kansas, May 1987

BSHE – Child and Family Development
University of Missouri-Columbia, May 1983

## EXPERIENCE

7/91 – present   Private Therapist. Franklin County, Missouri. Counseling children through adulthood. Specializing in Trauma Resolution Therapy and Play Therapy. Also developed an Equine Assisted Therapy program for high-risk youth.

6/02 – 7/04   Children's Advocacy Center of East Central Missouri. Forensic Interviewer and Mental Health Coordinator.

8/88 – 12/89   Private Therapist. Atlanta, Georgia. Led groups for sexual abuse survivors and mothers of abuse victims. Included leading groups on a volunteer basis for Georgia Council on Child Abuse.

8/86 – 5/87   Internship with Dr. Koenigsdorf and Associates. Kansas City, Missouri. Therapy with children and families including pre-adoptive counseling. Training in Play Therapy.

1/86 – 5/87   Internship with Wyndotte House, Inc. Kansas City, Kansas. Counseling teenage children in group homes, counselor in Personal Social Adjustment Classroom, and led a therapy group for runaway children.

11/85 – 4/86   Youth Counselor at Argentine Youth Services. Kansas City, Kansas. Worked in a group home for abused and/or delinquent teenage boys until funds were cut. Taught social skills and conflict resolution.

1/84 – 5/85   Social Service Worker for Missouri Division of Family Services in Boone County. Duties included investigation of child abuse and neglect reports, crisis intervention, and treatment of families.

## SPECIALIZED TRAINING

Counseling the Sexual Abuse Survivor - A Clinical Training; Georgia Council on Child Abuse, September 1988.

Georgia Council on Child Abuse Fifth Annual Conference: Child Abuse – Promoting An Integrated Community Response, April 10 - 11, 1989.

Atlanta Art Therapy Institute, October 1989. Classes:
    Art Therapy Techniques and Materials - 10 hours
    It's the Process, Not the Product - 10 hours

Salvador Minuchin; A Framework for Family Therapy, November 30 & December 1, 1990.

Sexual Abuse Treatment Symposium, Breckenridge, Colorado: August 7 - 10, 1991. Classes:
    Group with Adolescents
    Reunification: Victim/Offender
    Therapy with Preschoolers
    Assessing Preschoolers

STAR/BSI Presents Success and Failure in Child Abuse Treatment: evaluation; suspicious allegations, family reunification, and court testimony. April 9 & 10, 1991.

Sexual Abuse Treatment Symposium, Breakenridge, Colorado. August 5 - 8, 1992.
Classes:    Cookbook of Therapy for Sexual Victims
    Proactive Approach in Treating Asymptomatic Victims
    Group Treatment Of Children and Adolescents
    Multiple Treatment Modalities with Children and Families
    Self-mutilation: Individual and Group Treatment

Eliana Gil: Treatment of Sexually Abused Children and Adult Survivors of Childhood Sexual Abuse, April 23, 1993.

Eating Disorders Program of Kansas City, Kansas City, Missouri. February 25-26, 1994.

Play Therapy Institute of the Rockies, Keystone, Colorado. June 27-30, 1994.
    Classes: Sexualized Children and Children Who Molest
    ADHD: Serious Causes and Playful Solutions
    Therapeutic Foster Care: A California Model in Play Therapy
    Treating Sexually Abused Children Through Play

Missouri Association for Play Therapy Fall Meeting. St. Louis, Missouri. October 29, 1994.
Classes: Legal and Ethical Issues in Counseling
    Art in the Play Room
    Children in Divorce and Custody Struggles
    7 contact hours.

Techniques and Strategies to Help The Angry Child. Kansas City, Missouri. April 7, 1995. 6.5 hours 6.5 contact hours.

Assessment and Treatment of Sexual Trauma. Columbia, Mo. May 12-13, 1995.

Systemic Family Treatment of Sexually Abused Children. St. Louis, Mo. September 14, 1995. 6.5 contact hours.

Assessing Sexual Abuse in Divorce/Custody Situations. St. Louis, Mo. October 19, 1995.

Sensory Based Treatment of the Trauma Victim. Ashville, North Carolina. May 16-17, 1996. 12 contact hours.

System as a Perpetrator. St. Louis, Mo. September 18 – 20, 1997. 15 hours.

