# Seth Walker Deposition Excerpts

EXHIBIT 11

```
 1        David Steelman and I represent Monica Daniel
 2        Hutchison.  I have just a few questions.
 3        You didn't arrange sexual encounters with
 4        Monica at the prosecutor's office, did you?
 5   A.   Arrange sexual encounters?  No.
 6   Q.   Yeah.  Again, we're asking questions based
 7        on allegations so -- and you didn't arrange
 8        sexual encounters with or through
 9        Millie Williams at the Associate Circuit
10        Clerk's office, did you?
11   A.   No.
12   Q.   Didn't engage in sexual activity with Monica
13        at the courthouse, did you?
14   A.   No.
15   Q.   Didn't engage in sexual activity with
16        Millie Williams at the courthouse?
17   A.   No.
18   Q.   In fact, you didn't engage in sexual
19        activity with Millie Williams, period, did
20        you?
21   A.   I don't know who Millie is.
22   Q.   Don't really know.  Yeah.  Okay.  You said
23        you interacted a few times with Monica at
24        the prosecutor's office on a professional
25        basis; is that correct?
```