# Brad Gentry Deposition Excerpts

EXHIBIT 12

1      County, who is charged with prosecuting a
2      crime, is claiming a wide range of
3      misconduct in office by Monica Daniel and
4      Millie Williams?
5   A. That's was contained in the civil suit, yes.
6   Q. And let's turn now to the next article,
7      which is January 29th of 2009.  "Lawsuit
8      Filed Against PA, County Government".  Do
9      you see that article?
10  A. My copy looks like the 25th.
11  Q. Is that a five?  No, that's a nine.
12  A. Okay.  2009?
13  Q. Yes.
14  A. June 25th?
15  Q. January.
16  A. January.
17  Q. Thursday, January 29th, 2009.
18  A. Okay.
19  Q. Is that the next article that you have now?
20  A. Headline says "Lawsuit Filed Against PA,
21     County Government?
22  Q. Correct.
23  A. Yes.
24  Q. Did you write that article?
25  A. I don't have any recollection whether I did

417-887-4110  ***  ALPHA REPORTING SERVICE  ***  866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED  Document 207-12  Filed 09/20/10  Page 2 of 3

```
 1       or not.
 2   Q.  Did you talk to Mr. Anderson again in
 3       connection with this lawsuit you're
 4       referring to in this article?  There's a
 5       quote where it continues on page A5, second
 6       paragraph down, if that helps refresh your
 7       memory.
 8   A.  Okay.  The second leg of type?  Is that
 9       where we're at now?
10   Q.  I'm sorry?
11   A.  Second leg of type?  Is that --
12   Q.  Yeah, right there.
13   A.  Oh, okay.  First leg.  Well, someone from
14       the newspaper either called Mr. Anderson or
15       he issued a written response.
16   Q.  If he'd issued a written response, would it
17       have been included in these documents that
18       you produced pursuant to Mr. Harris's
19       subpoena?
20   A.  No.
21   Q.  You don't -- you have no independent
22       recollection of those comments?
23   A.  I don't.
24   Q.  Do you recall working on that article at
25       all?
```

417-887-4110  ***  ALPHA REPORTING SERVICE  ***  866-991-7787
www.missouricourtreporters.com
Case 6:09-cv-03018-RED   Document 207-12   Filed 09/20/10   Page 3 of 3