Portion of Brad Gentry Deposition Exhibit #51

EXHIBIT 13




**LEFT:** Dawayne Bell of Houston scoops up an icy mixture of precipitation Tuesday on a business sidewalk in downtown Houston. Schools and many businesses closed this week as a glaze covered streets and highways. **ABOVE:** City of Houston employees work near the Texas County Administrative Center. **BELOW:** A backhoe piles up snow and sleet Wednesday near Pine Street and Grand Avenue in Houston. Roads remained slick Wednesday, and businesses struggled to maintain their work forces.

tion crews continued to plow highways. The City of Houston was moving snow and ice out of the downtown business district at mid-morning Wednesday.

The National Weather Service said more than three inches of ice piled up in Texas County, along with another layer of snow. Luckily, most of the precipitation came in the form of sleet — rather than freezing rain. That kept heavy ice from downing power lines. Ice scraper sounds were common.

The foul weather did cause problems for motorists.

A Licking couple was hurt Monday night when their Ford SUV slid off icy U.S. 63 six miles south of their hometown, the Missouri State Highway Patrol said.

Sgt. Jeff Kinder of the patrol said the vehicle driven by Eugene R. Ritz, 56, left the roadway and overturned.

Ritz and a passenger, Lolita E. Ritz, 43, were taken to Texas County Memorial Hospital. Her injuries were moderate; his were classified as minor, said Kinder. Both were wearing seat belts. Members of the Texas County Rescue Squad also were called to the scene. The vehicle was totaled.

A Licking woman was injured late Monday night in a crash on U.S. 63 about four miles south of Edgar Springs. The patrol

See WEATHER, Page A8

# Lawsuit filed against P.A., county government

### Woman alleges discrimination; officeholder says charges are false, attempt to enrich

A 20-page federal lawsuit filed last week in U.S. District Court alleges that Texas County's prosecutor sexually discriminated against a former employee and misused the powers of his office in an attempt to retaliate against the worker.

The prosecutor later denied all claims, which he described as coming from a "disgruntled former employee."

The six-count lawsuit lifts the veil off allegations that surfaced about three years ago in county documents and in a civil lawsuit filed against Monica Daniel Hutchison by her former boss, Michael R. Anderson, the county prosecutor. In that lawsuit, Anderson alleged Hutchison, his administrative assistant from January 2003 until December 2005, and another courthouse worker engaged in a smear campaign against him while they operated a "swinger-style sex ring" from county government. Anderson dropped the suit about five weeks after it was filed, according to circuit court records. Hutchison filed the federal lawsuit against Anderson and Texas County government after receiving a "right to initiate a civil action" by the U.S. Department of Justice in October 2008 after the Equal Employment Opportunity Commission (EEOC)

See LAWSUIT, Page A5


SUIT FILE ONLINE AT HoustonHerald.com

---

**INSIDE**
- School news, A2
- County news, M2
- Church page, M10
- Kidzwalk, M7
- Diablemont, M6
- School menus, M3
- TV listings, M9
- Prosecutor's report, M5


Missouri Lottery

**RAFFLE WINNER**
Licking man strikes it lucky..wins $100,000 in lottery game. | A7

**BANK PLANS SPRING OPENING**
Community Bank says it will open on U.S. 63 in a few months. | A2

**HOOP QUEEN CANDIDATES**
Candidates are selected for Hoop Queen next month at HHS. | A2

Case 6:09-cv-03018-RED   Document 207-13   Filed 09/20/10   Page 2 of 3



Thursday, Jan. 29, 2009, HOUSTON HERALD, Houston, Mo., www.houstonherald.com A5

## • Lawsuit
From Page A1

referred the case to it. Hutchison originally filed a complaint with the EEOC in early 2006.

"These are the same claims investigated by the Equal Employment Opportunity Commission and the Department of Justice. Those investigations found no basis for a claim then, and nothing has changed," Anderson said on Tuesday. "These are false claims made by a disgruntled former employee hoping to make a profit. As I have said from the beginning, I will address the specific allegations in court and look forward to finally getting to tell the full story on the record."

In the lawsuit, Hutchison, a Cuba, Mo., resident, alleges that Anderson demonstrated a pattern of inappropriate behavior that was sexually suggestive. According to the lawsuit, Anderson called Hutchison into his office on Dec. 1, 2005, upon learning that she planned to file a sexual harassment suit against him. The prosecutor's ultimatum was either be fired or resign, and Anderson urged her to return to her home in Licking and let him know the next day of her decision. Hutchison arrived the following day to the Main Street office to report he could fire her, according to the court documents.

A week later, Hutchison was contacted by a Missouri State Highway patrolman who had a message from the prosecutor: Would she consider coming back to work. By Dec. 12, Hutchison was back on the county's payroll.

According to the lawsuit, problems between the two escalated. Anderson arrived at Hutchison's home about 1:20 a.m. Dec. 16, after leaving a message that he intended to visit her. She refused to open the door, a move that the lawsuit says infuriated Anderson, who was banging on the door and calling her from a cellular telephone before leaving when a Licking patrol car responded to the scene.

"Defendant Anderson then called plaintiff's house again and left a long message on plaintiff's answering machine indicating that he had feelings for plaintiff and that he loved her," claims the federal court document filed by attorney David Steelman of Rolla. "After this incident, defendant Anderson left several more phone messages and kept pestering plaintiff and attempting to get the answering machine tape from her, and she could no longer tolerate the sexually harassing and abusive work environment created by defendants."

A week later, after unsuccessfully obtaining the answering machine tape from Hutchison, according to the lawsuit, Anderson sought a warrant compelling Hutchison to turn over a copy of the tape to then Associate Circuit Judge Bradford Ellsworth, and she resigned. Within a short period of time, Daniel filed a federal complaint with the EEOC in St. Louis.

Hutchison and attorney Steelman seek compensatory and punitive damages on six counts against Anderson and Texas County government related to employment discrimination, retaliation in the form of the "swinger-style sex ring" lawsuit, employment discrimination under state law and malicious prosecution related to the prosecutor's earlier lawsuit.

Damages also are sought for "abuse of process," claiming "Anderson utilizing his position as prosecuting attorney, was illegal and unlawful, and constituted an improper and perverted use of process which was not warranted or authorized." In his filing, Steelman alleges that Anderson "obtained said subpoena through false pretenses and deceit" and he "had no legal purpose in obtaining the issuance of said subpoena in that it was obtained to retaliate against plaintiff for exercising her right to seek redress against defendants for illegal employment discrimination on the basis of sex, and to coerce plaintiff into ceasing any efforts to seek redress for unlawful employment discrimination on the basis of sex."

Count six of the petition alleges Anderson defamed Hutchison in filing the "swinger-style sex" ring lawsuit that was reported regionally and in media reports across the country.

U.S. Magistrate James England in Springfield ordered the case to a mediation process, which he said is designed to confront the issues and attempt to reach a settlement before costly litigation is incurred.

Missouri. Local, state and federal