# Harold Emde Deposition Excerpts



EXHIBIT 14

```
 1    foundation.  He's not been established as knowing
 2    anything or having any knowledge of what the
 3    Department of Justice did or didn't do.
 4                 MR. STEELMAN:  That's a fair
 5    objection.  I can get to that later with the letter.
 6    BY MR. STEELMAN:
 7         Q.   Let me re-ask that question, Mr. Emde; is
 8    this agreeable?
 9         A.   Yes.
10         Q.   Is that statement an accurate reflection of
11    the decision by the Equal Employment Opportunity
12    Commission?  And I would refer you to the
13    determination, Exhibit 11, too.
14         A.   It is not true that those investigations
15    found no basis for a claim then and nothing has
16    changed.  I really don't know what nothing has
17    changed means, but.
18         Q.   So that my question and answer is clear, is
19    part of his statement that those investigations found
20    no basis for a claim then, is that a true statement?
21         A.   It is inaccurate with respect to the
22    investigation that I conducted of this charge.
23         Q.   Okay.  Are you aware and can even answer a
24    question with regards to how the process works and
25    the Department of Justice even gets involved?
```

34

Joann Renee Richardson
*  573-699-4110  *  St. James, Missouri  *
Case 6:09-cv-03018-RED   Document 207-14   Filed 09/20/10   Page 2 of 2