Michael R. Anderson Deposition Exhibit #11

Case 6:09-cv-03018-RED   Document 207-15   Filed 09/20/10   Page 1 of 3

EXHIBIT 15



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## St. Louis District Office

Robert A. Young Building
1222 Spruce Street, Room 8.100
St. Louis, MO 63103
(314) 539-7880
TTY (314) 539-7803
FAX (314) 539-7893

Charge Number: 560-2006-00687

Monica Daniel
P.O. Box 672
Licking, MO 65542

    Charging Party

vs.

Texas County Prosecuting Attorney's Office
210 North Grand
Houston, MO 65483

    Respondent



PLAINTIFF'S
DEPOSITION
EXHIBIT

## DETERMINATION

Under the authority vested in me by the Commission, I issue the following determination as to the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended (Title VII).

All requirements for coverage have been met. Charging Party alleges that she was subjected to a sexually hostile work environment by Texas County Prosecuting Attorney Michael Anderson because of her sex, female. Charging Party further alleges that she was constructively discharged.

Respondent denies the allegations and contends that Charging Party engaged in egregious and inappropriate sexual behavior in the workplace that was not discovered until after Charging Party's resignation. Respondent also contends that Charging Party left her employment voluntarily after Respondent uncovered the extent of lies told by Charging Party and her betrayal, poor performance and unlawful actions.

Evaluation of the evidence reveals reasonable cause to believe that Charging Party's allegations are true, that Charging Party was subjected to a sexually hostile work environment, because of her sex, female, and that Charging Party's resignation was a foreseeable direct consequence to Respondent's discriminatory practices, constituting a constructive discharge, in violation of Title VII.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Sections 706 and 709 of Title VII and Commission Regulations apply to information obtained during conciliation.

If Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the Office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission. It is Commission policy to notify each aggrieved person of the right to sue for remedial relief, including recovery of back pay, compensatory damages, punitive damages plus attorney fees and court costs. A Commission representative will contact each party in the near future to begin conciliation.

ON BEHALF OF THE COMMISSION:

JUN 2 8 2007
Date

James R. Neely, Jr.
District Director

cc: J. Christopher Allen
Law Offices of Allen & Rector
135 Hardwood
P.O. Box 1700
Lebanon, MO 65536

Warren E. Harris
Law Offices of Taylor, Stafford, Clithero,
Fitzgerald & Harris, LLP
3315 E. Ridgeview, Suite 1000
Springfield, MO 65804