# Debbie James Deposition Excerpts

EXHIBIT 16

```
 1              MR. HARRIS:  Just for the record, let
 2     me object it's improper to have one witness comment
 3     upon the testimony of another witness.
 4              MR. WATERS:  The current time is 1528.
 5     We're now going off record.
 6                        (Off the record.)
 7                        _____
 8                        (Back on the record.)
 9              MR. WATERS:  We are now back on
10     record.  The current time is 1530.  Please proceed.
11     BY MR. STEELMAN:
12         Q.   Did Mildred Williams ever tell you that
13     Mike Anderson was seen getting out of Ms. Daniel's
14     car at two or three in the morning?
15         A.   No.
16         Q.   Did you tell Mike Anderson that Mildred
17     Williams had told you that?
18         A.   No.
19         Q.   Did you tell Mike Anderson that Mildred
20     Williams was saying that he had threatened Mildred
21     Williams and Ms. Daniel with harm or would kill them
22     if they didn't have sex with him?
23         A.   No.
24         Q.   So not only did Ms. Williams never say this
25     to you; is that correct?
```

| | |
|---|---|
| 1 | A.   That is correct. |
| 2 | Q.   But you never told Mike Anderson? |
| 3 | A.   No. |
| 4 | Q.   Now, the deposition where Mike Anderson |
| 5 | testified to that effect was in August 25, 2009, and |
| 6 | I showed you that. |
| 7 | A.   Okay. |
| 8 | Q.   Had you taken some steps to demonstrate to |
| 9 | Mike Anderson so that he would know that wasn't true? |
| 10 | A.   No. |
| 11 | Q.   Did you have a conversation where you put |
| 12 | him on the phone? |
| 13 | A.   Mr. Anderson? |
| 14 | Q.   Yes. |
| 15 | A.   No. |
| 16 | Q.   Where you let him listen in on a call? |
| 17 | A.   Yeah, when he came in my office. |
| 18 | Q.   And tell us about that, when he came in |
| 19 | your office. |
| 20 | A.   He was angry, mad, because someone |
| 21 | apparently had told him that I had said a bunch of |
| 22 | things about him and was spreading rumors.  And I |
| 23 | informed him that I wasn't, you know, the only one in |
| 24 | Texas County talking about him.  And, like I said, I |
| 25 | threw him a tablet and said, "You best be taking |

18