# CERTIFICATION OF BUSINESS RECORDS

STATE OF __MISSOURI__ )
                       ) ss.
COUNTY OF __TEXAS__ )

Before me, the undersigned authority, personally appeared __SCOTT LINDSEY__,
                                                                                    (Custodian)
who, being by me duly sworn, deposed as follows:

1. My name is __SCOTT LINDSEY__. I am of sound mind,
                                   (Custodian)
capable of making this Affidavit, and personally acquainted with the facts herein stated.

2. I am the custodian of the records of __LICKING POLICE DEPT.__
                                                                               (Facility Name)

3. Attached hereto are __1__ pages of records regarding
__M. ANDERSON__. These pages of records are kept by the
(Name of Individual)
office in the regular course of business, and it was the regular course of business of the office for an employee or representative of the office with knowledge of the act, event, condition, opinion or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, or event. The records attached hereto are the original or exact duplicates of the original.

_____
Custodian of Records, Affiant

Subscribed and sworn to before me this __17th__ day of __Sept.__, 2009.

_____
Myrna Van Deusen
Notary Public

My Commission Expires: __10-03-10__

```
MYRNA VAN DEUSEN
Notary Public - Notary Seal
State of Missouri
Commissioned for Texas County
My Commission Expires: October 03, 2010
Commission Number: 06429003
```



# LICKING POLICE DEPARTMENT
## PATROL LOG

Officer's Signature: M. Hood
Date: 12-17-05    Shift: 6P-6A

Mileage:
Ending: 35818
Beginning: 35798
Total: 20

Car LPD # 204

Radio Calls: ___
Observations: ___
Traffic Accidents: ___
Arrests: ___
Citations: ___
Fuel Gal ___ Cost ___

| Time Rec'd | Time Arrived | Time Cleared | How Rec'd | Type of Call | Location | Remarks |
|---|---|---|---|---|---|---|
| 1812 | | | 1041 | Res | Veh + Equip? - OK |
| 1912 | | | O | 6160-UP/S | Sonic | Phillip C. Biller M/W/H 5.23.87 stalled |
| 2320 | | | P | Extra patrol | School St | K. Anderson Batteries on Monica's door - Patrol |
| --- | | | | | | Drive-By requested w/ no contact |
| 0600 | | | | 042 | Res | Veh - Equip - OK |

Case 6:09-cv-03018-RED    Document 213-4    Filed 10/01/10    Page 2 of 2