## AFFIDAVIT OF SCOTT LINDSEY

My name is Scott Lindsey and I am over the age of 18 years and have personal knowledge of the facts asserted in this Affidavit.

1. I am currently employed as the Chief of Police in the Licking Police Department in Licking, Missouri. I have been employed with the Licking Police Department since at least December of 2005.

2. In December of 2005, I was the Assistant Chief of Police for the Licking Police Department.

3. At no time did I instruct Officer Mike Hood of the Licking Police Department to not make an entry in the Licking Police Department log book regarding Monica Daniel Hutchison's call to the Licking Police Department on December 17 or December 18, 2005.

4. At no time did I instruct Officer Mike Hood of the Licking Police Department to not make a log entry in the Licking Police Department log book regarding his responding to a call from Monica Daniel Hutchison on the evening of December 17, 2005 or early morning of December 18, 2005.

5. The general practice at the police department is for officers to turn in their logs on or around the 15th and end of each month. Any person wanting to see such logs before an officer had turned them in to the department would have to specifically request the log from the particular officer.

Further, Affiant sayeth naught.

Scott Lindsey
Chief of Police, Licking Police Department
Licking, MO



STATE OF MISSOURI    )
                     ) ss.
COUNTY OF            )

On this 30th day of September, 2010, before me, a notary public, personally appeared Scott Lindsey, to me known to be the person described in and who executed the foregoing Affidavit, and acknowledged that he executed the same as his free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal on the day and year last above written.

*Myrna Van Deusen*
Notary Public

My commission expires: 10-03-10

```
MYRNA VAN DEUSEN
Notary Public - Notary Seal
State of Missouri
Commissioned for Texas County
My Commission Expires: October 03, 2010
Commission Number: 06429003
```