```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF MISSOURI
 2                     SOUTHERN DIVISION

 3   MONICA DANIEL HUTCHISON,

 4          Plaintiff,

 5     vs.                      Case No. 09-3018-CV-S-RED

 6   TEXAS COUNTY, MISSOURI,
     MICHAEL R. ANDERSON,
 7   TEXAS COUNTY PROSECUTING ATTORNEY,
     and MICHAEL R. ANDERSON, individually,
 8
            Defendants.
 9

10        DEPOSITION OF MS. MELISSA DUNN,

11   produced, sworn, and examined on Wednesday,

12   May 26, 2010, at 10:51 a.m. of that day, at

13   the Texas County Justice Center,

14   519 N. Grand Avenue, in the City of Houston,

15   County of Texas, and State of Missouri,

16   before me, LINDSAY M. BENI, RPR, CCR, in the

17   above-captioned cause; taken on behalf of

18   the Defendants.

19

20

21

22

23        ALPHA REPORTING SERVICE
            3230-G South National
24       Springfield, Missouri 65807
              (417) 887-4110
25
```

1  A. Part of it was public information, part of
2     it wasn't.
3  Q. Okay. Fair enough. In your dealings with
4     Mr. Anderson did you ever hear any rumors
5     about the way Mr. Anderson interacted with
6     Ms. Daniel?
7  A. No.
8  Q. Okay. Let's look here at your report that's
9     marked as Exhibit 37. It starts out that it
10    says on 12/22/05 you were summoned to
11    Judge Ellsworth's office to meet with the
12    judge and Prosecuting Attorney Michael
13    Anderson. Do you know who summoned you
14    there?
15 A. No, I don't. Let me make a note here before
16    we get too far into it.
17 Q. Okay.
18 A. On page 3 it's got in the third paragraph
19    and the sixth paragraph it says December of
20    '06.
21 Q. Okay.
22 A. Those should be December of '05.
23 Q. All right. Fair enough. I see that?
24 A. When I changed the page I changed it to '06
25    for some reason.

13

1  Q. Okay.
2       MR. GAUNT: You were writing it in '06
3     probably.
4       THE WITNESS: No. I wrote it when we
5     were in December so...
6       MR. GAUNT: Okay.
7  Q. (By Mr. Harris) And that's a fair question.
8     I guess I probably ought to ask you with
9     regard to the document that's marked
10    Exhibit 37, was this just kind of a
11    progression thing?
12 A. Yes. And this isn't in our standard format
13    for investigative reports, either.
14 Q. All right. So part of it would be prepared
15    on a given date and then part of it was
16    prepared later? Is that how I understood
17    it?
18 A. Yes. I actually started this on the 23rd.
19 Q. Okay. And when you went to
20    Judge Ellsworth's office on the 22nd, was
21    anybody else present other than you,
22    Judge Ellsworth and Mr. Anderson?
23 A. No, that's all.
24 Q. And you narrate what Mr. Anderson reported
25    at that time; correct?

14

1  A. Yes.
2  Q. Do you recall did you say anything during
3     this meeting? I don't see anything noted in
4     here about any comments you may have made,
5     but did you make any statements or say
6     anything during the meeting on the 22nd?
7  A. If I would have asked anything, what he
8     states here would have been the response to
9     it.
10 Q. Okay. I guess I take that back. It looks
11    like on the second page there is a paragraph
12    where it starts out you told Mr. Anderson --
13    you said that --
14 A. Yes.
15 Q. -- since it happened in Licking you thought
16    the Licking Police Department should be
17    involved?
18 A. Yes.
19 Q. What was your reasoning or thinking behind
20    that? Explain that to me.
21 A. Crime didn't occur within my jurisdiction.
22 Q. So if something occurs within the city of
23    Licking it's not within the Texas County
24    Sheriff's Department's jurisdiction?
25 A. It's primarily in the City of Licking's

15

1     jurisdiction. If they ask for assistance,
2     we'll be glad to help them.
3  Q. All right. And then at the bottom of that
4     second page it talks about you make a note
5     that you were at the prosecuting attorney's
6     office on the 20th to drop off some paper
7     work and you could overhear Mr. Anderson and
8     Monica Daniel having a conversation. Could
9     you actually hear what they were discussing?
10 A. Well, I could hear the conversation. I
11    don't know if I've got it word-for-word. I
12    could hear conversation. I would say not or
13    I would have put it in here.
14 Q. Okay. Then you state that later that
15    evening Monica came to your office?
16 A. Yes.
17 Q. Do you recall what time that was?
18 A. I'd say it'd be after five.
19 Q. All right. Are those normal work hours for
20    you to be there after five?
21 A. Yes.
22 Q. And she reports this incident with
23    Mr. Anderson coming to her house Saturday
24    night slash Sunday morning. And she
25    reported to you that she let her answering