IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MONICA DANIEL HUTCHISON,       )
                               )
         Plaintiff,            )
                               )
vs.            )Case No. 09-3018-CV-S-RED
                               )
TEXAS COUNTY, MISSOURI; MICHAEL)
R. ANDERSON, TEXAS COUNTY      )
PROSECUTING ATTORNEY; and      )
MICHAEL R. ANDERSON,           )
Individually,                  )
               )June 16, 2010
         Defendants.  )Rolla, Missouri

DEPOSITION OF JEFFREY ROY KINDER

a Witness, produced, sworn and examined on the 16th day of

June, 2010, between the hours of 8 a.m. and 5 p.m. of that

day, at Steelman, Gaunt & Horsefield, 901 Pine Street, City
of Rolla, County of Phelps, before

JOANN RENEE RICHARDSON, CCR
Certified Court Reporter
20051 State Route B
St. James, Missouri 65559
in the above-entitled cause, pursuant to Notice to Take
Deposition, on the part of the Defendant Mr. Anderson.

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

---

Page 2

APPEARANCES:
For the Plaintiff:
STEPHEN GAUNT
Attorney at Law
STEELMAN, GAUNT & HORSEFIELD
901 Pine Street, Suite 110
Rolla, Missouri 65402
tel: (573) 341-8336
fax: (573) 341-8548

For the Defendant Texas County, Missouri:

COREY L. FRANKLIN
Attorney at Law
THE LOWENBAUM PARTNERSHIP, LLC
222 South Central Avenue, Suite 901
St. Louis, Missouri 63105
tel: (314) 863-0092
fax: (314) 746-4848

For the Defendant Michael R. Anderson, Individually:

WARREN E. HARRIS
Attorney at Law
TAYLOR, STAFFORD, CLITHERO, FITZGERALD & HARRIS

3315 East Ridgeview, Suite 1000
Rolla, Missouri 65804
tel: (417) 887-2020
fax: (417) 887-8431
For Jeff Kinder:
TIMOTHY W. VAN RONZELEN
Attorney at Law
COOK, VETTER, DOERHOFF and LANDWEHR
231 Madison Street
Jefferson City, Missouri 65101
tel: (573) 635-7977
fax: (573) 635-7414
EXHIBIT INSTRUCTIONS:
  No exhibits marked.
SIGNATURE INSTRUCTIONS:

  Signature waived.

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

---

Page 3

INDEX
                                                    Page

Jeffrey Roy Kinder
    Examination by Mr. Harris............  4

    Examination by Mr. Franklin...........  23

    Examination by Mr. Gaunt .............  34

    Re-Examination by Mr. Harris ..........  48

    Re-Examination by Mr. Franklin .........  51

Reporter s Certificate.................  53

Joann Renee Richardson

* 573-699-4110 * St. James, Missouri *

---

Page 4

1       MR. VAN RONZELEN: Now that we're on
2   the record, Warren was good enough to share with me
3   that we can request the depositions be sealed. And
4   on behalf of Jeff, we request that this deposition be
5   sealed, that the protective order and all the
6   requirements there be filed with respect to this
7   deposition.
8       MR. GAUNT: We'll join in that.
9       MR. FRANKLIN: I certainly join, as
10  well.
11      MR. HARRIS: I join. I'll copy you in
12  it, but we'll take the lead in getting that filed
13  with the court.
14      MR. VAN RONZELEN: I appreciate that.
15  Thank you.
16    (Witness Sworn by Certified Court Reporter.)
17  _____
18  JEFFREY ROY KINDER, Licking, Missouri, testified as
19  follows:
20  EXAMINATION BY MR. HARRIS:
21    Q. Would you state your full name, please?
22    A. Jeffrey Roy Kinder. It's K-i-n-d-e-r.
23    Q. And where do you reside, Mr. Kinder?
24    A. I live in Licking, Missouri.
25    Q. And you're employed by the Mis[...]

Joann Renee Richardson
* 573-699-4110 * St. James, M[...]

Page 41

because of her position?
         MR. FRANKLIN: Objection, lack of
foundation.
BY MR. GAUNT:
    Q. Go ahead.
    A. What was the question again? I want to
make sure I answer.
    Q. I asked if Mike Anderson ever indicated to
you that he felt that you and Monica Daniel should
not be romantically involved because of her position
in the prosecutor's office?
    A. He never indicated anything like that
because he didn't know it.
    Q. You talked about a time where he rode
around with you in the patrol car; correct?
    A. That's correct.
    Q. And it would have been on the Friday or
Saturday night in December of 2005; right?
    A. That's correct.
    Q. Is it your understanding that that ride-
around was the same evening that he ended up calling
Monica and going over to her house?
    A. Yes, sir, later that evening he did.
    Q. So if that happened on a Saturday
night/Sunday morning, then the ride-around would have

Page 42

been Saturday night?
    A. It would have been the same evening, yes,
sir.
    Q. Was that the first time he had ever made
any request like that to go on patrol with you?
    A. He never actually made a request to go on
patrol with me. I invited him to go for a ride in
the patrol car. We never took any enforcement action
on anything.
    Q. Is that the only time anything like that
had occurred?
    A. He had ridden in a patrol before.
    Q. With you?
    A. Yes, that's correct.
    Q. What were the circumstances of that?
    A. I believe we went to a Lion's Club meeting
or a lunch at the Lion's Club where we gave a
presentation.
    Q. Okay. So it wasn't really out on a patrol,
he just rode with you in the car to get to where you
both had business?
    A. Yes.
    Q. And you indicated that you could smell
alcohol on him and believed he had been drinking;
correct?

