# Transcript of the Testimony of
# David Myers, D.O.

**Date:** March 16, 2010

**Case:** Hutchison v. Texas County
09-3018-CV-S-RED; USDC

ALPHA REPORTING SERVICE
Phone: 417-887-4110
Fax: 417-889-4246
Email: schedule@alphareportingservice.com
www.alphareportingservice.com



## Page 41

1  A. I think I was aware at some point. I'm not
2     sure when I was made aware of that.
3  Q. You would agree with me, Doctor, that part
4     of the reason that you keep records is to
5     chart why certain prescriptions are given?
6  A. Mm-hmm.
7  Q. Is that yes?
8  A. A diagnosis would justify that.
9  Q. What diagnosis is there in your records on
10    May the 5th of 2006 regarding anxiety or
11    depression?
12 A. None that I made.
13 Q. Did you refer her to any type of counseling
14    or therapy for the experience she related to
15    you?
16 A. No.
17 Q. You didn't feel that was medically
18    necessary?
19 A. I think she did that on her own.
20 Q. And what do you base that conclusion upon?
21 A. Because I didn't make it for her.
22    MR. FRANKLIN: Excuse me? I didn't --
23 A. I didn't make the referral for her. I think
24    she made that on her own accord.
25 Q. (By Mr. Harris) Well, but did you feel that

## Page 42

1     based upon what you --
2  A. If she asked me, I would have been glad to
3     do it.
4  Q. Well, here's my question, Doctor: To a
5     reasonable degree of medical certainty on
6     May the 5th of 2006 did you believe that
7     Ms. Hutchison was experiencing any mental
8     health issues significant enough to warrant
9     a referral to some type of mental health
10    professional?
11 A. Oh, I see 30 people a day that would meet
12    those qualifications. I don't refer them
13    all to psychiatric or psychological care,
14    but usually they ask me to do that or if I
15    see that their emotions were out of control,
16    which Monica's a pretty tough girl. I don't
17    think she would have asked for that unless
18    she wanted me to do that.
19 Q. Do you recall her bringing up the subject
20    any time after the May 5th, 2006, visit?
21 A. Yeah. We've discussed it a couple times in
22    addition to that. Nothing at length. I did
23    know that she was -- you know, had been
24    accused of some things that I thought had
25    defamed her character a bit and she was, I

## Page 43

1     think, very upset about that.
2  Q. Which dates did you discuss those things?
3  A. I don't recall.
4  Q. And they're not noted in your chart?
5  A. No, they're not.
6  Q. You said you knew that she'd been accused of
7     things which you thought defamed her
8     character?
9  A. Correct.
10 Q. What were you aware of that she had been
11    accused of that defamed her?
12 A. She told me she had been accused of running
13    a prostitution ring, I think is what she
14    said.
15 Q. So she reported to you that she'd been
16    accused of running a prostitution ring?
17 A. Yes.
18 Q. Did she deny that?
19 A. Yes.
20 Q. Did you make a practice of discussing her
21    sexual habits with her as part of your
22    treatment of her?
23 A. Well, as your gynecologist, of course you
24    have some contact with that. We prescribed
25    her birth control pills, we treated vaginal

## Page 44

1     infections, routine care for that. I hadn't
2     discussed her sex life with her, no.
3  Q. What else had your heard that you thought
4     defamed her?
5  A. I think she told me that her home had been
6     searched and she said that was an intrusion
7     on her privacy.
8  Q. So you specifically recall her telling you
9     that her home had been searched?
10 A. Yes.
11 Q. Anything else?
12 A. I think as she eventually left her home
13    there and moved away, I think that was a
14    factor in her decision. She did talk to me
15    about that, that it was a relief for her to
16    be away from that environment.
17 Q. Anything else that she told you about the
18    incident?
19 A. Not that I recall.
20    MR. GAUNT: Can we go off the record a
21    minute?
22    MR. HARRIS: Sure.
23    (Short break in proceedings.)
24 Q. (By Mr. Harris) Doctor, when was the date of
25    your last visit with Monica?