IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MONICA DANIEL HUTCHISON,            )
                                    )
            Plaintiff,              )
                                    )
vs.                                 ) Case No. 09-3018-CV-S-RED
                                    )
TEXAS COUNTY, MISSOURI; MICHAEL     )
R. ANDERSON, TEXAS COUNTY           )
PROSECUTING ATTORNEY; and           )
MICHAEL R. ANDERSON,                )
Individually,                       )
                                    ) April 5, 2010
            Defendants.             ) Houston, Missouri


VIDEOTAPED DEPOSITION OF DEBBIE JAMES

a Witness, produced, sworn and examined on the 5th day of

April, 2010, between the hours of 8 a.m. and 5 p.m. of that

day, at Texas County Courthouse, 210 North Grand, City of

Houston, County of Texas, before

JOANN RENEE RICHARDSON, CCR
Certified Court Reporter
20051 State Route B
St. James, Missouri 65559

in the above-entitled cause, pursuant to Notice to Take

Video Deposition, on the part of the Plaintiff.

Joann Renee Richardson

*    573-699-4110    *    St. James, M

## Page 13

1  and Millie Williams if they didn't have sex with him?
2      A.  No. But it wasn't John Sutton that I
3  called. It was Jim Sutton.
4      Q.  Jim Sutton, I'm sorry. I apologize.
5      A.  That's okay.
6      Q.  But you don't recall him saying that among
7  one of the rumors?
8      A.  No. Jim told me, he said, "I heard that he
9  showed up at two girls' house at Licking," is what he
10 said. And before I really let him go on about
11 anything he had said, I just wanted to clarify that I
12 was not the one that told him any of this.
13     Q.  Was it fair to say that there were a number
14 of differing stories about what had gone on that
15 night being spread around at that point in time?
16     A.  Yes.
17     Q.  Were some of them -- did some of them
18 involved threats to Millie or Monica?
19     A.  Both.
20     Q.  Okay. Were any of the stories being spread
21 around at the time that Mike had threatened to kill
22 them if they wouldn't have sex with him?
23     A.  Not that I heard.
24     Q.  Did you hear that later?
25     A.  No, I've never heard that statement.

## Page 14

1      Q.  But you did hear that Michael Anderson was
2  threatening them?
3      A.  Yes, threatening. He wanted to -- I did
4  hear that he was trying to get them to open the door.
5  And I did hear that he was telling Monica that he
6  loved her and he wanted to have sex with her.
7      Q.  Okay.
8      A.  That's what I had heard.
9      Q.  When was the last time that you spoke with
10 Monica Daniel?
11     A.  At a funeral for Millie Williams' family.
12 I attended a funeral.
13     Q.  How long ago was that?
14     A.  It was for Millie's sister. Three -- at
15 least three years ago.
16     Q.  Okay. Have you had any other conversations
17 with Mike Anderson about rumors that had been spread
18 about him or about -- well, that had been spread
19 about him relating to Monica Daniel?
20     A.  Not since the day he had been in my office.
21     Q.  Have you spoken with Michael Anderson
22 regarding the lawsuit that Monica Daniel filed
23 against him?
24     A.  No.
25     Q.  Have you spoken with Michael Anderson

## Page 15

1  regarding the lawsuit that he filed against Monica
2  Daniel?
3      A.  No.
4          MR. FRANKLIN: I have nothing further.
5
6  EXAMINATION BY MR. STEELMAN:
7      Q.  Ms. James, I'm going to be a little
8  repetitive so that we can preserve some of this for
9  evidence. Would you again tell the judge and the
10 jury your name, please?
11     A.  Debbie James.
12     Q.  And where do you live?
13     A.  Solo, Missouri.
14     Q.  And what is your occupation?
15     A.  Texas County Assessor.
16     Q.  And how long have you been the elected
17 assessor of Texas County?
18     A.  Since September 1, 2005.
19     Q.  Now, you know Monica Hutchison, was
20 Daniels, and Mildred Williams; is that correct?
21     A.  Yes.
22     Q.  And you also know Mike Anderson; is that
23 correct?
24     A.  Yes.
25     Q.  Do you remember an incident that you heard

