IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MONICA DANIEL HUTCHISON,                )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     ) Case No. 09-3018-CV-S-RED
                                        )
TEXAS COUNTY, MISSOURI; MICHAEL         )
R. ANDERSON, TEXAS COUNTY               )
PROSECUTING ATTORNEY; and               )
MICHAEL R. ANDERSON,                    )
Individually,                           )
                                        ) April 5, 2010
            Defendants.                 ) Houston, Missouri


VIDEOTAPED DEPOSITION OF STEPHANIE CREEK POUNDS

a Witness, produced, sworn and examined on the 5th day of

April, 2010, between the hours of 8 a.m. and 5 p.m. of that

day, at Texas County Courthouse, 210 North Grand, City of

Houston, County of Texas, before

JOANN RENEE RICHARDSON, CCR
Certified Court Reporter
20051 State Route B
St. James, Missouri 65559

in the above-entitled cause, pursuant to Notice to Take

Video Deposition, on the part of the Plaintiff.


Joann Renee Richardson

*    573-699-4110    *    St. James, M

Page 17

1  A. It was yesterday afternoon and I said, "I
2  have depositions tomorrow." He said, "About what?"
3  And I said, "The stuff with Monica at work." And he
4  said, "Are you gonna make me go?" And I said, "No,
5  I'm not gonna make you go." He said, "Good."
6  Q. And what did you say, anything else?
7  A. No.
8  Q. And, like you say, you didn't review any
9  documents?
10  A. No.
11  Q. You haven't read Mr. Anderson's deposition
12  or Monica's deposition?
13  A. No, huh-uh.
14  Q. Or the damage complaint or anything like
15  that?
16  A. No.
17  Q. What about your affidavit, did you review
18  that?
19  A. No.
20  Q. And Christie's affidavit, did you review
21  that?
22  A. No.
23  Q. Now, I don't want to put words in your
24  mouth again, but if you go down to Exhibit 4-B again,
25  it is discussing the phone calls of December 18th,

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

Page 18

1  2005, and that Monica Daniel and Mildred Williams
2  conspired to disseminate false information that Mr.
3  Anderson made comments of a sexual nature. Do you
4  have any information regarding that allegation?
5  A. No. I know of a phone call, but I've never
6  heard it. Nobody has ever told me.
7  Q. And Christie Mosley did not tell you her
8  understanding what was in the phone call?
9  A. No.
10  Q. 4-C says that Monica Daniel -- or alleges
11  that Monica Daniel and Mildred Williams conspired
12  with each other to disseminate false information that
13  Plaintiff, Michael R. Anderson, engaged in
14  inappropriate behavior at a prosecutor's training
15  seminar in September of 2005. Do you see that?
16  A. Uh-huh, yes.
17  Q. Do you have any information regarding that?
18  A. I know of -- I had heard Monica say that
19  she was building a case against Mike. I don't know
20  the exact --
21  Q. Did she say that to you?
22  A. I was in the room when she said it.
23  Q. And who was -- who all was in the room when
24  she said?
25  A. Monica, Christie and I.

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

Page 19

1  Q. And when was this said?
2  A. I don't know the exact date.
3  Q. Was it before Monica left the office?
4  A. Yes, because she actually told us to be
5  quiet because there was a recording going on.
6  Q. And was this after the December 18th
7  incident?
8  A. No.
9  Q. When was this?
10  A. It was before anything happened.
11  Q. Can you tell me -- it would have to be --
12  was it while you were working there?
13  A. You've got to understand, I was only there
14  part time, so I only knew of the things I knew of
15  when I was there.
16  Q. I'm trying to pin down this conversation --
17  and you were there; right?
18  A. Uh-huh.
19  Q. So my understanding is, it would have had
20  to have been after January 28th of 2005; is that
21  correct?
22  A. After January of -- yes, sir.
23  Q. Can you tell me, was it right after you
24  went to work there? Was it later?
25  A. It was later.

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

Page 20

1  Q. And can you give me any idea of the time
2  period?
3  A. No, sir, I'm sorry, I can't. This has gone
4  on so long.
5  Q. What did Monica indicate was the reason for
6  the sexual harassment case that you indicate she was
7  building?
8  MR. HARRIS: I'm going to object. I
9  think that misstates her testimony. I think she said
10  that she was building a case against Mike. You
11  probably need to flush it out a little more.
12  BY MR. STEELMAN:
13  Q. Well, that's what I'm asking. What did she
14  tell you the case was based on?
15  A. She just said she was building a case of
16  sexual harassment. Her and Christie talked about
17  other details. They kept that from me.
18  Q. Did either of them ever share with you the
19  details of this case that you've indicated that
20  Monica said she was building?
21  A. The only thing that Monica ever actually
22  stated to me -- I feel like I need to give some
23  background here of where this conversation came from.
24  Do you want that?
25  Q. Sure.

