# MONICA DANIEL HUTCHISON



1  A.  I don't believe he invited me out while I
2      was at the prosecutor's office.  This was
3      just at the law office.
4  Q.  Okay.  And did you ever go?
5  A.  To get in the hot -- no.
6  Q.  No?
7  A.  No.
8  Q.  Did you ever tell him you had any interest
9      in going out there?
10 A.  No.
11 Q.  Okay.  Did Dianne ever invite you out?
12 A.  I don't believe so, no.
13 Q.  Okay.  Did you ever invite Dianne and Mike
14     to go with you anywhere?
15 A.  I had asked them to go to lunch with me.
16 Q.  Okay.  Did you invite them to go anywhere
17     else with you?
18 A.  I had invited Dianne over for -- I had,
19     like, a cookie party.  I invited her over
20     for that.  That's all I can recall.
21 Q.  Okay.  Was there ever an occasion, either
22     during the time that you were working in the
23     private law practice or working in the
24     prosecutor's office, when you invited Dianne
25     and Mike to accompany you to a strip club?

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110          Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 2 of 21

Page 74

1   A.   This was at a conference.

2   Q.   Where was the conference?

3   A.   At the lake.

4   Q.   Okay.

5   A.   And the answer, I guess, would be yes.

6   Q.   Okay.  So how was it that you came to invite

7        Dianne and Mike to go to a strip club at the

8        lake?

9   A.   It was a club that had male dancers at the

10       time, and it was kind of a joke.

11  Q.   Okay.

12  A.   'Cause I didn't explain to Mr. Anderson it

13       was male dancers.

14  Q.   Okay.  Did you think that he might find that

15       an uncomfortable situation?

16  A.   I don't know how he would have found that.

17  Q.   Well, you didn't tell him and the joke was

18       that --

19  A.   Right.

20  Q.   -- presumably that he'd get there and be

21       uncomfortable; right?

22  A.   Right, right.

23  Q.   Was Dianne in on the joke?

24  A.   No.

25  Q.   No.  So she didn't know either?

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                                      Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 3 of 21

```
 1   A.   No.

 2   Q.   Was there ever any other occasion when you

 3        invited Mike and Dianne to go to a strip

 4        club with you?

 5   A.   I know that me and some of my friends had

 6        went to a club on my birthday, and I believe

 7        we invited Dianne to go with us.

 8   Q.   Do you remember when that was?

 9   A.   But I don't recall for sure if we did invite

10        her.

11   Q.   Do you remember when that was?

12   A.   No, I don't.

13   Q.   Was that while you were with the

14        prosecutor's office?

15   A.   Yes.

16   Q.   And was that a club that had men or a club

17        that had women?

18   A.   Women.

19   Q.   Where was it?  Yes, where was it?

20   A.   At St. Robert.

21   Q.   In St. Robert, Missouri?  Do you remember

22        the name of the club?

23   A.   No, I don't.

24   Q.   And who went with you ultimately?

25   A.   I'm trying to remember who all -- I don't
```

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                                      Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 4 of 21

```
 1        remember who all went.  There was quite a

 2        few.  There was Terry Haden, Lorette Smith,

 3        Millie Williams.  I believe

 4        Christina Wheeler went.  I don't remember

 5        who else went.  I apologize.

 6   Q.   Okay.  So it's fair to say that you went to

 7        this strip club with a number of people who

 8        were either employed in the Texas County

 9        prosecutor's office or employed by the

10        county as a general proposition?

11   A.   They were my friends.

12   Q.   But they were employed by either -- in the

13        prosecutor's office or by the county?

14   A.   Not all of them, no.

15   Q.   Okay.  Who was not employed by the county?

16   A.   Terry Haden was not and Lorette Smith was

17        not.

18   Q.   Okay.  And did you -- did you invite these

19        individuals to go with you to this club?

20   A.   No.  I think we all just decided to go and

21        eat dinner down there, is what the plan was,

22        at one of their restaurants down there to

23        eat dinner.

24   Q.   When you say "their restaurants" --

25   A.   At St. Robert, one of the restaurants at
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110          www.alphareportingservice.com          Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 5 of 21

1       St. Robert.  I can't recall the name of the

2       restaurant.  Ruby Tuesdays, I believe it

3       was.  And then after that we decided to go

4       out, so it wasn't actually planned to go to

5       the strip club.  We planned to go down and

6       have dinner and go out to a club.

7   Q.  And you decided that you'd go to this strip

8       club?

9   A.  Correct.

10  Q.  All right.  Going back to

11      Defendant's Exhibit 14, in January 2003,

12      it's my understanding that you began your

13      employment with the Texas County

14      prosecutor's office.  Is that accurate?

15  A.  Yes.

16  Q.  Hand you a document that's been labeled

17      Defendant's Exhibit 6.  I thought I did.

18      Can you identify that?

19  A.  It looks like my application for employment.

20  Q.  Okay.  Looking at the second page under

21      former employers, it appears that the

22      correctional center's been omitted as a

23      former employer.  Is there any particular

24      reason why that was omitted?

25  A.  No, other than I must have just forgot, but,

ALPHA REPORTING SERVICE
Phone: 417-887-4110                www.alphareportingservice.com                Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 6 of 21

