# DR. DALE HALFAKER



```
 1        range on that score?
 2   A.   Normal's going to range probably about, say,
 3        40 to 65.
 4   Q.   All right.  And then the clinical scales on
 5        the test?
 6   A.   Yes.
 7   Q.   Am I correct that seven of the ten of those
 8        were elevated?
 9   A.   Yes.
10   Q.   Scale 2, is that the depression scale?
11   A.   It is.
12   Q.   And she was in the 99th percentile; is that
13        right?
14   A.   I think so.  She had a T score of 96 which
15        is quite a ways up there so it wouldn't
16        surprise me if that's the 99th percentile.
17   Q.   That means, correct me if I'm wrong, but
18        that if you gave this test to whatever group
19        of people she would be more depressed than
20        99 of them or 98 of them?
21   A.   Right.  On the theoretical 100 people basis,
22        yes.
23   Q.   Did you find that to be consistent with what
24        she told you in her interview?
25   A.   I guess what I would say is that I believe
```

```
 1        she's depressed.  It would be surprising by
 2        her presentation to see her being this
 3        depressed with this elevation, but that
 4        doesn't mean that she doesn't perceive
 5        herself as being this depressed.  Because
 6        basically we're dealing with a self-report
 7        measure.
 8   Q.   People who score in that percentile are
 9        people who are institutionalized, aren't
10        they?
11   A.   I don't know if all of them are, but I would
12        say there would certainly be some people who
13        would be.
14   Q.   Do you have any explanation for the
15        discrepancy then?
16   A.   Like I said, I think she probably perceives
17        herself as being that depressed.  We talked
18        about the psychological sophistication and
19        lack of insight.  It's very possible that
20        she perceives herself as being that
21        depressed but what we see in her actual
22        functional behavior is that while she's
23        depressed, she's not depressed to that
24        degree it does not appear.
25   Q.   Does that coupled with anything else in the
```

1      herself as having a lot of resources, that
2      she gets depressed easily.
3   Q. Now, there's a DS-R scale; is that correct?
4   A. Yes.
5   Q. What's that for?
6   A. It's another one of the validity scales. I
7      think it's the dissimulation revised scale.
8      It's the scale for the MMPI-II.
9   Q. What was her score on that?
10  A. On DS-R she had a score of 74.
11  Q. Is that a raw score of 74?
12  A. That's a T score.
13  Q. Okay.
14  A. The raw score was 16.
15  Q. Okay. So the raw score was 16?
16  A. Right.
17  Q. Was her score within normal limits on that?
18  A. It was elevated so it was not within normal
19     limits.
20  Q. All right. What, if any, significance did
21     that have to you?
22  A. I think if we look at the issue of potential
23     symptom magnification it would point to
24     that. DS-R is actually -- I think it's the
25     scale that they actually took a group of

ALPHA REPORTING SERVICE
Phone: 417-887-4110   www.alphareportingservice.com   Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-2   Filed 12/01/10   Page 4 of 6

1  Q.  Now, you state I think on page 58 of your
2      report that Ms. Hutchison likely has a
3      long-term history of psychological or
4      emotional distress that likely began before
5      she was employed by Mr. Anderson.
6  A.  Yes.
7  Q.  And you base that upon the fact that she had
8      the previous history with antidepressants;
9      correct?
10 A.  Right.
11 Q.  What else?
12 A.  I think -- that's the main thing.  I think
13     when I look at, so to speak, the stressors
14     that were present prior to this, the loss of
15     her marriage relationship, which I think a
16     couple years after that she started using
17     antidepressants, I think what she described
18     was the kind of chronic health problems
19     associated with her father's decline and
20     ultimate demise, that those two things I
21     think she had difficulty dealing with in
22     that period from about 1997 up through 2001
23     when she started taking the antidepressants.
24 Q.  Now, there were some other things in that
25     time period like her bankruptcy, those kinds

ALPHA REPORTING SERVICE
Phone: 417-887-4110    www.alphareportingservice.com    Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-2   Filed 12/01/10   Page 5 of 6

```
 1        whole picture together.  I mean, that's
 2        probably a question for the judge, not me,
 3        though.
 4   Q.   Would you agree with me that the facts are
 5        such that reasonable minds can differ on
 6        that issue?
 7   A.   I would not disagree with that.
 8   Q.   All right.  Fair enough.  Now, were you able
 9        to rule out the possibility of malingering
10        in this case?
11   A.   What I would say in my opinion is I do not
12        feel that she's malingering.  I do think
13        that there's symptom magnification, but I
14        don't equate malingering and symptom
15        magnification.
16   Q.   Now, with regard to her pre-existing
17        depression, does that make the diagnosis of
18        PTSD more difficult?
19   A.   I'm sorry.  Ask that again.
20   Q.   Does the presence of her pre-existing
21        depression make the diagnosis of PTSD more
22        difficult?
23   A.   I don't think it makes it more difficult, I
24        think it makes it more likely because I
25        think the literature talks to the fact that
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110    www.alphareportingservice.com    Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-2   Filed 12/01/10   Page 6 of 6