# DANNY MCNEW

A. Not that I recall. I don't believe so.

Q. Had you ever heard anything about her in the community, in the Licking area or Texas County?

A. No.

Q. Any discussion among law enforcement personnel about her at all?

A. No.

Q. Did you ever hear anything about her reputation for chastity, purity, anything like that?

A. No.

Q. When was the last time that you talked to Ms. Daniel?

A. I can't be exact, but it's been at least a couple years.

Q. Describe your relationship with Ms. Daniel, if you would.

A. Well, she worked for him as a secretary. We spoke through there and briefly I had an affair with her.

Q. What period of time did you have an affair with her?

A. I would assume -- I'm not -- can't be precise about the date, but I would say late

A. A Mustang.
Q. Do you know what color it was?
A. I believe yellow.
Q. Was it a convertible?
A. Yes.
Q. Black top?
A. I recall it being yellow.
Q. The top being yellow as well?
A. No, it was a different color, but I don't want to --
Q. Do you remember what the license plate said on it?
A. No.
Q. Did you ever drive her car?
A. Yes.
Q. During the time that you were involved romantically with Ms. Daniel, did you ever spend the night at her home?
A. No.
Q. Back at that time, which you've said was the summer fall 2005, did you have a cell phone?
A. Yes.
Q. Did Ms. Daniel have the number?
A. Yes. I actually want to clarify that I said that when I first become -- saw her in that

A. Yes.

Q. -- during this entire time?

A. Yes.

Q. Did you ever see her during Monday through Friday eight to five?

A. No. Well, possibly in the court.

Q. And I'm talking about in a social context.

A. No.

Q. Was there ever occasion when you and Monica engaged in any type of sexual activity from anything from kissing to intercourse in the prosecutor's actual office?

A. No. The only time I showed up there was when I was requested by the prosecutor.

Q. Are you ever aware of her doing that with anyone else where she engaged in some type of sexual activity in the prosecutor's office?

A. No.

Q. Were there ever occasions where you and Ms. Daniel would have had threesomes where there was another person involved and you engaged in sexual activity?

A. No.

Q. Did that ever occur with a gentleman by the

If you could, you said that you began seeing Ms. Daniel slash Hutchison in a romantic fashion in approximately the late summer or fall of 2005; is that accurate?

A. Correct.

Q. And you said that that romantic relationship lasted through the end of the fall or the winter of 2005?

A. Yeah, thereabouts.

Q. Okay. Was it before or after Christmas that you ceased having a romantic relationship with her?

A. It wasn't a constant thing. I might have possibly probably even had sex with her in the spring of 2006.

Q. Okay.

A. I can't tell you when it ended.

Q. Okay. At any point in time in the course of your relationship with Ms. -- I'm just to call her Ms. Daniel. It's probably easier for you. In the course of your relationship with Ms. Daniel, did your wife ever become aware that you were engaged in this relationship?

A. No.

Q. No. And did I hear you correctly a moment ago when you were discussing this interaction with Mr. Anderson on the highway that you were in Ms. Daniel's vehicle with your son and your nephew?

A. Yes.

Q. What was it that brought about you being in the same vehicle with Ms. Monica Daniel and your son at this point in time? Or at that point in time, excuse me.

A. Was going to see a movie.

Q. Okay. Was your son aware of the fact that you had a romantic relationship with Ms. Daniel?

A. No.

Q. Okay. Do you recall about what point in time Ms. Daniel had this sexual encounter with Seth walker?

A. No.

Q. Do you recall it being before or after the spring of 2006?

A. I never witnessed anyone having a sexual encounter.

Q. You were certainly aware of that occurring; right?

A. No. I never witnessed it so I can't say I'm aware of it occurring.
Q. Did Seth Walker tell you that he had a sexual encounter with Monica Daniel?
A. No.
Q. Okay. Did he tell you -- were you in Monica Daniel's house at the same time that he and Monica Daniel were in her bedroom?
A. Yes, I was.
Q. Was it your supposition at that point in time that a sexual encounter occurred notwithstanding the fact that you did not actually witness them have sexual intercourse as you testified?
A. Not really because they wasn't in there that -- they wasn't in there very long.
Q. All right. What did Seth Walker say to you when he emerged from her room?
A. He said, You ready to go? And I recall that and he asked me if I was okay to walk.
Q. He said were you okay? I'm sorry.
A. Yeah. He asked me if I was okay to walk home.
Q. Okay. Had either of you been drinking at that time?

A. Yes, I had been.
Q. Do you know if he had been drinking at this point in time?
A. I would think he had.
Q. Okay. Were you drinking together with Ms. Hutchison or Ms. Daniel at that evening?
A. No. We showed up there, but, no, she -- we had not been drinking.
Q. Approximately what time did you show up at Ms. Daniel's home?
A. I -- I'm not for sure.
Q. Do you recall having a sexual encounter with Ms. Hutchison -- with Ms. Daniel that same evening?
A. Not that evening.
Q. Okay. You would have had a sexual encounter with her in close period of time in proximity to that evening?
A. Well, I can't -- I can't be specific about a date.
Q. As a general proposition you were still romantically engaged with Ms. Hutchison during this period of time; correct?
A. Yes.
Q. Okay. Did Ms. Daniel ever tell you that she

police, is that merit selection or is it patronage? Do you have to know somebody in politics to get that job?

A. No.

Q. Did you have to declare your party affiliation when you --

A. No.

Q. -- made application for that job?

A. No.

Q. Now, with regard to your employment at the City of Licking, was one of the reasons you were terminated because you were having sexual relations with another city employee?

A. They never gave me a reason why I was terminated.

Q. Never told you that in a hearing?

A. No. Never even asked about it.

Q. They never asked about it or you never asked why you were being terminated?

A. They -- neither.

Q. Now, with regard to Ms. Daniel, can you sit here as you testify today tell me when was the last time you actually had sexual relations with her?

A. It's been years, but I can't tell you the

Seth went to Rolla, you were drinking that night and driving?

A. You asked me did I drink or was I intoxicated?

Q. Did you drink?

A. Yes.

Q. How much did you drink?

A. I think probably half a beer.

Q. That's it?

A. That's it.

Q. It's your testimony you weren't intoxicated?

A. Not that night, no.

Q. That evening that you were riding with Christy Wheeler and Monica and Seth, did you guys try to steal a flower pot or something that belonged to the City?

A. I never tried to steal no flower pot.

Q. Did Seth?

A. He -- I can remember him messing with it, but it was never tooken or stolen.

Q. He was your employee at the time?

A. He got out -- actually at that -- yeah, at that time we was riding around as friends. I am not going to say, I'm your chief, but yeah, he did get out and take a flower from

it.

Q. Okay. You were his employee -- or you were his employer?

A. No. At that point we were friends. I didn't ride around and say "I'm your chief."

Q. So you didn't take any action against him for doing that?

A. He didn't steal nothing.

Q. All right. Did the two of you moon a -- one of your other officers that evening?

A. I mooned no one.

Q. Did Seth?

A. Yes.

Q. Did you take any action for that?

A. No.

Q. Did the officer pull your vehicle over that night?

A. Yes, he did.

Q. And I assume once you he found out it was you he didn't take any breathalyzer or do anything like that?

A. No. Again, but I said I had maybe half a beer.

Q. Were there open containers in the vehicle?

A. I'm sure, yes.