# SETH WALKER

EXHIBIT D

1   A.   Not at this time.
2   Q.   Did you speak with anyone who's involved in
3        the case?
4   A.   I spoke with Danny McNew.
5   Q.   Okay.  When did you speak with Mr. McNew?
6   A.   Last time was this morning.
7   Q.   How many times total did you talk with
8        Mr. McNew?
9   A.   I've talked to him hundreds of times.
10  Q.   How many times did you talk to him about
11       this case?
12  A.   Several times since it's first been brought
13       up.
14  Q.   And the last time you spoke with him was
15       this morning?
16  A.   Yes.
17  Q.   What did you discuss this morning?
18  A.   Told him I was on my way over here.
19  Q.   That was it?
20  A.   We talked about him jogging last night,
21       talked about it being hot outside.
22  Q.   Did you talk about the case at all?
23  A.   He talked about some things that his
24       attorney was going to do.
25  Q.   What did he say his attorney was going to

```
 1       with Monica at the prosecuting attorney's
 2       office, did you form an opinion of her as to
 3       her competency?
 4   A.  I thought she was very helpful.
 5   Q.  Did you know anything about Monica outside
 6       of your interactions with her
 7       professionally?
 8   A.  You're talking about while she was employed
 9       there?
10   Q.  Yes.
11   A.  No.
12   Q.  So you didn't have or form any type of
13       opinion as to what type of a person she was
14       as far as whether she was chaste,
15       promiscuous, anything like that?
16   A.  Heard several rumors.
17   Q.  What rumors had you heard?
18   A.  Basically that she was promiscuous.
19   Q.  And this was --
20           MR. GAUNT:  I'm sorry.  I didn't hear
21       the answer.
22           THE WITNESS:  That she was promiscuous.
23   Q.  (By Mr. Harris) And this was while she was
24       working at the prosecutor's office?
25   A.  Before, while.
```

```
 1    Q.   Okay.
 2    A.   Before and while.
 3    Q.   And I probably needed to ask this question.
 4         Before you went to work for the City of
 5         Licking Police Department did you know her
 6         at all?
 7    A.   No, I didn't know her.
 8    Q.   Did you know of her?
 9    A.   I did.
10    Q.   How did you know of her?
11    A.   I think -- -- actually, I can't say that I
12         did know of her.  I'm not for certain
13         whether it was her or not.  I dated a girl
14         at one point who was related to a lady named
15         Monica that vaguely resembled -- however,
16         we're going back several, several years.
17    Q.   Okay.  All right.  Do you recall these
18         rumors you'd heard about her before she was
19         at the prosecutor's office or while she was
20         at the prosecutor's office, do you recall
21         who you heard those from?
22    A.   No.
23    Q.   While you were working at the City of
24         Licking did you ever interact with Monica
25         outside of the prosecuting attorney's office
```

ALPHA REPORTING SERVICE
Phone: 417-887-4240    www.alphareportingservice.com    Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-4   Filed 12/01/10   Page 4 of 8

```
 1        or in court?
 2   A.   I believe it was while I was employed there,
 3        and I'm not for certain on the dates, but I
 4        believe it was while I was employed there.
 5   Q.   What type of interaction did you have
 6        outside the office?
 7   A.   I met with Monica on two occasions.  One
 8        time we rode to Rolla together and ate and
 9        another time we rode around drinking.
10   Q.   Were you ever romantically involved with her
11        in any way?
12   A.   I wouldn't say romantic.
13   Q.   Okay.  Did you ever have any type of sexual
14        relations with her?
15   A.   Yes.
16   Q.   How many times?
17   A.   Once.
18   Q.   Do you recall when that was?
19   A.   I don't.
20   Q.   And I have to ask this question because of
21        the nature of the allegations in the case.
22        Was anyone else there other than the two of
23        you?
24   A.   There was Danny McNew there.
25   Q.   Did he participate in any way?
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110   www.alphareportingservice.com   Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-4   Filed 12/01/10   Page 5 of 8

```
 1   A.   Not that I'm aware of.  I don't know.  I
 2        left the room.
 3   Q.   Was he just observing or did he just come in
 4        or --
 5   A.   I went really wasn't paying attention to
 6        what he was doing.
 7   Q.   Okay.  Fair enough.
 8   A.   I don't even know that he was in the room,
 9        to be honest.
10   Q.   All right.  He was in the general vicinity?
11   A.   I believe he was in the house.
12   Q.   Okay.  Where did this occur?
13   A.   At Monica's residence.
14   Q.   Do you recall roughly what time it was?  I
15        mean, what year, month?
16   A.   Not even close.  I believe that it was after
17        she was fired or quit or whatever happened
18        there from the prosecutor's office.  I
19        believe it was after that but...
20   Q.   Did you have -- was that the only occasion
21        you ever had any type of intercourse or
22        sexual relations with her?
23   A.   Yeah.
24   Q.   Were you aware of any type of relationship
25        between she and Danny McNew?
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110    www.alphareportingservice.com    Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-4   Filed 12/01/10   Page 6 of 8

Hutchison v. Texas County        5/26/2010                    Seth Walker

Page 51

```
 1         MR. GAUNT:  Okay.  I have no further
 2    questions.
 3         MR. HARRIS:  Mr. Walker, I've got just a
 4    few follow-ups.
 5                    EXAMINATION
 6    BY MR. HARRIS:
 7  Q. Your encounter with Ms. Daniel, you said you
 8    believed it was after she left the
 9    prosecuting attorney's office?
10  A. Yes.
11  Q. Do you recall how long after it would have
12    been?
13  A. I want to say -- I remember it was warm
14    outside but --
15  Q. Okay.
16  A. -- I don't know for certain.
17  Q. So it's your recollection that it was at
18    least warm out?
19  A. Yeah.
20  Q. Okay.
21  A. I drank a lot then.
22  Q. I understand.  And you say you don't recall
23    who told you about the incident at Monica's
24    house with Mr. Anderson?
25  A. I can't remember if I read that somewhere or
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110      www.alphareportingservice.com      Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-4   Filed 12/01/10   Page 7 of 8

```
 1         there.
 2    Q.   No, I understand that.  I'm just saying you
 3         never had a situation where you had to stop
 4         him or anything like that?
 5    A.   No.
 6    Q.   If you as an officer for the City of Licking
 7         had received a report that Mike Anderson was
 8         threatening somebody, would you have taken
 9         action on that or would you have --
10    A.   Yeah.
11    Q.   Mr. Gaunt read to you some these allegations
12         out of the petition and he used the one
13         about a swinger style sex ring.  In your
14         opinion what does that mean?
15    A.   Well, I guess Monica and Millie conspiring
16         to have multiple couples engage in sex
17         trading partners type of thing.
18    Q.   Okay.  On this occasion you were talking
19         about with them about where you and Danny
20         and the other woman and Monica went to
21         Rolla, were you drinking on that occasion as
22         well?
23    A.   Oh, I'm sure I was.  I don't remember
24         specifically but...
25    Q.   Do you have a recollection of mooning one of
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110    www.alphareportingservice.com    Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-4   Filed 12/01/10   Page 8 of 8