# DR. DAVID MYERS



```
 1   A.   No.
 2   Q.   Were you aware if anybody in her family had
 3        a history of psychological or psychiatric
 4        issues?
 5   A.   I think her mother suffers from depression.
 6   Q.   In your experience, does a family history of
 7        psychological or psychiatric issues have an
 8        impact on a patient's psychological or
 9        psychiatric --
10   A.   Yeah, I think there's some genetic
11        predisposition there.  I don't know that
12        many families that don't have someone in
13        their family.  I can't think of any.  Can
14        you?
15   Q.   We've all got that one uncle.
16             MR. HARRIS:  Crazy Uncle Bob.
17   Q.   (By Mr. Franklin) I was going to say I for
18        one have the stereotypical crazy uncle.  Are
19        you aware of any history of substance abuse
20        either in Ms. Hutchison's family or by
21        Ms. Hutchison?
22   A.   No.
23   Q.   Okay.  You diagnosed Ms. Hutchison with
24        insomnia, I believe, the first time in July
25        of 2001.  Is it fair to characterize her
```

ALPHA REPORTING SERVICE
Phone: 417-887-4110     www.alphareportingservice.com     Fax: 417-889-4246
Case 6:09-cv-03018-RED   Document 258-5   Filed 12/01/10   Page 2 of 2