# BRAD EIDSON



EXHIBIT F

```
 1    reason for these questions.  I think the word gossip
 2    was Mr. Eidson's word.
 3                 MR. FRANKLIN:  I'm more specific as to
 4    the subject matter of the gossip, because as I
 5    understand his testimony, there's gossip on several
 6    different subject matters.
 7                 MR. STEELMAN:  Okay.  That's fair.  We
 8    need to ask that, too.
 9    BY MR. STEELMAN:
10         Q.   But on this question right now, I'm just
11    asking, was the gossip that you have testified to
12    pertaining to Monica Daniel Hutchison or to Mildred
13    Williams or to both of them?
14         A.   To both.
15         Q.   Okay.  And was that gossip that you have
16    heard or that you recall flattering to Monica Daniel
17    Hutchison or Mildred Williams, or was it negative
18    with regards to their character?
19         A.   I don't think it was a reference to their
20    character.  My recollection is, it was a reference to
21    their acts.  And, you know, I guess anyone could
22    characterize that however you wanted.
23         Q.   Okay.  That's fair.  Is the gossip that you
24    heard with regard to Monica Daniel, would that, in
25    your opinion, be harmful to her reputation in the
```

Joann Renee Richardson
573-699-4110 * St. James, Missouri *
Case 6:09-cv-03018-RED   Document 258-6   Filed 12/01/10   Page 2 of 2