# BRAD ELLSWORTH



PENGAD 800-631-6989

EXHIBIT

G1

1          A.    Sometimes.

2          Q.    Did you have the opportunity to see them

3     interact in court?

4          A.    Yes.   I had known Monica when she was

5     Mike's secretary in private practice before I was

6     elected, as well.

7          Q.    Would you from time to time interact with

8     Ms. Daniel when she was working for Mike in his

9     private law practice?

10         A.    Just on a professional basis.

11         Q.    Did you ever, at any point in time, see

12    Mike Anderson do anything toward Monica Daniel which

13    you thought was improper or inappropriate?

14         A.    I did not.

15         Q.    Tell us about Mike as prosecutor.  What did

16    you think of his abilities as prosecuting attorney?

17         A.    He was a very good prosecutor.  I think

18    he's probably the best prosecutor in our circuit.

19    This incident here that took place on December 18th,

20    2005, is pretty bad, I think, and it took him a while

21    to get going again.  But I think he buckled down and

22    probably did a better job after that than he did

23    before.

24         Q.    When you say this incident that occurred on

25    December 18th, 2005, would you tell the ladies and

1   .or do anything like that?

2        A.   Oh, no.

3        Q.   Would you have allowed that to have

4   occurred?

5        A.   Oh, no.

6        Q.   Were you aware that Millie Williams had a

7   copy of the tape at the time you issued the subpoena?

8        A.   I think that -- at the time I issued it,

9   no.

10       Q.   Did you subsequently learn that she did?

11       A.   Yes.   Yes.

12       Q.   How did you learn that she did?

13       A.   I think Mike told me that.   I don't know

14   when.   At the time, I didn't know.

15       Q.   Did you ever listen to the tape?

16       A.   I did not.

17       Q.   So I would be correct, as you sit here

18   today, you still don't know what was said or what

19   happened out there on the early morning hours of

20   December 18th; is that correct?

21       A.   I do not.   I didn't think it was my

22   business.

23       Q.   Did you feel that by issuing the subpoena,

24   which is marked here as Exhibit 15, you were in any

25   way violating Ms. Daniel's civil rights?

1 that Millie Williams had told you that she had

2 discussed with Texas County Commissioner Linda

3 Garrett an incident that occurred on or about

4 December 18, 2005. Did Ms. Williams ever tell you

5 what she communicated to Commissioner Garrett?

6 A. No. This conversation took place in my

7 office, when I answered Mr. Steelman's questions

8 about that little confrontation there, and Mr.

9 Anderson accused Millie of talking out of school on

10 him, if you will.

11 And she said, "I didn't talk." And he

12 said, "Yes, you did. You talked to Linda Garrett."

13 And she said, "Well, she's the commissioner." So I

14 didn't recall any particular questions other than

15 what happened, you know, that kind of thing.

16 Q. Okay. And to your understanding during the

17 time that you were serving as Associate Circuit Court

18 Judge for Texas County, Missouri, Ms. Garrett had no

19 supervisory authority over your courtroom staff, did

20 she?

21 A. No, she did not.

22 Q. When Mr. Anderson asked you to execute the

23 criminal investigative subpoena that's been

24 identified as Plaintiff's Exhibit 15, was it your

25 understanding that this subpoena required the

Joann Renee Richardson
*   573-699-4110   *   St. James, Missouri   *

1  particularly broad in the area of requesting

2  investigatory subpoenas to assess whether the pursuit

3  of charges is appropriate?

4       A.   I think that's a broad area.  And as

5  vindicated, the case law seems to indicate it's a

6  broad area.

7       Q.   And would it be accurate in your assessment

8  of Mr. Anderson's conduct in this case that you did

9  not find his request for the document -- excuse me --

10  the subpoena that's identified in the document

11  labeled Plaintiff's Exhibit 15, it was not your

12  impression that he was acting with any malice in his

13  pursuit of that?

14       A.   Oh, no.  No.

15       Q.   And you obviously would not have granted

16  that subpoena if you believed that he was pursuing

17  that investigative subpoena with any malicious

18  intent?

19       A.   True.

20            MR. FRANKLIN:  I have nothing further.

21            MR. STEELMAN:  I have nothing further.

22            MR. WATERS:  That shall conclude the

23  deposition of the Honorable Brad Ellsworth.  We're

24  now going off record.

25            (Off the record.)
                Joann Renee Richardson
         *   573-699-4110   *   St. James, Missouri   *