Equine Facilitated Mental Health. Peterborough, New Hampshire. February 12 –14, 1998. 20 hours.

Treating ADHD. St. Louis, Mo. April 3, 1998. 6 hours.

George Warren Brown Supervisor Training. St. Louis, Mo. September 25, 1998. 5 hours.

Critical Incident/ Stress Management Training. St. Louis, Mo. October 9 – 10, 1998. 12 contact hours.

Monitor Progress in Sexual Offender Treatment. St. Charles, Mo. January 25, 1999. 4 hours.

Family Violence Education Conference. Union, Mo. May 27, 1999. 6 hours.

Burnout and Self-care. St. Louis, Mo. November 5, 1999. 3 hours.

Mediation Training in Family Disputes, November 30 – December 4, 1999. 40 hours.

Equine Facilitated Mental Health, Peterborough, NH. February 10-13, 2000. 20 hours.

Sexual Exploitation Training, St. Charles, Mo. April 5-6, 2000. 16 hours.

Level I Certification in Equine Assisted Psychotherapy, Knoxville, Tenn. October 19-21, 2000. 24 contact hours.

Equine Assisted Psychotherapy. Rock Falls, Ill. April 2001. 24 contact hours.

Social Work and The Law, Forensic Social Work. May 6-7, 2002. 12 hours.

Forensic Evaluation Training. Huntsville, Al. July 29-31, 2002. 16 hours

Crimes Against Children Conference. Dallas, Tx. August 5-8, 2002. 20 hours.

Finding Words. St. Louis, Mo. November 2002. 40 hours.

Advanced Child Sexual Abuse Interview Training. May 19-22, 2003. 30 hours.

Sibling Incest and Attachment Problems. St. Joseph, Mo. November 13, 2003. 6 hours.

Annual Symposium on Child Sexual Abuse. Trauma Focused Cognitive Behavioral Therapy. St. Louis, MO. May 20, 2004. 6 hours.

Beyond Finding Words. Charleston, SC. October 11 – 14, 2004. 25 hours.

Play Therapy and Collateral Intervention with Attachment Disordered Children and Their Families. Columbia, Mo. November 12, 2004. 6 hours.

Social Work Ethics and License Update Training. St. Louis, Mo. June 3, 2005. 6 hours.

Filial Play Therapy. St. Louis, Mo. July 31, 2006. 6 hours.

Attachment and Bonding: Theory, Practice and New Strategies of Intervention for Mal-Attached Children. St. Louis, Mo. August 17, 2006. 6.25 hours.

Beyond Our Beliefs: Sensory Based Treatment For A Sensory Based Problem. May 3, 2007. 7 hours.

## PRESENTATIONS

"How to Talk to Your Kids About Sex and Abuse Prevention" Parents As Teachers.

"Sexual Abuse Assessment and Investigation" Gasconade County Division of Family Services.

AAMFT Annual Conference, Washington University. St. Louis, Mo. "Treatment of the Asymptomatic Sexual Abuse Victim". May 1999.

"Sexual Abuse Assessment and Treatment" 6 hour training for private therapists. June 1999.

Family Violence Coalition Volunteer Training. "Sexual Trauma".

EFMHA National Conference, New Hampshire. "Using Metaphors in Equine Therapy", February 2000.

Franklin County Family Violence Council Community Training.
    "Effects of Family Violence on Children" May 2000.
    "Sexual Trauma and Prevention" May 2001.

"Sexual Abuse Investigation and Assessment" Franklin County Sheriff's Department. November 8 and 15, 2000.

"Working with the Angry Child" University of Missouri Extension. April 2001.

"Sexual Abuse of Children" Franklin County Head start. November 2001.

"Promoting Self Esteem in Preschool Children". University of Missouri Extension. April 2002

"Finding Words Missouri". Effective Interviewing, Dynamics of Sexual Abuse, and Memory and Suggestibility. Three times a year beginning July 2003.

Dynamics of Sexual Abuse, Research on Memory and Suggestability, Process of Disclosure. MJJA Spring 2005 Statewide Educational Juvenile Justice Conference, Lake of the Ozarks, Mo. May 25, 2007.