Page 43

    A. That's correct.
    Q. You don't remember at this time whether or
not you actually saw him drink?
    A. I never saw him drinking from a bottle. I
saw him drinking from a Coca Cola -- I believe like a
20-ounce Coca Cola plastic bottle, but I never
actually saw him take a drink out of the bottle.
    Q. You don't know if there was alcohol in
there or not?
    A. No, sir.
    Q. And you did not go to a bar with him that
night; is that correct?
    A. I did not, no, sir.
    Q. Do you know what bar it was that he wanted
you to go get the tape from?
    A. It's the -- they call it the Outback. It's
a bar that's inside the city limits there in Licking.
    Q. And when you dropped him off back at his
office, he was not, in your opinion, intoxicated?
    A. No, sir, he wasn't.
    Q. Did Monica ask you to contact Mike and get
her job back for her or help her get her job back?
    A. No, sir.
    Q. And you didn't volunteer to Mike that you
would call Monica; is that correct?

Page 44

    A. No, sir, I did not.
    Q. It's a request he made of you that you
contact her and have her call him?
    A. That's correct.
    Q. And he said the reason for that request is
that she would not take his calls?
    A. That's correct.
    Q. I want to read you some testimony of Mr.
Anderson and I'm going to ask if this comports with
your understanding of the facts. (Reading): I asked
Jeff Kinder if he had seen her or heard from her. He
said that he had, that she was doing okay.
        I said, well, do you think she would be
willing to come back and start over? Do you think
she would like to have her job back if we could fix
this thing, if she would come back and abide by the
rules?
        He said, I'll go talk to her. So I didn't
send him to talk to her. I was asking him about her
and he said, yeah, I'll go talk to her and see if
she's interested in that.
        Do you recall ever having a conversation
like that with Mr. Anderson?
    A. No, I did not.
    Q. Have you read Mike Anderson's lawsuit

## Page 45

1  against Monica Daniel and Millie Williams?
2      A. What was on the internet, I read part of
3  it. It was in the Houston Herald.
4      Q. Did you read that around the time that he
5  filed it?
6      A. Yes, sir, I did.
7      Q. Prior to Mike Anderson's lawsuit in May of
8  2005, did Monica have a reputation for conspiring
9  with Millie Williams to use their public offices to
10 coordinate and orchestrate a swinger-style sex ring
11 out of the Texas County Prosecuting Attorney's Office
12 and the Texas County Associate Circuit Court Office?
13     A. Not to my knowledge.
14     Q. And you're not aware of any such activities
15 taking place, are you?
16     A. No, I'm not aware of any.
17     Q. Prior to Mike Anderson's lawsuit in May of
18 2005, did Monica Daniel Hutchison have a reputation
19 for conspiring with Millie Williams to use their
20 public offices to do favors for friends and others?
21         MR. FRANKLIN: Objection, lack of
22 foundation. I'm not sure you established --
23     A. Not that I'm aware of.
24         MR. GAUNT: I'm reading the allegation
25 from the lawsuit.

## Page 46

1      Q. You're not aware of any such activities
2  taking place, are you?
3      A. I'm not aware of any.
4      Q. She didn't fix tickets for people, to your
5  knowledge?
6      A. Not to my knowledge.
7      Q. Or that you heard from other officers.
8  Nobody has told you that she fixed tickets for them?
9      A. Nobody has told me that.
10     Q. And to be clear, she never did any favors
11 for you as far as canceling subpoenas or anything
12 like that; is that correct?
13     A. No, she didn't.
14     Q. And you never asked her to get you out of a
15 subpoena?
16     A. No, sir, I did not.
17     Q. And she never offered to get you out of a
18 subpoena, did she?
19     A. No, sir.
20     Q. Prior to Mike Anderson's lawsuit in May
21 2005, did Monica Daniel Hutchison have a reputation
22 for conspiring with Millie Williams to use their
23 public offices to remove and cover up the removal of
24 criminal investigative documents from the Texas
25 County Prosecuting Attorney's Office?

## Page 47

1      A. I don't have any knowledge of them doing
2  that.
3      Q. You're not aware of any such activities?
4      A. I'm not aware of any, no.
5      Q. Did Mike Anderson ever indicate to you that
6  Monica Daniel was defaming him or saying things about
7  him that weren't true?
8      A. Not that I can remember.
9      Q. Other than the comment about him acting
10 stupid at a party, did he ever indicate to you that
11 he felt Monica was disrespectful or saying bad things
12 about him?
13     A. Not other than that particular instance.
14     Q. Did he ever indicate to you that Monica had
15 made "bad comments" about the way Mike had handled a
16 case or cases?
17     A. No.
18     Q. You never heard her make any such comments,
19 did you?
20     A. I never heard her, no, sir.
21     Q. Did Mike Anderson ever express
22 dissatisfaction to you about Monica Daniel's job
23 performance or conduct?
24     A. No, he never expressed that to me.
25         MR. GAUNT: I have no further

## Page 48

1  questions.
2
3  RE-EXAMINATION BY MR. HARRIS:
4      Q. I've got just a couple. When Monica
5  contacted you at home and told you that Mike had come
6  over to her house in the early morning hours, did she
7  tell you that he had threatened her in any way?
8      A. No. The best of my recollection what she
9  said was, he tried to get into the house and she
10 called the police and the police came back and drove
11 by. He shouted vulgarities outside, and also on her
12 phone. But I don't know that he ever -- you know, I
13 just don't recall if he said that or if she said that
14 about him.
15     Q. Did she tell you why she had called you
16 that morning?
17     A. She just wanted to let me know. She said
18 that she had called -- also had called the judge and
19 Mr. Eidson, who was one of her previous employers,
20 Judge Ellsworth.
21     Q. I was going to ask you, when you said
22 "judge," you meant Judge Ellsworth?
23     A. That's correct.
24     Q. Did she seem scared or frightened at all?
25     A. I don't know. I know she was -- she seemed