## Page 16

1  about where Mike Anderson went to the home of Monica
2  Daniels while Mildred Williams was there and was in
3  an intoxicated state?
4      A.  Yes.
5      Q.  And do you remember who first told you
6  that?
7      A.  No, I cannot recall.
8      Q.  Are you aware that Mr. Anderson filed a
9  complaint in the public records of Texas County
10 alleging that Mildred Williams had said certain
11 libelous and slanderous statements about him?
12     A.  Yes.
13     Q.  Now, did Mildred Williams ever tell you
14 that Mike Anderson was having an affair with Monica?
15     A.  No.
16     Q.  Did you ever tell Mike Anderson that
17 Mildred Williams said that he was having an affair
18 with Monica?
19     A.  No.
20     Q.  I'm going to show you what's page 79 of Mr.
21 Anderson's deposition, taken August 25, 2009, and I
22 want to refer you starting at Line 11, and read 11
23 through page 80.
24         MR. STEELMAN: Can we go off the
25 record for just a second?

1  MR. HARRIS: Just for the record, let
2  me object it's improper to have one witness comment
3  upon the testimony of another witness.
4  MR. WATERS: The current time is 1528.
5  We're now going off record.
6  (Off the record.)
7  
8  (Back on the record.)
9  MR. WATERS: We are now back on
10 record. The current time is 1530. Please proceed.
11 BY MR. STEELMAN:
12 Q. Did Mildred Williams ever tell you that
13 Mike Anderson was seen getting out of Ms. Daniel's
14 car at two or three in the morning?
15 A. No.
16 Q. Did you tell Mike Anderson that Mildred
17 Williams had told you that?
18 A. No.
19 Q. Did you tell Mike Anderson that Mildred
20 Williams was saying that he had threatened Mildred
21 Williams and Ms. Daniel with harm or would kill them
22 if they didn't have sex with him?
23 A. No.
24 Q. So not only did Ms. Williams never say this
25 to you; is that correct?

1  A. That is correct.
2  Q. But you never told Mike Anderson?
3  A. No.
4  Q. Now, the deposition where Mike Anderson
5  testified to that effect was in August 25, 2009, and
6  I showed you that.
7  A. Okay.
8  Q. Had you taken some steps to demonstrate to
9  Mike Anderson so that he would know that wasn't true?
10 A. No.
11 Q. Did you have a conversation where you put
12 him on the phone?
13 A. Mr. Anderson?
14 Q. Yes.
15 A. No.
16 Q. Where you let him listen in on a call?
17 A. Yeah, when he came in my office.
18 Q. And tell us about that, when he came in
19 your office.
20 A. He was angry, mad, because someone
21 apparently had told him that I had said a bunch of
22 things about him and was spreading rumors. And I
23 informed him that I wasn't, you know, the only one in
24 Texas County talking about him. And, like I said, I
25 threw him a tablet and said, "You best be taking

1  names."
2  And when he told me that it was told to him
3  that I was talking about him, about these two gals in
4  Licking, and he told me Jim Sutton had told him,
5  then I just picked up the phone and called Jim
6  Sutton.
7  Q. And then what did you -- did he listen in
8  on this conversation?
9  A. Yes, I held the phone to where he could
10 hear it.
11 Q. Okay. And what did Jim Sutton say?
12 A. He said -- I asked him, I said, "What do
13 you know about Mike Anderson?" And he said, "Oh, you
14 know, the two girls in Licking." He said what he had
15 done. And I don't even remember, to be honest with
16 you, what he said because I was a little upset at the
17 time. I kind of let him babble on, as you would call
18 it.
19 And I finally just said, "Okay, who told
20 you this?" And he said, "Junior Romines." I said,
21 "Okay, I just wanted to make sure it wasn't me, you
22 know, that you didn't say it was me." And he said,
23 "No, you didn't say nothing." I said, "Okay, got to
24 go, got someone in my office."
25 Q. Was it also clear from that conversation

1  that Mr. Anderson heard that it wasn't Mildred
2  Williams saying that, too?
3  A. No, nothing was ever said about Mildred
4  Williams telling me anything the day he walked in
5  that office.
6  Q. And that was even on that conversation;
7  correct?
8  A. Even on that conversation.
9  Q. Describe Mr. Anderson's demeanor when he
10 came in the office, into your office?
11 A. Angry. It scared me, I'll be honest.
12 Q. Were you physically scared?
13 A. Yes.
14 Q. Was he trying to physically intimidate you?
15 A. I don't know what he was trying to do. He
16 was mad. And then that scared me when he was beating
17 his fist on my file cabinet.
18 Q. Did he also threaten you with a lawsuit
19 that day?
20 A. Yes.
21 Q. Let me ask you this, if you can answer
22 this. Are you afraid of Mr. Anderson?
23 A. Yes.
24 Q. And why is that?
25 A. He's got a powerful position.