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

1  A. Well, while I was married to Carl, he got a
2  hat that said, "Heywood You Blowme, okay?" And you
3  would look at his hat and it would say, "Heywood You
4  Blowme. We were all at a Thanksgiving party, Mike,
5  Monica, state troopers, my husband, and he wore this
6  hat.
7  It was a big, funny thing because actually
8  when you read it and figured it, it was, "Hey, would
9  you blow me?" And all I know is that something
10  happened up in court. And that was the only thing
11  that was said. But it had something to do with the
12  words on that hat.
13  Q. And who told you that?
14  A. Monica. She told me and Christie.
15  Q. And what did she say about that?
16  A. That they were -- Mike was trying to be
17  funny and they were trying to trick Melissa Dunn with
18  it, the words.
19  Q. Do you know when this happened?
20  A. No, I can't give you a date. I don't know.
21  Q. Now, this is all that Monica talked to you
22  about; right?
23  A. Right.
24  Q. What did Christie talk to you about
25  regarding the details that Monica was talking about?

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

Page 22

1  What did Christie tell you that were these details
2  that you've testified that Monica talked to Christie
3  about?
4  A. Christie said that Monica was going to use
5  that "Heywood You Blowme," she was going to put that
6  in the file, and that Monica was collecting evidence.
7  I don't know the specific evidence.
8  Q. Did Christie talk to you about any other
9  incidents that Monica told her other than this
10  language?
11  A. Yes, she told me other things that was
12  going on. I don't specifically remember when or what
13  she said.
14  Q. Do you remember any other details at all?
15  A. I don't remember any specific details right
16  at the moment. I don't remember any right at the
17  moment.
18  Q. Okay.
19  A. I mean, when Christie and I talked, we were
20  afraid of Mike because Monica always said she got us
21  this job, she could take it away. So we usually
22  talked about -- I would ask Christie questions about
23  my work that I didn't understand, and she would say,
24  "Well, you go ask Mike." And I was afraid to go ask
25  Mike.

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

Page 23

1  Q. Let me ask this, though. Monica left when?
2  A. She was fired first in December of 2005.
3  Q. Okay. And then came back; is that right?
4  A. Uh-huh.
5  Q. Did Monica ever tell you why she came back?
6  A. No. Monica and I weren't really close when
7  she came back. I just kept my mouth shut.
8  Q. And why weren't you and Monica close when
9  she came back?
10  A. I'm not saying we weren't close. She
11  didn't share secrets with me like she did Christie.
12  Q. Okay.
13  A. She trusted Christie more with the
14  information.
15  Q. Well, did Christie share any of this
16  information with you?
17  A. She told me about the phone call, and she
18  told me that Monica got fired.
19  Q. And did she say why Monica got fired?
20  A. I'm not sure she said the exact reason, no.
21  Q. Do you recall any details of the
22  conversation, in general, when Christie told you that
23  Monica got fired?
24  A. She said that she went to Mike with some
25  information.

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

Page 24

1  Q. Who did?
2  A. Christie.
3  Q. Okay.
4  A. And that Mike fired her.
5  Q. Okay. So I understand, Christie said she
6  went to Mike with information prior to Mike firing --
7  Mike Anderson firing Monica in December of 2005, and
8  that information was the reason why Monica was fired;
9  is that correct?
10  A. Yes, I believe so.
11  Q. Did she tell you anything about what that
12  information was?
13  A. Yeah, she did.
14  Q. Okay. And what was that?
15  THE WITNESS: Is that -- (Speaking to
16  Mr. Harris.)
17  MR. HARRIS: Yeah, go ahead.
18  THE WITNESS: Okay.
19  BY MR. STEELMAN:
20  A. I was told -- Monica was quite promiscuous
21  in the office.
22  Q. Okay, now, is this -- again, is this what
23  Christie said?
24  A. Yes. I'm stating that she was promiscuous.
25  Q. Okay.

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

## Page 25

1    A.  Christie told me that Monica had been doing
2  things in the office with troopers and other things.
3    Q.  So Christie to you --
4    A.  Christie told me.
5    Q.  So I understand, Christie told you that she
6  told Mr. Anderson, prior to December of 2005, that
7  Monica was doing things in the office with troopers?
8    A.  Yes.
9    Q.  What things are we talking about?
10   A.  Having sexual relations in the office.
11   Q.  So that I understand, Christie told you in
12  December of 2005, prior to Monica being fired, that
13  she had told Mike that Monica was having sexual
14  relations in the office with officers?
15   A.  Yes. And that --
16   Q.  What officers? Did she name them?
17   A.  No.
18   Q.  And what else?
19   A.  I only know of one officer.
20   Q.  You know of an officer that she had sexual
21  relations in the office with?
22   A.  I was told one officer, and Monica had told
23  me that she was sleeping with this state trooper.
24   Q.  Christie told you that Monica had sexual
25  relations in the office?
## Page 26

1    A.  Uh-huh.
2    Q.  Prior to December of 2005?
3    A.  Uh-huh.
4    Q.  With a state trooper?
5    A.  Yes.
6    Q.  And what is the name of that state trooper?
7    A.  I don't know which trooper that she had sex
8  with in the office.
9    Q.  Christie didn't tell you?
10   A.  Christie didn't tell me.
11   Q.  A name?
12   A.  A name.
13   Q.  Did Christie tell you how she had this
14  information?
15   A.  Yes.
16   Q.  And how did she tell you she had this
17  information?
18   A.  Monica bragged about it.
19   Q.  Okay. And what else did Christie tell you
20  that she had told Mike that led to Monica's firing?
21   A.  She told --
22   Q.  And we're talking -- so I understand, we're
23  all talking about the first firing before she came
24  back; is that correct?
25   A.  Yes.