```
 1        two, three, nights?

 2   A.   Correct.

 3   Q.   Do you remember any of the social activities

 4        that you engaged in while you were on that

 5        trip?

 6   A.   Mr. Anderson always took us to dinner.

 7   Q.   Do you remember if you attended any strip

 8        clubs during the course of this particular

 9        trip?

10   A.   I believe that me and Christie may have went

11        to one -- I'm not positive -- and saw some

12        male strippers.

13   Q.   Okay.  Approximately how many occasions

14        during the time that you were employed in

15        the prosecutor's office did you go to a

16        strip club with another member of the

17        prosecutor's office staff?

18   A.   Approximately -- counting that, probably two

19        or three times.

20   Q.   Okay.  Total over the course of the three

21        years?

22   A.   I believe so.

23   Q.   And of those two to three times, at least

24        one was to see male strippers, the other

25        ones would have been to see female
```

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                           Fax: 417-889-4246
Case 6:09-cv-03018-RED  Document 258-1  Filed 12/01/10  Page 7 of 21

```
 1        strippers?

 2   A.   I believe twice was male strippers.

 3   Q.   And once with --

 4   A.   One female, yes.

 5   Q.   Okay.  Do you recall having any discussion

 6        with other members of the prosecutor's

 7        office staff about what went on at the strip

 8        club with female strippers?

 9   A.   No.  I don't recall, I mean, specifically

10        discussing anything.

11   Q.   Okay.  Do you recall having any

12        conversations with members of the

13        prosecutor's office staff about occasions

14        when you would go to strip clubs without

15        other members of the staff and then tell

16        them about what occurred at a strip club?

17   A.   Well, we talked -- I mean, we were all

18        friends, and we probably -- all of us --

19        even myself -- talked about things that

20        wasn't appropriate in the office.  Myself,

21        Mr. Anderson, the other girls, we all talked

22        about things we probably should have kept

23        outside of work.

24   Q.   And that's not really answering the

25        question.
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110          www.alphareportingservice.com          Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 8 of 21

```
1                    MR. FRANKLIN:  Could you read back

2        what my question was?

3                    (The requested portion of the

4        testimony was read back.)

5    A.  No, I don't recall doing that.

6    BY MR. FRANKLIN:

7    Q.  Okay.  Is it fair to say that you would

8        discuss your sex life with other members of

9        the prosecutor's office staff?

10   A.  It's fair to say that we all discussed --

11       like if -- on weekends -- if we had sex,

12       someone would say, "Did you get any this

13       weekend," you know, comments that probably

14       shouldn't have been said by myself or

15       anybody else, but we all participated in it,

16       yes.

17   Q.  Okay.  Is it fair to say that you were an

18       active and willing participant in these

19       conversations?

20   A.  Yes.

21   Q.  And it's fair to say that you would discuss

22       the sexual encounters that you had outside

23       of the workplace with the people that you

24       worked with?

25   A.  Not in detail and not all the time, no.
```

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                                          Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 9 of 21

1    BY MR. FRANKLIN:

2  Q.   Was there a time -- during the period of

3       time that you worked in the prosecutor's

4       office, was there -- were you involved in a

5       sexual encounter with any of the other

6       members of the office?