**DINA VITOUX, LCSW**
Licensed Clinical Social Worker

200 W. Twelfth Street, P.O. Box 27, Washington, MO 63090  636-390-4422

## Court Testimony History

| Date | Matter |
|---|---|
| 8/6/04 | Deposition State vs. Gilliam – Crawford County |
| 8/19/04 | State vs. Elliot – Dent County |
| 8/27/04 | Franklin County Juvenile Court |
| 10/14/04 | State vs. Parker – Crawford County |
| 11/3/04 | State vs. Rhodes hearing – Washington County |
| 11/4/04 | Franklin County Juvenile Court |
| 12/6/04 | State vs. Barks hearing – Franklin County |
| 1/4/05 | State vs. Melton – St. François County |
| 2/4/05 | Franklin County Juvenile Court |
| 2/10/05 | State vs. Clinton – Crawford County<br>State vs. Eckhoff – Washington County |
| 2/17/05 | State vs. Eckhoff |
| 3/7/05 | State vs. Porter – Franklin County |
| 4/11/05 | State vs. Melton – St. François County |
| 4/27/05 | Franklin County Juvenile Office |
| 5/13/05 | State vs. Chapman – Crawford County |
| 5/18/05 | State vs. Hudson |
| 5/31/05 | State vs. Gilbert – Crawford County |

| Date | Case |
|---|---|
| 8/6/05 | State vs. Hudson – Crawford County |
| 8/19/05 | State vs. Porter – Franklin County |
| 9/13/05 | State vs. Miller |
| 10/21/05 | State vs. Parker |
| 12/7/05 | State vs. Branson – Crawford County |
| 1/19/06 | State vs. Branson – Crawford County |
| 2/06 | State vs. White |
| 2/27/06 | State vs. Sittner – Washington County |
| 3/6-3/7/06 | State vs. Rau – St. Francois County |
| 3/15/06 | State vs Helm |
| 3/21/06 | State vs. Porter |
| 4/24/06 | State vs. Melton – St. Francois County |
| 5/26/06 | State vs. Branson – Crawford County |
| 8/11/06 | State vs. Rhodes – Washington County |
| 8/15/06 | State vs. Neir Depositions – Franklin County |
| 10/2/06 | Divorce/Custody Guffie vs. Guffie |
| 11/7-11/8/06 | State vs. Rau |
| 12/6/06 | Divorce/Custody Graham vs. Graham |
| 1/17/07 | State vs. Barks |
| 1/23-1/24/07 | State vs Rhodes – Washington County |

| Date | Case |
|---|---|
| 3/26/07 | Divorce/Custody Bowman vs. Bowman |
| 9/20/07 | State vs. Crowley – Washington County |
| 10/10/07 | State vs. Hense – Crawford/Dent County |
| 4/23/08 | Divorce/Custody Clemons vs. Clemons |
| 4/28-4/29/08 | State vs. Sittner – Washington County |
| 3/24/09 | Divorce/Custody Daily vs. Daily |
| 4/30/09 | Termination of Parental Rights – DSS vs. Acuff |
| 7/13/09 | Crawford County Juvenile Office |

This listing is created by the best of my ability from my calendar, mileage, and subpoenas'. It is not all inclusive as there are additional court dates but case names were not available. Most cases were as an expert witness and were criminal child abuse cases. Due to confidentiality no case names were given for juvenile cases.

**DINA VITOUX, LCSW**
Licensed Clinical Social Worker

200 W. Twelfth Street, P.O. Box 27, Washington, MO 63090   636-390-4422

## Court Fees

Research, Consultation, Travel Time     75.00 per hour

Court Testimony                         150.00 per hour

Report fees                             15.00 per page

# CLIENT INFORMATION SHEET

Client Name: Marica Hutchison  M / D / W  Marital Status S / M / D / W
Address: 1873 Windle Rd   City: Cuba   State: MO   Zip: 65453
Home Phone: _____   Work Phone: 573-265-3251   Cell Phone: 573-201-6758
Birthdate: 2-15-72   Age: 37   Social Security Number: 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
Occupation: Therapist   Employer: Boys & Girls Town
Primary Care Physician: Dr. David Meyers

### Please fill out if child is a minor

Mother Name: _____   Address: _____
City: _____   State: _____   Zip: _____   Daytime Phone: _____
Occupation: _____   Employer: _____