## Page 21

1  Q. Now, after this confrontation in your
2  office, did he change his relationship with you or
3  attitude towards you?
4  A. Changed?
5  Q. Yeah, in any way.
6  A. Yes.
7  Q. And how did it change?
8  A. More angry, more -- I'd see him out and,
9  you now, he'd make smarty comments, I guess.
10  Q. To you, I mean, even after you told him you
11  weren't part of this?
12  A. Yes.
13  Q. And he kept that attitude up?
14  A. Yes.
15  Q. Do you know why?
16  A. He saw me one day get in Millie Williams'
17  vehicle out here to go to lunch with her on a
18  Thursday. He stood outside of his office and saw me
19  get in that vehicle. That next morning I was pulled
20  over by a highway patrolman. He told me that I was
21  speeding. I really didn't think I was speeding and I
22  still, to this day, don't believe I was speeding.
23  And I drove a bigger truck, a four-wheel
24  drive extended cab truck, and he said I was doing 65
25  in a 55. And I said, "Well, I'll have to check that

## Page 22

1  out." And he said, "Well, big tires, big truck."
2  And he tapped my truck, he said, "Let this be a
3  warning." I said, "Okay." And I was shook up, I
4  thought, "Oh, man, I was speeding."
5  I really didn't think nothing of it until
6  the next day, my oldest boy was pulled over by the
7  same highway patrolman. And that highway patrolman
8  went around another vehicle to pull my son over. And
9  when he did, he didn't run his plates, because if he
10  had ran his plates, he could have got him for expired
11  plates.
12  So he never ran the plates; he knew what he
13  drove. And he had tinted windows. And he told him
14  he was going to give him a ticket for tinted windows,
15  no proof of insurance in his vehicle, and no seat
16  belt. And he said, "Well, my insurance company is
17  right there. I'll go get that proof." And he said,
18  "No, just go talk to your prosecutor." So my oldest
19  son didn't think nothing of it.
20  And I don't know if it was like an hour
21  later or two hours later, my middle son was sitting
22  at Sonic, eating lunch, and this same highway
23  patrolman pulled in Sonic and told him -- he said,
24  "The reason I pulled you over is the tinted windows
25  on your truck."

## Page 23

1  And Devon said, "Well, I wasn't -- you
2  didn't pull me over, I'm sitting here and I ordered
3  my lunch." But he said, "My windows are no darker
4  than that vehicle across there. Are you going to go
5  over there and say something to him?" And he said,
6  "No, I don't have time right now." He said, "I need
7  to see your proof of insurance."
8  Well, naturally my son didn't have it in
9  his vehicle, so he gave him a ticket for no proof of
10  insurance. And he said, "Well, how can I take care
11  of this?" I have insurance." He said, "Go see your
12  prosecutor."
13  So both my boys got together and they went
14  and seen the prosecutor, which is Michael Anderson.
15  And he took them back in their office and he took the
16  tickets and he tore them up and he said, "This is
17  what I can do for you and your family. Go back and
18  tell your mom."
19  Q. And what two sons were those?
20  A. Dustin James and Devon James.
21  Q. And how old are they?
22  A. Dustin is now 29, and Devon is 26.
23  Q. Ms. James, have you seen Michael Anderson
24  treat Mildred Williams any particular way since this
25  incident?

## Page 24

1  A. He entered a room where we all took lunch,
2  was down here in the basement area. He entered into
3  the room. Millie was telling a conversation about
4  her son, and we didn't stop our conversation as he
5  come walking through. And as he got to the back door
6  of this room, he turned and looked at her and said,
7  "Is that F'ing right?" I really prefer not to say
8  the word.
9  Q. I understand. In front of other people?
10  A. Yes.
11  Q. So how many people were in the room?
12  A. Three of us.
13  Q. Was that intimidating?
14  A. Yes.
15  Q. Have you seen the damage complaint that Mr.
16  Anderson filed, Exhibit 4, at any time?
17  A. No.
18  Q. Have you read or do you know anything about
19  what Mr. Anderson filed against Monica Daniel and
20  Mildred Williams?
21  A. No.
22  Q. Have you heard or read that he accused them
23  of conspiring with each other to use their public
24  offices to coordinate and orchestrate a swinger-style
25  sex ring out of the Texas County Prosecuting