## Page 27

1    Q.  Okay, go ahead.
2    A.  Christie told me that Monica was building a
3  case against Mike because Monica was tired of hearing
4  that Mike and Dianne didn't have any money and she
5  was going to build a case and she was going to get
6  some of that money.
7    Q.  And this is all what Christie told you?
8    A.  Christie told me.
9    Q.  Okay.
10   A.  Christie told me that she went to Mike with
11  that information.
12   Q.  Prior to the first firing; correct?
13   A.  Prior to the first firing.
14   Q.  Okay, keep going.
15   A.  And that she also brought to his attention
16  that when we -- okay, when Monica needed to subpoena
17  a trooper, police officer of any sort, that if they
18  said, "I can't make it." "I don't want to go,"
19  whatever, that Monica would make an excuse and get
20  them out of it and cover it up.
21   Q.  And did she tell you she was doing this for
22  all of the highway patrolmen in Texas County?
23   A.  I don't know about all.
24   Q.  Who did she tell you that she was doing
25  this for?

## Page 28

1    A.  It mostly was for Faltermann. What's his
2  name, Kelly's husband? Hackman, Officer Hackman.
3    Q.  Okay.
4    A.  Jeff Kinder.
5    Q.  Okay.
6    A.  Any of the police officers. There was
7  Huffman at the time. Officer Reeder was the
8  undercover one. Anybody that didn't really want to
9  come to court that day, she would, you know, take
10  care of it.
11   Q.  So that I understand, then, is what
12  Christie told you that Patrolman Faltermann, Hackman,
13  and Kinder, along with police officers, were working
14  with Monica to intentionally avoid their obligations
15  to respond to subpoenas?
16   A.  They would call Monica and Monica would
17  make the arrangements.
18   Q.  And the patrol was part of this?
19   A.  Not the patrol, certain patrolmen.
20   Q.  Certain patrolmen were part of this?
21   A.  You know, whether they didn't want to come
22  or they had something else going on, Monica would
23  reschedule the case until they could make it.
24   Q.  And do you know if anyone ever made a
25  complaint to the highway patrol --

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

1  A. No, sir.
2  Q. -- and turned in this conduct on the part
3  of these officers?
4  A. I do not know that information.
5  Q. Did Christie ever tell you?
6  A. No.
7  Q. Okay. But I want to make it clear, the
8  patrolmen who were alleged to have been involved were
9  Faltermann, Hackman, and Kinder?
10 A. Uh-huh.
11 Q. Were alleged to have taken part in this; is
12 that right?
13 A. Yes.
14 Q. And, in addition, there were police
15 officers, including Officer Reeder; is that correct?
16 A. Uh-huh.
17 Q. Okay, go ahead. What else?
18 A. Christie told me that there was, at one
19 point, some evidence destroyed in a case and that
20 Monica had destroyed it to cover the Licking chief of
21 police.
22 Q. And when did she tell you this?
23 A. I don't know the exact date, but it was
24 before she was fired.
25 Q. Before December of 2005, in the first

1  firing --
2  A. Yes.
3  Q. -- Christie told you as a fact that Monica
4  had destroyed evidence for a Licking policeman?
5  A. Yeah, he was the chief of police. And she
6  told me that Monica did it because she was having an
7  affair with him.
8  Q. What else did Christie tell you was the
9  information that she had given to Mike, prior to the
10 first firing in December of 2005, that led Michael
11 Anderson to fire Monica?
12 A. I believe -- I might remember more later,
13 but right now, at the moment, I can't remember any
14 more.
15 Q. Why do you think you might remember more
16 later?
17 A. It seemed like there was an overabundance
18 of information, of facts coming in, and Christie kind
19 of tried to protect me from it. She said, you know,
20 just stay clear, stay clean, you know, don't bother
21 Monica. Just do your work and go home.
22 Q. Well, I'm a little curious as to how you
23 think her telling you these things is helping you
24 stay clear of it, if you have an opinion on that?
25 A. She made me aware of what was going on in

1  the office.
2  Q. Did you ever talk to her -- given these
3  facts, of what Christie alleges to have been facts
4  prior to the firing in December of 2005, why was
5  Monica asked to come back for a period of time?
6  MR. HARRIS: I'm going to object,
7  calls for speculation. Maybe I misunderstood your
8  question.
9  BY MR. STEELMAN:
10 Q. Go ahead.
11 A. Please ask the question again.
12 Q. Given these alleged facts that Christie
13 shared with you prior to Monica being fired in 2005,
14 December, did you ever ask why Monica was asked to
15 come back after that firing?
16 A. Did I ever ask?
17 Q. Yes.
18 A. Yes.
19 Q. And who did you ask?
20 A. Christie and Mike.
21 Q. And what did Mike say?
22 A. I don't know his exact words and I don't
23 want to misquote him, because he called us into the
24 office and said that Monica was coming back. And
25 Christie had moved up into Monica's seat. I had