7            MR. STEELMAN:  And so that I

8       understand, your question is limited to her

9       period of public employment, to use

10      Judge Dorr's words; is that right?

11           MR. FRANKLIN:  Yes.

12           MR. STEELMAN:  Okay.

13  A.   No.

14    BY MR. FRANKLIN:

15  Q.   Did you, during the time that you were

16      employed in the prosecutor's office, discuss

17      past sexual encounters that you had with

18      members of the staff in the prosecutor's

19      office?

20  A.   No --

21  Q.   Okay.

22  A.   -- not that I remember doing so, no.

23           MR. STEELMAN:  By the way, let me

24      interpose an objection.  It's pretty clever

25      the way you worded it, but that clearly was

ALPHA REPORTING SERVICE
Phone: 417-887-4110            www.alphareportingservice.com            Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 10 of 21

```
 1   Q.   During the period of time that you were

 2        employed in the prosecutor's office, did you

 3        ask any of your co-workers to join you --

 4        and this would be inclusive of Mr. Willis

 5        and any other sexual partner of yours -- in

 6        some type of a sexual encounter?

 7   A.   No.

 8   Q.   Okay.  Did you ever physically touch any of

 9        the members of the prosecutor's office staff

10        on or about their sex organs?

11             MR. STEELMAN:  During the time she

12        was --

13   BY MR. FRANKLIN:

14   Q.   During the time you were employed at the

15        prosecutor's office.

16   A.   Not that I recall.  We were always goofing

17        around and -- I mean, it was -- it was one

18        of those work environments where I was a

19        part of it.  We would joke around all the

20        time, and we probably took it overboard, but

21        I don't recall ever --

22   Q.   What kind of joking around are you talking

23        about?

24   A.   Like talking about, "Hey, did you get some?"

25        "Yeah, I did," and -- oh, gosh, just making
```

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                    Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 11 of 21

```
 1        comments to each other and --
 2   Q.   Did you ever comment on the physical
 3        features -- did you ever, during the time
 4        that you were employed in the county
 5        prosecutor's office, comment on the physical
 6        features of any of your co-workers in the
 7        office?
 8   A.   Well, Stephanie Creek would always say, "Oh,
 9        I'm so fat, you know, nobody looks at me."
10        And I said, "No, you're not.  You're
11        beautiful.  You're sexy."  I would say
12        things like that.
13   Q.   Did you ever comment on the breasts of any
14        of the other members of the staff during the
15        time that you were employed at the county
16        prosecutor's office?
17   A.   Not that I recall.
18   Q.   Okay.  Was there ever an occasion that you
19        exposed your breasts to anybody that was
20        employed in the staff of the prosecutor's
21        office during the time that you were
22        similarly employed?
23   A.   At my home.
24   Q.   Okay.  And when was this?
25   A.   At a cookie party.
```

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                        Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 12 of 21

1   Q.   Okay.  Did you guys have -- what'd you guys

2        do after you got out of the pool?

3   A.   I don't swim well, so I was actually hanging

4        on the side.  We decided to go back to the

5        rooms and change and meet down to the social

6        bar that they had there at the motel.

7   Q.   Okay.  The hotel lounge, for lack of a

8        better term?

9   A.   Yes.

10  Q.   Okay.  This was, again, kind of a group

11       decision.  This wasn't Mike saying, "We're

12       going to meet down there"?

13  A.   No, it was everybody.

14  Q.   Okay.  So did you feel comfortable having

15       drinks with Mike?

16  A.   Yeah.

17  Q.   Okay.  Had you had drinks with him before?

18  A.   At other conferences, yes.

19  Q.   Okay.

20  A.   Yes.

21  Q.   Aside from other conferences, you never had

22       drinks with him; right?

23  A.   I think we had a -- celebratory champagne,

24       'cause I had never tasted champagne before,

25       whenever he got into office.