Father Name: _____   Address: _____
City: _____   State: _____   Zip: _____   Daytime Phone: _____
Occupation: _____   Employer: _____

Current Client Medications: _____
Names and ages of people living in your household: _____

Who referred you to this office: Renee Saarla

### Consent to treat a minor

I give consent to Betty Werner or Dina Vitoux to provide services for my child for whom I am responsible.
Parent Signature: _____   Date: _____

### Insurance Information

Insurance Co: _____
ID#: _____   Group#: _____
Subscriber Name: _____   SSN: _____
Date of Birth: _____   Employer: _____

### Assignment of Benefits

I hereby authorize the provider of services to receive direct payment from my insurance company for the services rendered. I understand that I am financially responsible for any required copayments, deductibles or services not covered by my insurer. I agree to provide any information required to file my insurance claims. I authorize the release of any information acquired in the course of treatment for the purpose of insurance claim filing. A photocopy of this authorization shall be considered as effective as the original.
Signature: Marica Hutchison   Date: 8-18-09

I hereby acknowledge that I have received or have been given an opportunity to read a copy of Counseling Concepts Notice of Privacy Practices. If I have any questions I will contact my therapist.
Signature: Marica Hutchison   Date: 8-18-09
____ Client refused to acknowledge receipt.
__✓__ I read and understand the policies of Counseling Concepts.

Dina Vitoux, LCSW                    LizabethWerner, LCSW
200 West 12th Street, Washington, MO 63090    636-390-4422
<u>Diagnostic Assessment</u>

Client: Maurien Hutchison    Referral Source:
Date: 8/18/09
Statement of need and TX expectations:

Presenting problem: Stress due to sexual harassment lawsuit

Previous TX, Medications and Allergies: 1/2000 - 2005 work Dr. Tr.
Cowdy PA.

Education, work status and functioning:
Difficulty staying at work; stress on relationships

Current Symptoms and Behaviors:
not social; fears of social situations; fear being
alone; self confidence ↓; trust & relationship issues.

Family of origin/social functioning: Married 6 yrs.
Support system w/ nothing

Resources/ Strengths: Strong relationship; positive attitude

Other agencies involved:
   (Rule out)
Diag: AxisI 309.81 AxisII____ AxisIII____ Axis IV____ Axis V/GAF____

Therapist: D. Vitoux

# PROGRESS NOTE

**CLIENT NAME:**
**DATE:** 9/[?]
**SESSION** 2 **OF** ___

**TOS:**
**POS:**
**TIME:** 4:00 - 5:00

Depositions stress reduction

Work on self-conscious feelings
  makeup - dress

Relationship issues
  worry what doesn't [trust?]
  Lack of support from friends
  Trust & anxiety issues

**DATE:** 10/8/09
**SESSION** 3 **OF** ___

**TOS:**
**POS:**
**TIME:**

Mike has depositions - [done?] - lots of [issues?]
said [falsified?] records;

10/25 Deposition

Difficulty sleeping; anxiety, wakes up ~ 3am
Nightmares
Lack of focus - concentration issues at work
Difficulty focusing

# PROGRESS NOTE

**CLIENT NAME:**         **TOS:**
**DATE:** 11/2         **POS:**
**SESSION ___ OF ___**      **TIME:**

Stress management techniques.
Relaxation skills - warm bath,
candles, reading, exercise

**DATE:** 11/16         **TOS:**
**SESSION ___ OF ___**      **POS:**
                                          **TIME:**

Nicks friends bang on door 12:30
Triggers - reaction;
Nick away overnight - 1st time
fears;

**PROGRESS NOTE**

CLIENT NAME: Monica Hutchison  TOS: 90806
DATE: 4/17/09  POS: 11
SESSION ___ OF ___  12/2 ';  TIME: 10:00

Didn't sleep at all while husband away.
B/c married; didn't sleep well at
night; hard to see others; couldn't sleep on
day; fears

Nick
Alex

Dec. 2005 — finished

DATE:  TOS:
SESSION ___ OF ___  POS:
  TIME:

Dina Vitoux, LCSW   Lizabeth Werner, LCSW   Linda Reinberg Ph.D.