1  moved to Christie's child support. And then bad
2  check was open, so I was going to do child support
3  and back check.
4  Mike called us into the office and said he
5  was going to give Monica another chance and that he
6  was sorry, but things was going back like it was;
7  that I was going to be part-time again. He did not
8  tell me why that Monica was coming back, but Christie
9  told me some information that had happened.
10 Q. And what was that?
11 A. That Jeff -- State Trooper Jeff Kinder had
12 called Mike on Monica's behalf.
13 Q. So you were told -- I want to be very
14 specific about this -- that Trooper Jeff Kinder
15 called Mike on Monica's behalf; correct?
16 A. Correct.
17 Q. You were not told that Mike Anderson asked
18 Trooper Kinder to talk to Monica for him; is that
19 correct?
20 A. Please state that again.
21 Q. You were not told that Mike Anderson asked
22 Kinder to call Monica for him; is that correct?
23 A. That's -- I was told -- okay, I took the
24 phone call, I believe, when Jeff Kinder called Mike.
25 Q. Okay.

## Page 33

1    A. And I was not told that Mike called Mr.
2 Kinder.
3        MR. STEELMAN: Let's take a break. I
4 have to locate some deposition exhibits.
5        MR. WATERS: The current time is
6 11:34. We're now going off record.
7        (Off the record.)
8
9        (Back on the record.)
10       MR. WATERS: We're now back on record.
11 The current time is 11:41. Please proceed.
12 BY MR. STEELMAN:
13   Q. Ms. Pounds, let me kind of back up a little
14 bit because I want to be clear on this. You were
15 told in a meeting by Mr. Anderson that Monica was
16 coming back. This meeting was in December of 2005;
17 is that right?
18   A. Uh-huh.
19   Q. And how long had she been gone?
20   A. Two weeks.
21   Q. Okay. And the meeting was you and Christie
22 Mosley and Mr. Anderson?
23   A. Uh-huh.
24   Q. Is that correct?
25   A. That's correct. I'm sorry.

## Page 34

1   Q. And at this time -- and I want to make sure
2 I understand -- you were told that you moved back to
3 your position and Christie would move back to her
4 position; is that right?
5   A. That's correct.
6   Q. And was that going to make a difference in
7 your income?
8   A. No.
9   Q. You were going to get paid the same to work
10 full-time as you would to work part-time?
11   A. Yes.
12   Q. Same per hour, or same overall?
13   A. No. When I moved up into Christie's spot,
14 I was moved to full-time at my same pay.
15   Q. Okay.
16   A. And then two weeks later, I was put back as
17 part-time --
18   Q. Okay.
19   A. -- with the same pay.
20   Q. So what I'm asking is, would that have
21 resulted in less income?
22   A. Yes.
23   Q. Okay.
24   A. Going from 40 hours to 20 hours.
25   Q. Okay. And what about Christie, would this

## Page 35

1 have affected her rate pay?
2   A. No, not at that time.
3   Q. Now, as I understand, you did not ask Mr.
4 Anderson how, given the information that you had been
5 told, he was going to ask her to come back; is that
6 right?
7   A. I don't remember if Mr. Anderson said why.
8 He just said he was going -- we were going to try it
9 again. He -- they were going to try to mend the
10 fences and hire her back and we'd go from there.
11   Q. And I'm only following up because you said
12 you don't remember. Did he say anything about these
13 facts, alleged facts that Christie had told you about
14 regarding the sex in the office and the hiding of
15 investigative reports and the conspiring with
16 troopers to miss court dates?
17   A. No, Mike did not say anything in the
18 meeting about that.
19   Q. Did Christie say anything to you about
20 that?
21   A. Like I said, the only thing that Christie
22 said was that Trooper Kinder called Mike and talked
23 to him about Monica, on Monica's behalf, and that
24 Mike was considering hiring Monica back.
25   Q. And were those the exact words as you

## Page 36

1 remember them from Christie?
2   A. I'm not going to say that those are the
3 exact words because that was five years ago and I've
4 been pretty sick since then.
5   Q. Do you have any doubt that Christie told
6 you that Kinder was calling on Monica's behalf?
7   A. No, I have no doubt about that.
8   Q. And then you took the phone call, I
9 believe?
10   A. I believe I did.
11   Q. And what was that phone call?
12   A. I answered the phone, as always, and Jeff
13 said, "Hey, Stephanie, is Mike in?" I said, "Sure,
14 let me make sure he can take a call." And I went in
15 and asked Mike, and he said, "Put him through."
16   Q. And then what was that phone call about?
17   A. I don't know what that phone call was
18 about. Mike shut his door a little bit. I don't
19 know what the phone call was about.
20   Q. Oh, I'm sorry, I thought you were saying
21 you took the phone call from Kinder where he talked
22 to Mike?
23   A. I did take the phone call from Kinder, but
24 I do not know what conversation they had.
25   Q. How do you know it was regarding Monica?