ALPHA REPORTING SERVICE
Phone: 417-887-4110        www.alphareportingservice.com        Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 13 of 21

```
 1   Q.  Okay.

 2   A.  Not that I recall other than that.

 3   Q.  Did he ever ask you to go to drinks with

 4       him?

 5   A.  Yeah.  He would ask me to -- "Hey, let's go

 6       have a drink and celebrate," like if he had

 7       a good day in court or something.

 8   Q.  Did you ever go with him?

 9   A.  No.

10   Q.  Okay.  And why not?

11   A.  I just wasn't comfortable going.

12   Q.  Okay.

13   A.  I mean, I don't -- I don't want everybody to

14       think that, you know, Mike really sexually

15       harassed me all the way through, made it

16       horrible on me, 'cause it wasn't like that.

17       It was something that I was handling, and he

18       wasn't saying, "Hey, let's go have sex every

19       day or anything."  It wasn't like that.  It

20       didn't get bad till later on.  I just wanted

21       to -- 'cause we were all -- even at the

22       prosecutor's office -- we were all probably

23       saying and doing things that was

24       inappropriate in the office.

25   Q.  Well, and what I'm -- and you're kind of
```

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                                          Fax: 417-889-4246
Case 6:09-cv-03018-RED    Document 258-1    Filed 12/01/10    Page 14 of 21

```
 1        alluding to this.  What I'm getting at is,
 2        you weren't offended by him asking you to
 3        get a drink to celebrate a court victory or
 4        a good day at the office?
 5   A.   No, I wasn't offended.  I just didn't go.
 6   Q.   You didn't find that to be harassing?
 7   A.   No.
 8   Q.   Okay.  All right.  So when you went down to
 9        the bar, how many people were down there?
10   A.   Well, there was some other conference there,
11        too, like a Farm Ag or some kind of
12        conference, so there was probably, I want to
13        say, between 15 and 30 or -- I'm not
14        positive.  There was quite a bit -- large
15        group of people.
16   Q.   All right.  And was it dark or was it light?
17        Could you see well?
18   A.   Yeah, it was, like, off the lobby, so it was
19        pretty lit.
20   Q.   Okay.  You guys got drinks when you went in
21        there though; right?
22   A.   Yes.
23   Q.   Did Mike get a drink?
24   A.   Yes.
25   Q.   Had he been drinking at dinner?
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110          www.alphareportingservice.com          Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 15 of 21

1    Q.   Did you also have home phone service through
2         U.S. Cellular?
3    A.   No.  It was through the local telephone
4         company.
5    Q.   Okay.  And that would be the phone number
6         that's reflected on that document?
7    A.   Correct.
8    Q.   Okay.  All right.  So how was it that
9         Corporal Jeff Kinder is calling you at home?
10        How did he know you?
11   A.   We were friends.
12   Q.   How did you become friends?
13   A.   I met him whenever he came in to talk with
14        Mr. Anderson at the private law office.
15   Q.   Okay.  Did you socialize with him outside of
16        work?
17   A.   Yes.
18   Q.   Did you have a romantic relationship with
19        Corporal Kinder during the period of time
20        that you were employed in the prosecutor's
21        office?
22   A.   Yes.
23   Q.   Okay.  For how long did you have a romantic
24        relationship with Corporal Kinder?
25   A.   I'm not positive.  Probably close to a year.

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                                      Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 16 of 21

```
 1   Q.   Okay.  Was he married at the time?

 2   A.   Yes.

 3   Q.   Okay.  You were aware of that?

 4   A.   Yes.

 5   Q.   Did you discuss your relationship with

 6        Corporal Kinder with any of the -- any of

 7        your colleagues in the prosecutor's office?

 8   A.   Not that I recall.

 9   Q.   Okay.  So if they became aware of your

10        relationship with Corporal Kinder, it was

11        not from direct comments from you?

12   A.   No.

13   Q.   Okay.  How else might they have become aware

14        of your relationship with Corporal Kinder?

15   A.   I don't know.  He came in the office quite

16        often to bring in reports and stuff.

17   Q.   Okay.  During the period of time that you

18        were engaged in this romantic relationship

19        with Corporal Kinder, was he -- was your

20        relationship fairly discreet?