1  mean, there's other stuff Christie's told me, but not
2  about her being fired.
3      Q. Okay. Let me make a note so I can get to
4  that. Now, I think you've partly answered some of
5  these questions. If you go down to 4-D, it alleges
6  that the public offices of Defendant Daniel and
7  Defendant Williams were used to remove and conspire
8  to cover up the removal of criminal investigative
9  documents from the Texas County Prosecuting
10 Attorney's Office. As I understand it, you do not
11 have any knowledge of that; is that right?
12     A. That's correct.
13     Q. That is something that Christie told you
14 about?
15     A. Right.
16     Q. And she told you about that before Monica
17 was fired in December of 2005?
18     A. No, she told me that after Monica was
19 fired?
20     Q. Didn't you earlier testify she told you
21 that, in about a dozen different questions --
22     A. Okay.
23     Q. -- that it was prior?
24     A. You're right, you're right, she did tell me
25 before. Sorry, she did tell me before.
         Joann Renee Richardson
         * 573-699-4110 * St. James, Missouri *

1      Q. Now, let's talk about E: Using the public
2  offices held by Defendant Daniel and Defendant
3  Williams to conspire to do favors for friends and
4  others to the detriment of Plaintiff Michael R.
5  Anderson. Do you see that?
6      A. Uh-huh.
7      Q. Now, did you have any knowledge of this and
8  tell Mr. Anderson? Did you have personal knowledge
9  of this?
10     A. I had heard Monica talk about doing favors,
11 but not any details that I could -- you know, I
12 couldn't tell Mike any details.
13     Q. Well, what kind of favors? Bad things?
14 Criminal things?
15     A. Tickets, mostly.
16     Q. Like what?
17     A. Traffic tickets.
18     Q. And what would she say?
19     A. Just that she would help them out. I don't
20 know what that meant for her, but.
21     Q. What did that mean to you? What did you
22 think she meant?
23     A. Well, not file it.
24     Q. And can you tell me some of these names?
25     A. No, I don't remember any specific names
         Joann Renee Richardson
         * 573-699-4110 * St. James, Missouri *

1  that she told me.
2      Q. So as far as E, you did supply some
3  information to Mr. Anderson. Is that what you're
4  saying?
5      A. I told him that I had heard her talking
6  about it maybe over the phone or stuff, but I never
7  knew any specific details, you know, because I just
8  started. I didn't know how you hid evidence. Or
9  that when the tickets came by the state patrol, that
10 Monica filed charges and then they went to court. I
11 didn't know all how that worked when I got started.
12     Q. And when did you tell Mr. Anderson about
13 this?
14     A. I believe that was after she got fired,
15 when we all sat down and talked.
16     Q. And before she came back?
17     A. Yeah, I believe so.
18     Q. Now, when you said, "When we all sat down
19 and talked," when are you talking about?
20     A. Well, in December, when all this happened,
21 when Monica got fired, there was a lot of tension in
22 our office, you know. You have something like that
23 go on in your office, it kind of upset the balance of
24 things.
25         So, you know, Mike told us if we had
         Joann Renee Richardson
         * 573-699-4110 * St. James, Missouri *

1  issues, questions, worries, we could ask him. He
2  told us there was an open door. And at that time, he
3  found out that Christie and I were afraid to come to
4  him with anything. So, you know, Mike pulled us
5  together and said, okay, let's sit down here and
6  let's talk and I don't want you all to be afraid of
7  me.
8      Q. And how long did you all talk?
9      A. Gosh, I don't know. Not very long.
10     Q. Five minutes? Thirty minutes?
11     A. Twenty to thirty minutes, maybe.
12     Q. And what did you all talk about?
13     A. Just what I just said, that there was
14 questions. There was tensions with Monica coming
15 back in the office. He said, "Stephanie, I'm sorry
16 that you're going to have to go back to part time."
17 We talked about that.
18     Q. Let me just break for a second. I want to
19 interrupt what you're saying. Was there one meeting
20 where he told you that Monica was coming back, or did
21 you have a meeting to talk about the tension in the
22 office and then another meeting to talk about Monica
23 coming back?
24     A. Well, we all sat down when Monica was
25 coming back and talked, but even later on when there
         Joann Renee Richardson
         * 573-699-4110 * St. James, Missouri *

Page 85

1  Q. And how do you usually contact him?
2  A. Same way; house number or cell number.
3  Q. Can you look and see if you have any recent
4  calls to or from your cell phone to him?
5  A. Sure.
6  Q. I don't know how long your recent call
7  memory is.
8  A. No, I don't. They're all to my kids and my
9  sister.
10 Q. Now, there was an indication from Mr.
11 Anderson about an attorney general's investigation.
12 And you would have still been working there during
13 that time period?
14 A. Okay, an attorney general investigation?
15 Q. Yeah. Do you remember that?
16 A. Is that the same as the EEOC?
17 Q. No. Some people came in, we have been
18 told, and did a search on your computers at the
19 office?
20 A. Oh, yeah, they did. Okay.
21 Q. Okay. And were you there for that one?
22 A. Yes.
23 Q. Okay. Do you know what computers they
24 searched?
25 A. No, I don't. I know they did Monica's.