21   A.   Yes.

22   Q.   Okay.  Was there ever an occasion when you

23        had a romantic encounter with both

24        Corporal Kinder and his wife during the time

25        that you were employed in the Texas County
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110          www.alphareportingservice.com          Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 17 of 21

```
 1        prosecutor's office?

 2   A.   No.

 3   Q.   Okay.  Was Corporal Kinder's wife ever aware

 4        of your relationship with him?

 5   A.   Not that I'm aware of, no.

 6   Q.   Okay.  So did you subsequently have -- after

 7        this December 8th call from Corporal Kinder,

 8        did you subsequently have a meeting with

 9        Mike Anderson to discuss your return to the

10        prosecutor's office?

11   A.   Yes.

12   Q.   When did that meeting occur?

13   A.   I don't remember.  I don't even know what

14        day the first was on, like, through the

15        week.

16   Q.   Okay.

17   A.   I don't recall what day it was that we

18        spoke.

19   Q.   Was it a long duration or a short duration

20        between the call with -- between you and

21        Corporal Kinder?

22   A.   Probably a couple days, I would say, but I'm

23        not real positive.

24   Q.   Okay.  And where did this conversation occur

25        with Mr. Anderson?
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110          www.alphareportingservice.com          Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 18 of 21

1        BY MR. FRANKLIN:

2    Q.  Was working on the criminal cases a better

3        position than working on the child support

4        or no --

5    A.  It just depended on how you view it, if you

6        like that or you like the other.  I didn't

7        do child support, so I don't know.

8    Q.  Okay.  Was there any level of supervision

9        that the person in charge of criminal had

10       over the other individuals?

11   A.  No.

12   Q.  What about Stephanie Creek --

13       notwithstanding the objection I understand

14       Mr. Steelman will pose -- do you have any

15       reason to believe that Stephanie Creek would

16       have a reason to lie about your behavior in

17       the office?

18           MR. STEELMAN:  Same objection.

19   A.  Yes, same response.  I mean, she worked for

20       Mr. Anderson, and, I mean, I'm sure she

21       wanted to keep her employment.

22   BY MR. FRANKLIN:

23   Q.  You indicated previously that you -- that

24       during the time that you were employed in

25       the prosecutor's office you had sexual

1   A.   Not that I'm aware of.

2   Q.   Okay.  Are you aware of any employment

3        opportunities that you lost out on as a

4        result of Mr. Anderson terminating your

5        employment?

6   A.   From when I left on December 23rd?

7   Q.   Yes.

8   A.   No.

9   Q.   Are you aware of any employment

10       opportunities that you lost -- that you were

11       unable to obtain because he filed this state

12       court lawsuit against you in June of 2006?

13  A.   I feel like it's detrimental to me even now.

14  Q.   I understand that.  Are you aware of any

15       specific job opportunities that you were

16       unable to obtain because he filed that

17       lawsuit?

18  A.   Not at this time.

19  Q.   Okay.  Has this lawsuit ever been raised in

20       the course of an employment interview that

21       you have been a part of?

22  A.   Yes.

23  Q.   Okay.  What employment interview was it that

24       this lawsuit was discussed at?

25  A.   Almost every one of them except

ALPHA REPORTING SERVICE
Phone: 417-887-4110          www.alphareportingservice.com          Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 20 of 21

1   Q.   During the time that you worked at the

2        prosecuting attorney's office, did you ever

3        tell anyone in that office that you had gone

4        to Big Louie's, the strip club in

5        St. Robert?

6   A.   It's possible it was -- that's probably -- I

7        think that's the name of the strip club

8        where myself and the co-workers had went to.

9   Q.   During the time that you worked at the

10       prosecutor's office, did you ever talk with

11       the co-workers about giving oral sex to any

12       of the dancers there?

13  A.   No.

14  Q.   Did you ever tell any attorneys who came in

15       the office that you had done that?

16  A.   No.

17            MR. STEELMAN:   Can we go off the

18       record for just a second?

19            (A discussion was held off the

20       record.)

21       BY MR. HARRIS:

22  Q.   Do you have any tattoos?

23  A.   Yes.

24  Q.   Where are they located?

25  A.   I have one right below my waistline here.   I

ALPHA REPORTING SERVICE
www.alphareportingservice.com
Phone: 417-887-4110                                              Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-1   Filed 12/01/10   Page 21 of 21