Page 86

1  Q. Any others?
2  A. Not that I know of.
3  Q. Do you know what the results were of that?
4  Were you ever told?
5  A. No, I was never told.
6  Q. Okay. Do you know if Mr. Anderson ever
7  asked for an investigation of destruction of any
8  criminal investigative records from the attorney
9  general?
10 A. Yeah, I think he did have that
11 investigated.
12 Q. And why do you think that?
13 A. I think I remember something about --
14 that's how I knew that they thought some evidence was
15 destroyed.
16 Q. Okay.
17 A. I don't know what became of it, though.
18 Q. So that I understand, how did you hear of
19 that?
20 A. Well, I was in the office working when Mike
21 told us there was going to be some people.
22 Q. And what were you told about evidence being
23 destroyed?
24 A. I just was told that.
25 Q. By Mike?

Page 87

1  A. No, I think by Christie.
2  Q. Okay. And is this before the attorney
3  general did the computer search?
4  A. Yeah. Yeah.
5  Q. Okay. I've been asking you a lot of
6  questions about Monica, and you talked about Millie
7  and the incident with you and your husband. Did you
8  ever tell Mike Anderson that Millie and Monica were
9  sexually intimate?
10 A. No. No.
11 Q. You did not?
12 A. I don't even know if they were.
13 Q. Okay. Did you ever tell Mr. Anderson that
14 you saw Millie and Monica kissing on the mouth?
15 A. No.
16 Q. At this incident at the lake, did Mr.
17 Anderson throw a drink?
18 A. Inside the bar?
19 Q. I don't know.
20 A. I don't remember him throwing a drink.
21 Q. Okay. Now, was it you or Christie who told
22 Mike about affairs with married officers before he
23 fired Monica the first time?
24 A. That was not me.
25 Q. The only reason I'm pausing, I'm looking

Page 88

1  for something in Mr. Anderson's deposition and I'm
2  trying to --
3  A. Okay.
4  Q. And I know this is kind of roundabout.
5  Just so that I understand, there was some tension
6  going on in the office before Monica got fired?
7  A. Uh-huh.
8  Q. And your understanding was, is that you
9  were being blamed for it; correct?
10 A. Yes.
11 Q. And that was from Christie and Mike or both
12 of them?
13 A. Well, Christie was the one that told me I
14 was being blamed.
15 Q. Okay. Now, have you had any knowledge -- I
16 think I asked this for Monica, but I want to make
17 sure I ask this in regards to Millie, too. Do you
18 have any information of Millie Williams saying
19 anything slanderous, libelous, negative about Mr.
20 Anderson?
21    MR. FRANKLIN: I'm going to object to
22 say it calls for a legal conclusion in the definition
23 of the terms libelous or slanderous.
24 BY MR. STEELMAN:
25 Q. Go ahead.

1  A. What does that mean?
2  Q. Nasty, derogatory, mean.
3  A. That Millie said anything?
4  Q. Yeah.
5      MR. FRANKLIN: I'm going to object
6  because I don't think that's a legal definition of
7  libel or slander.
8  BY MR. STEELMAN:
9  A. I never heard Millie say anything about
10 Mike.
11 Q. I'm sorry, say that again.
12 A. I never heard Millie say anything about
13 Mike.
14 Q. Okay.
15 A. She apologized to me one time. She thought
16 she got me in trouble, but I don't remember what that
17 was about.
18 Q. You were still working at the office after
19 Mike filed the damage complaint; correct?
20 A. When did he file it?
21 Q. May of 2006.
22 A. Yes, I was still working there.
23 Q. Did he ever talk to you about that damage
24 complaint?
25 A. No.

1  Q. Did he ever say why he filed it?
2  A. No.
3  Q. What did you think when you read about it
4  in the newspaper?
5  A. I was shocked. I didn't know why he did
6  it.
7  Q. Now, I want to be clear because I haven't
8  asked you, but you're having some medical issues. In
9  fact, you and I talked about it a little off the
10 record. Are you under any medication today giving
11 your deposition?
12 A. Yes.
13 Q. What is that medication?
14 A. My insulin is Lantus, Januvia, Lisinopril,
15 and Ultram, which is a pain pill, and Xanax.
16 Q. Are you able -- have you been able to
17 understand my questions and answer them today?
18 A. Yeah, they were a little bit confused.
19 Q. Okay. Does the medication alter your
20 ability to answer these questions?
21 A. It's not the medication -- well, yeah, some
22 of it does cause dizziness and stuff. It's actually
23 -- you know what I was saying with the diabetes and
24 the fibromyalgia, it works together and I have had
25 some memory issues. I used to have a photographic

1  memory and I don't have that any more.
2  Q. How long have you been taking the Xanax?
3  A. I've taken it before, but this doctor has
4  put me on it. When did I start seeing him? I'd have
5  to look at my bottle, but probably maybe May.
6  Q. You're allowed to drive a car, aren't you?
7  A. I'm allowed to drive a car, but I usually
8  only drive to town and back.
9  Q. Does the medication have any restrictions
10 on your driving?
11 A. No. It says to be cautious and, you know,
12 I've had some different fainting spells, so I usually
13 don't drive very much.
14 Q. And other than the Ultram and Xanax, the
15 other two were for your diabetes and high blood
16 pressure?
17 A. Blood pressure, yes, sir.
18 Q. Were you aware of when Christie called
19 Monica to tape their phone conversation?
20 A. Was I aware that Christie --
21 Q. Did Christie ever tell you about calling
22 Monica and taping the phone conversation?
23 A. No.
24 Q. I'm sorry, maybe I should have eaten,
25 because I think I asked you this question, but I'm

1  not sure. Did you help in the attorney general's
2  investigation?
3  A. If I was questioned, you know, I did. But
4  I don't remember.
5  Q. Were you questioned regarding documents
6  being destroyed or missing by anybody?
7  A. Not that I can recall.
8  Q. I think I'm done, guys. Give me one
9  minute.
10     MR. STEELMAN: I don't have any other
11 questions.
12 _____
13 EXAMINATION BY MR. HARRIS:
14 Q. Stephanie, as you know, I'm Warren Harris
15 and I represent Mike. I've got some follow-up
16 questions for you.
17 A. Okay.
18 Q. You've talked somewhat about it, but
19 generally how did Monica act around the prosecutor's
20 office?
21 A. You know, there were days when everything
22 was great, you know, we all visited. We worked hard
23 and had good days. There were days that she would be
24 rude to people that come into the office. She wore
25 clothes that were not appropriate in the office.

1    A. Not that I know of, but my husband was
2  sleeping with everyone. That's why we divorced. I
3  found out that -- like Tiger Woods, I guess, he was
4  addicted. He couldn't stop and he wasn't truthful
5  about it, so I don't know. I was never told that
6  Millie had, but I was told -- I had people call me at
7  the prosecutor's office and tell me of different
8  women, but no one ever said Millie.
9       MR. FRANKLIN: Fair enough. I don't
10 have any additional questions. I'll pass the
11 witness.
12 _____
13 RE-EXAMINATION BY MR. STEELMAN:
14   Q. I've got a couple follow-ups. On this Kody
15 Lucas and Danny Yates, did you say that Monica told
16 you about them?
17   A. Yes.
18   Q. And where did she tell you about them?
19   A. I want to say at the bar, or -- I don't
20 know where. I just remember her telling me about
21 them.
22   Q. And neither of them were in law
23 enforcement; is that right?
24   A. No.
25   Q. Now, Ken Clayton, when did she tell you

1  about Ken Clayton?
2    A. As soon as I started working at the
3  prosecutor's office.
4    Q. Did Ken come into the office any?
5    A. I seen him in there just a couple of times,
6  and he didn't stay very long.
7    Q. How did she act towards him when he was
8  there?
9    A. Flirty.
10   Q. Inappropriate, would you say?
11   A. Yeah.
12   Q. And with John Garrabrant, was that at the
13 office inappropriate?
14   A. Uh-huh.
15   Q. Did Mike Anderson ever talk to Monica, or
16 any of the girls, about acting inappropriately at the
17 office with other lawyers when they came in?
18   A. Not with me.
19   Q. Do you know if he ever talked to Monica
20 about it?
21   A. No, I don't.
22   Q. On John Garrabrant -- gosh dang, I've got
23 friends whose probably ears are burning -- did she
24 tell you she had sex with Garrabrant? I can't
25 remember.

1    A. No, I was never told she had sex with
2  Garrabrant.
3    Q. So how did his name come up in his
4  questions, because this was his questions?
5    A. I don't know.
6    Q. He asked the questions about Garrabrant.
7       MR. HARRIS: I think it was flirty.
8  BY MR. STEELMAN:
9    A. Yeah, that was one of the lawyers that she
10 was flirty with.
11   Q. Okay.
12   A. But I don't know that they had sex.
13   Q. Oh, okay. Did you tell Mike Anderson that
14 Monica and Eric Hackman went home together that night
15 after the Thanksgiving party?
16   A. No. I think I only told Christie about
17 that because, you know, it wasn't right for me to
18 spread that because I wasn't for sure. I had just
19 seen them kissing earlier and then they all left, so
20 that wasn't my information to be gossiping about.
21   Q. Okay, I'm reading from Mr. Anderson's
22 deposition, Page 90. And he says, "I was told that
23 Monica approached him and his wife at a party and
24 tried convince them to have sex with her."
25      Question: "Who told you that?"

1       Answer: "I can't remember exactly. It was
2  somebody at the party. It might have been Stephanie.
3  It might have been -- it might have been Monica.
4  Didn't tell me, but told the girls, who told me."
5  "So this comes from Stephanie and Christie?"
6  "Primarily, yeah."
7    Q. So my question is, is what I read you
8  accurate? Did you tell Anderson?
9    A. No, I didn't tell Mr. Anderson. Hackman
10 and his wife, I do not -- I know nothing of Monica
11 trying to have a sexual encounter with Mr. Hackman
12 and his wife.
13   Q. Okay. Were you at lunch at Miller's Grill
14 when either you or Christie, Melissa Koch or Terry
15 Haden told Mr. Anderson that Monica and Eric Hackman
16 went home together after the Thanksgiving party?
17   A. I don't directly recall, but I'm sure that
18 might have happened.
19   Q. Do you recall -- have you heard Millie tell
20 anyone that Monica and Anderson were having an
21 affair?
22   A. Please repeat that.
23   Q. Have you heard anyone say that Millie
24 Williams said that Monica Daniels and Mike Anderson
25 were having sexual relations?

Page 137

1  A. No.
2  Q. Now, I'm not sure I understand about the
3  birthday parties. How many times have you been to a
4  strip club?
5  A. How many times have I been to a strip club?
6  Q. Yes.
7  A. Twice.
8  Q. And -- okay, see, I'm confused on the time.
9  Were both of those with Monica?
10 A. No.
11 Q. So you've been to a strip club that Monica
12 was not at; is that right?
13 A. Yes.
14 Q. Okay. And was that Big Louie's, too?
15 A. No.
16 Q. Okay. But with Monica, you were at the
17 strip club with one time?
18 A. With Monica, yes.
19 Q. Had you been to the strip club before you
20 went with Monica or after you went with Monica? Was
21 that your first time in a strip club?
22 A. With Monica was my first time in a strip
23 club. Everybody had always talked about going to the
24 strip club on her birthday --
25 Q. Okay.

Page 138

1  A. -- but that was my first time.
2  Q. But then you went again to a strip club
3  afterwards without Monica; is that right?
4  A. Yeah, but --
5  Q. I'm just trying to understand, did Monica
6  make you go to the strip club or not. And I thought
7  you had given the impression that she had.
8  A. Yeah, it's a big deal. I mean, her
9  birthdays were a big deal. She had to be the center
10 of attention. She expected gifts. She expected a
11 big dinner in town. And then it was off to the bars
12 and this one strip club.
13 Q. But you weren't offended by going to the
14 strip club?
15 A. I had never before, so I didn't know. My
16 husband was there.
17 Q. Okay.
18 A. All of our girlfriends brought their
19 husbands.
20 Q. Okay, that's all I was trying to
21 understand. And what you were describing Monica's
22 conduct, was that at the strip club at Big Louie's
23 the night you were there?
24 A. Yes.
25 Q. Now, did you ever tell Mike Anderson that

Page 139

1  Monica had sex on his desk with a police officer?
2  A. No.
3  Q. And I'm just reading from pages 120 and 121
4  of Mike Anderson's deposition and this is just a
5  segment, so you can look at the rest if you want. "I
6  was told that on at least on one occasion, it
7  happened on my desk." Question: "And who told you
8  that?" Answer: "Again, Christie and Stephanie."
9  A. No, it wasn't me.
10 Q. Okay. Now, I'm totally confused about the
11 lake, but I don't know if I'll ever get it
12 straightened up, but I want to understand something.
13 A. Okay.
14 Q. As I heard you tell it, after the lake --
15 A. Is when all the trouble started.
16 Q. And Mike Anderson apologized for thinking
17 that you were the one talking about it?
18 A. Uh-huh.
19 Q. Now, this is from his deposition, which was
20 taken August 25, 2009, page 131, and his answer was:
21 "The prosecutor training seminar, when I got back on
22 Monday, following the seminar, the talk around the
23 courthouse was that Monica and I had had some blowup
24 at the lake and I had acted inappropriately towards
25 her. And I knew that was untrue, but these are the

Page 140

1  same rumors that were being told. When I got back
2  Monday from the prosecutor's meeting on Friday, this
3  was already all over."
4     Question: "By all over, who told you?"
5     Answer: "I don't remember where I heard it
6  the first time. I think it might have come from Nina
7  Creek."
8     Question: "And who told her?"
9  A. Nina Creek.
10 Q. Nina Creek. "And who told her?" "I'm
11 guessing her daughter-in-law, Stephanie Creek.
12 Monica." And here's my question. Nina Creek was
13 Carl Creek's mother?
14 A. Mom, uh-huh.
15 Q. Okay. And did you go home after the lake
16 and talk to Nina Creek about what had happened at the
17 lake?
18 A. No. Just a moment, my husband is asking me
19 if I'm okay.
20 Q. Sure.
21 A. He's very worried about me.
22 Q. Are you doing okay?
23 A. Uh-huh. I'm feeling much better than I did
24 before.
25 Q. Well, did Mike talk to you about what Nina