# TERRY HADEN

EXHIBIT

H

```
 1        Q.  And did you have any other conversations

 2   regarding Monica between this meeting and what you

 3   have termed as the second meeting?

 4        A.  Just like I told you before, various things

 5   of, "Why do you let her talk to you that way?  You're

 6   the boss, why can't you be the boss?"

 7        Q.  And what would he say?

 8        A.  He just kind of shrugged his shoulders and

 9   say, "Well, she gets her work done."

10        Q.  Was Monica a good worker; do you know?

11        A.  Monica was a good worker when Monica chose

12   to be a good worker.

13        Q.  And then you had a period of these

14   conversations where, basically -- I don't want to --

15   how would you term your conversations with Mike

16   again, up until the second meeting?

17        A.  Basically the same thing.  And a lot of

18   times they were in front of Monica.

19        Q.  And then there was a second meeting; is that

20   correct?

21        A.  Well, apparently yes.  Right there.

22        Q.  Well, you say apparently?

23        A.  I didn't recall that meeting until you

24   brought that up.

25        Q.  Okay.  And then what was that meeting?
```

Joann Renee Richardson
573-699-4110          St. James, Missouri

1  swinger-style sex ring out of the Texas County

2  Prosecuting Attorney's Office and the Texas County

3  Associate Court Office to the humiliation and

4  detriment of Michael R. Anderson.  Did you supply any

5  information to Mr. Anderson, prior to him filing his

6  lawsuit on May 31, 2006, as to the truth of the

7  allegations in Paragraph 4-F?

8       A.   No, I did not.

9       Q.   Okay.  Let me ask -- let me back up for a

10  second.  When did you start work for Mr. Eidson?

11       A.   October of 1999.

12       Q.   And when did Mike Anderson and Monica move

13  into the Texas County Prosecutor's Office?

14       A.   January 1st, when he took office.  I don't

15  remember what year that was.

16       Q.   And at that time you were here in this

17  office next door --

18       A.   Yes, I was.

19       Q.   -- working with Mr. Eidson; is that correct?

20       A.   Yes, I was.

21       Q.   What were the office hours of the

22  Prosecuting Attorney's Office, if you recall?

23       A.   8:00 to 5:00, unless Monica decided she

24  needed to leave early or come in late.

25       Q.   And how did that happen; do you know?

1      A.   How did what happen?

2      Q.   How did she -- how many times or what -- how

3   regular was it that she would come in late or leave

4   early?

5      A.   A lot.

6      Q.   And do you have any information as to

7   whether she lied on her pay records or anything when

8   she did that?

9      A.   I don't have any idea about her pay records.

10     Q.   Okay.  What I'm trying to ask is whether you

11  have any information that she tried to defraud the

12  county or the state with any of her leavings and

13  goings?

14     A.   I have no idea.

15     Q.   Okay.  And then you haven't indicated that

16  to Mr. Anderson; is that right?

17     A.   No.

18     Q.   Okay.  Let's go off record for a second so I

19  can find --

20               MR. WATERS:  The current time is

21  12:04.  We're now going off record.

22                    (Off the record.)

23                    ―――――――

24               (Back on the record.)

25               MR. WATERS:  We're now back on record.

52

```
1      Q.  And when was that?

2      A.  Like I said, before all of this started.  I

3  can't tell you exactly a date.  It was before all of

4  this started.

5      Q.  And did you ever discuss that with Mr.

6  Anderson?

7      A.  About them having sex in the office?

8      Q.  Yes.

9      A.  No.

10     Q.  Have you ever had any conversation with

11  Corporal Kinder about this?

12     A.  No.

13     Q.  Have you ever talked to your husband about

14  whether he's had a conversation with Corporal Kinder

15  about anything?

16     A.  No.

17     Q.  Have you ever had a conversation with Monica

18  about Corporal Kinder?

19     A.  Several.

20     Q.  And when was that?

21     A.  The first one, and I don't remember the

22  exact date, was when she was supposedly going to St.

23  Louis to have a blind date with one of Chris

24  Swatosh's friends.  She didn't feel comfortable going

25  up there alone, so she invited me.  On the way up
```

59

Case 6:09-cv-03018-RED   Document 258-8   Filed 12/01/10   Page 5 of 25

```
 1    there, she told me that she had been having an affair
 2    with Jeff Kinder for about two years.
 3         Q.  And you can or can't tell me the date?
 4         A.  I can't tell you the date on this.  I know
 5    that Jeff and Curtis were going up for --
 6    surprisingly up to the same town, at the same hotel
 7    that we were at, that Monica had made arrangements
 8    for us to stay at.  She told me they'd been having an
 9    affair for about two years and that she didn't feel
10    comfortable discussing it with me until then because
11    she knew that I was friends with Jeff's wife, Kelly.
12         Q.  And what did you say?
13         A.  Probably something like, "Oh, my God, what
14    the hell are you thinking?"
15         Q.  And who else have you told about this
16    conversation?
17         A.  I told my husband about this conversation
18    after it all blew up.
19         Q.  When you say, "After it blew up," what
20    period of time would you be talking about?
21         A.  After the whole swinger-style sex ring blew
22    up and --
23         Q.  The lawsuit that made the allegations?
24         A.  Yes.
25         Q.  Anybody else?
```

1      A.  Oh, probably.  She was very blatant about

2  her sex life.  She talked about her sex life all the

3  time in the office.

4      Q.  My question is, whether you had any

5  conversations without Monica there about -- which I

6  should have made clear -- with Mr. Anderson,

7  Christie, or Stephanie about Monica Daniel Hutchison

8  and her sex life.

9      A.  Stephanie and I had a conversation about a

10  sexual relationship that she had had with Monica.

11  Christie and I traded notes on what Monica had said

12  to us about her sex life, because she tends to not be

13  extremely truthful about things and tells one person

14  they're the only person that knows, and tells another

15  person they're the only person that knows.  I

16  remember when Mike found out about the relationship

17  between Jeff Kinder and Monica.

18      Q.  And when was that?

19      A.  I'd say in between the time that -- the

20  first time she didn't work there and the second time

21  she didn't work there.

22      Q.  Okay.  So that I understand -- and I want to

23  get this -- there is a specific incident that

24  occurred.

25      A.  Yes, there is.

66

Joann Renee Richardson
* 573-699-4110 * St. James, Missouri *

1    Q.   Where Mike found out about Jeff Kinder and

2    Monica's relationship?

3        A.   Yes.

4        Q.   And that is between the first time she left

5    and her coming back; is that correct?

6        A.   Yes.

7        Q.   And tell me about that incident.

8        A.   Monica called the office, called up here and

9    went off on me and totally blew because she thought

10   that I had told Mike that she had had an affair with

11   Jeff Kinder, which wasn't true.  I did not have a

12   conversation with Mike before that time.  I did not

13   have a conversation with Mike about her relationship

14   with anybody at that time because I didn't want to be

15   involved in it.

16       Q.   And so, then, tell me about Mike finding

17   out.

18       A.   I have no idea how Mike found out.

19       Q.   Oh, I thought you said this was an incident

20   -- oh, okay, I see what you're saying.

21       A.   I still to this day have no idea how Mike

22   found out.  All I know is, it didn't come from me.

23       Q.   And this phone call was after she had left

24   and before she came back; is that right?

25       A.   While she was still working down there.  I

67

```
 1          A.   Well, I'm 38 now.  33 years.  34 years.

 2          Q.   Would it be correct to say that the two of

 3     you grew up together?

 4          A.   Yes.

 5          Q.   Did you ever live with Monica?

 6          A.   Yes.

 7          Q.   When was that?

 8          A.   Oh, gee, around 1997, 1998.

 9          Q.   Was this after she got divorced from her

10     first husband?

11          A.   Yes.

12          Q.   Explain to the ladies and gentlemen of the

13     jury, if you would, during the time that you lived

14     with her and after her divorce, did her behavior

15     change or her attitude change?

16          A.   Drastically.

17          Q.   How so?

18          A.   Monica's husband had cheated on her for two

19     years and Monica felt it was her purpose in life to

20     prove that any man, given the right circumstances,

21     would cheat on his wife.  And she felt it was her

22     personal obligation to prove that to herself.

23          Q.   Is this something that she actually said to

24     you?

25          A.   On several occasions.
```

83

Case 6:09-cv-03018-RED   Document 258-8   Filed 12/01/10   Page 9 of 25

1    Q.  Now, during this time that you were living

2   together, did she engage in some type of relationship

3   with a highway patrolman during that period of time?

4    A.  Yes, she did.

5    Q.  Who was that?

6    A.  Shawn Wood.

7    Q.  Did that relationship with Mr. Wood or

8   Officer Wood end poorly for Monica?

9    A.  Yes.  They're friends again now, as far as I

10  know.  But, yes, their relationship ended badly.

11   Q.  Did she make any kind of allegations against

12  Officer Wood?

13   A.  Yes, she did.

14   Q.  What type of allegations did she make

15  against Officer Wood?

16   A.  That he was stalking her.

17   Q.  Now, once Monica came to work for Mike --

18  and we'll start back when she started working for

19  Mike in his private law office -- would you have

20  occasion to be at Mr. Anderson's private practice

21  from time to time and see how Monica interacted with

22  Mr. Anderson at the private law office?

23   A.  Yes.

24   Q.  And then, of course, once they became -- or

25  once Mr. Anderson became prosecutor, you would

84

```
 1    interact with Monica and Mr. Anderson at the
 2    prosecutor's office.  Would that be a fair statement?
 3         A.  Yes.
 4         Q.  Up until this conversation you had with
 5    Monica in December of 2005, after Mike had come to
 6    her house, did she ever mention to you anything about
 7    Mike sexually harassing her?
 8         A.  Oh, she'd call him a pervert, but that was
 9    just because he would make comments -- she would --
10    she said that he would make comments that were
11    inappropriate.  Obviously, it didn't offend her too
12    badly to where she quit.  She had several
13    opportunities to quit.  She didn't have to go to the
14    prosecutor's office.  She chose to.
15         Q.  But she never told you about anything Mr.
16    Anderson specifically said or specifically did toward
17    her that she felt were beyond the bounds of a normal
18    working environment?
19         A.  No.
20         Q.  How did Mr. Anderson, from your observation,
21    treat Monica?
22         A.  Like a daughter.
23         Q.  When you say "like a daughter," what do you
24    mean?  Can you describe for the jury what you mean by
25    that?
```

85

Case 6:09-cv-03018-RED Document 258-8  Filed 12/06/10  Page 11 of 25

1    A.  He would give her money.  She would get

2   extremely huge bonuses, Christmas presents.  Dianne

3   would go out and buy her birthday presents, Christmas

4   presents.  It was like a family sort of relationship.

5   I mean, her and Dianne were extremely close and her

6   and Mike were close.

7    Q.  How was Monica's behavior toward Mr.

8   Anderson?

9    A.  At first, it was okay.  Then she would just

10   kind of demean him, as far as calling him moron or

11   telling him he was stupid or stuff like that.

12    Q.  Now, this was things that she would say to

13   Mr. Anderson?

14    A.  Yeah.

15    Q.  Would she ever say that to third parties, or

16   did you ever observe her say that to third parties?

17    A.  She said it to me a million times.  She said

18   it to several of our friends.

19    Q.  Did you ever see her say it to a member of

20   the public, other than say a legal secretary or

21   something like that?

22    A.  Yeah.  But, then again, we all gripped about

23   our bosses.  Sorry.

24    Q.  Well, you'll get a bill for his time.

25   When Mike decided he was going to run for prosecuting

86

Case 6:09-cv-03018-RED Document 258-8  Filed 12/01/10  Page 12 of 25

1    Q.  How did Monica get along with the other

2    staff members at the office once they came on board?

3    A.  At first it was okay, but there was an

4    instance where Christie got a raise and Monica didn't

5    and she would throw a little tantrum.  Mike bought

6    her a dog.

7    Q.  Now, you said she threw a little tantrum.

8    Did she ever talk to you about that incident with

9    regard to the raise?

10   A.  Yeah, she felt that she deserved a bigger

11   raise than Christie did and that Christie didn't

12   deserve a raise.  Even though the State was

13   compensating Christie's wages, Monica felt that she

14   should be making more money than anybody in the

15   office.

16   Q.  And did her attitude to Mike change after

17   that occurred?

18   A.  Yes.

19   Q.  How did it change?

20   A.  She became even more belligerent towards

21   him.  She would threaten to quit.  He would talk her

22   out of it or buy her a little trinket or whatever and

23   --

24   Q.  Now, as I understand it, you married Curtis

25   Haden in the fall of 2002; is that correct?

88

1      A.   Yes.

2      Q.   And he was a highway patrol officer?

3      A.   Yes.

4      Q.   How did Monica behave toward the highway

5 patrol officers that would come into the prosecutor's

6 office?

7      A.   Inappropriately, as far as I'm concerned.

8      Q.   Explain to the folks on the jury what you

9 mean by that.

10      A.   She would hit on them.  She would flirt with

11 them.  That kind of went back to the, "I'm going to

12 prove to myself and everybody else that every man

13 will cheat."

14      Q.   Once you got married, would you let your

15 husband go down there to the prosecutor's office?

16      A.   Would I let my husband go down there?  It

17 was part of his job to go down there.  If I felt he

18 was down there too long, I would go down there just

19 to kind of let him know, okay, time's up, buddy.  Did

20 I trust her around my husband?  Hell, no.

21      Q.   And why was that?

22      A.   Because she hit on everybody in front of me,

23 what was to make me think she wasn't hitting on my

24 husband?

25      Q.   Now, let's fast forward to December of 2005,

89

Case 6:09-cv-03018-RED  Document 258-8  Filed 12/01/10  Page 14 of 25

| | |
|---|---|
| 1 | and evidence will establish there was an incident |
| 2 | where Monica left the prosecutor's office, then came |
| 3 | back, and then left again.  Did Monica talk with you |
| 4 | at all about why the first parting of ways occurred? |
| 5 |     A.   Yeah.  She said basically that Mike told her |
| 6 | to knock her crap off as far as with the officers and |
| 7 | with a certain officer in particular or he was going |
| 8 | to fire her. |
| 9 |     Q.   And is that officer Sergeant Kinder? |
| 10 |     A.   Yes. |
| 11 |     Q.   Now, is Sergeant Kinder your husband's own |
| 12 | sergeant? |
| 13 |     A.   Yes, he is. |
| 14 |     Q.   And then did you ever discuss with Monica |
| 15 | her coming back to the prosecutor's office? |
| 16 |     A.   Yeah. |
| 17 |     Q.   What did she tell you about why she came |
| 18 | back? |
| 19 |     A.   She was building a case. |
| 20 |     Q.   Did she use those specific words? |
| 21 |     A.   I can't remember what words she specifically |
| 22 | used, but it was quite clear she was building a case |
| 23 | and getting things off her computer. |
| 24 |     Q.   You say, getting things off of her computer. |
| 25 | Do you know what she was getting off her computer? |

90

A. No, I do not.

Q. How do you know that she was doing that?

A. There were things missing off her computer, different forms and stuff like that when Christie took over. She was extremely upset because she was no longer the office manager when she came back. Christie had been promoted to the office manager. She was just an employee.

Q. Now, did you continue to speak with Monica when she came back to the prosecutor's office?

A. Yes

Q. And then the incident occurred at her home with Mr. Anderson coming to her house, and you said she talked to you about that. Is that correct?

A. Yes.

Q. And she called you the morning after it happened; is that right?

A. Yes.

Q. She played the tape for you?

A. Yes.

Q. Do you know, did she play the tape for anybody else?

A. I have no idea.

Q. Did you hear anything on that tape that you thought was sexual in any way?

91

about the file.

    Q. You never saw the file?

    A. No.

    Q. Where was it that it was supposed to have been kept

    A. Under a floorboard in the living room.

    Q. Of her home?

    A. Yes.

    Q. Did she actually take you to the spot and say, "It's under here."

    A. Yes.

    Q. Now, would Monica discuss her sex life with you?

    A. Yes.

    Q. Would she discuss it with the other girls in the office?

    A. Yes.

    Q. Did you ever see her ask either Christie or Stephanie to expose their breasts in the office?

    A. I don't believe I ever saw or heard that. They told me about it.

    Q. What did they tell you?

    A. Just that it made them uncomfortable.

    Q. Tell the jury specifically what they told you that Monica had requested of them, or what she

A.  Yes.

        Q.  And was there some supposed Quid pro quo,
this for that thing there?

        A.  She was supposed to spend the night before
her bankruptcy hearing in Springfield with him.  She
chickened out.

        Q.  Did she tell you that specifically?

        A.  Yes.

        Q.  Did you ever -- we talked about the flirting
with officers and things that would come in.  Did you
ever observe her touch any officers in inappropriate
ways in the office of the Prosecuting Attorney?

        A.  Explain what you mean by "inappropriate,"
please.

        Q.  Did you ever see Monica touch them in a way
that would be sexually suggestive?

        A.  Yes.

        Q.  How so?  Explain what you saw.

        A.  Grab their ass.  Rub their arms.  Give them
hugs.  Give them intimate hugs.

        Q.  Now, did Monica ever tell you about having
any kind of sexual relationships with anyone in the
prosecutor's office?

        A.  No.

        Q.  Did she ever discuss with you sexual

                          96

```
 1    relationships with members of law enforcement?

 2         A.  Yes.

 3         Q.  Who did she tell you that's in law

 4    enforcement in Texas County that she had had

 5    relationships with?

 6         A.  Jeffrey Kinder, McNew, Officer McNew from

 7    Licking, and Officer Seth Walker.

 8         Q.  And at the time that she was having the

 9    relationship with Sergeant Kinder, was he married?

10         A.  Yes.

11         Q.  What about Chief McNew, was he married?

12         A.  Yes.

13         Q.  Did you understand from Monica that she was

14    having relationships with both Sergeant Kinder and

15    Chief McNew at the same time?

16         A.  Not in a threesome sort of way.  What do you

17    mean at the same time?

18         Q.  No, just during the same period of time.

19    Under the same calendar period.

20         A.  Yes.

21         Q.  She told you that she was having

22    relationships with both of them during those time

23    periods?

24         A.  Yes.

25         Q.  And with regard to Seth Walker, what is it
```

Joann Renee Richardson

Case 6:09-cv-03018-RED Document 258-8 Filed 12/03/10 Page 19 of 25

1   she told you about her relationship with Mr. Walker?

2        A.   I actually called her on that one.  She had

3   a threesome with Seth Walker and with Chief McNew.

4        Q.   Did she admit to that?

5        A.   Yes.

6        Q.   And that was during the time that she was

7   working at the Prosecuting Attorney's Office;

8   correct?

9        A.   Yes.

10        Q.   Did she tell you where that occurred?

11        A.   No.

12        Q.   What's your relationship with Monica now?

13        A.   I have no relationship with Monica now.

14        Q.   Would you explain to the ladies and

15   gentlemen of the jury why it deteriorated?

16        A.   Because she kept trying to stir trouble for

17   everybody else, whether they were involved in this or

18   not.  The last straw was when she called here and

19   told me about a rumor about another officer and a

20   secretary, a clerk at Licking City Hall, and I called

21   her on it and told her she needed some psychological

22   counseling, to stay away from my family and me and

23   never speak to me again.

24        Q.   You said you told her she needed

25   psychological counseling?

98

Case 6:09-cv-03018-RED3 Document 258*8 Filed 12/01/10 Page 20 of 25

1    A.   Yes.

2    Q.   Why did you think that that was the case?

3    A.   I've been telling her for years she needed

4    help because she felt that she needed to prove to

5    herself and to everybody else that every married man

6    will cheat, and that's just wrong.  It's sick.  Her

7    divorce really messed her up.  She was a totally

8    different person after she found out her husband had

9    cheated on her.  It messed with her mind.

10   Q.   I believe in response to Mr. Steelman's

11   questions, you said that on the morning after Mike

12   had been to her house, you went out there and she was

13   acting upset and acting like she was afraid.  Did you

14   believe that she was genuinely upset or afraid of Mr.

15   Anderson?

16   A.   I believe she was pissed off.  As far as

17   that goes, I don't believe she's ever been afraid of

18   Mike.  I don't believe that she has ever been -- I

19   can't think of the exact word -- humiliated by

20   anything Mike has done, or by anything anybody has

21   done or said to her.  She's a very sexually-oriented

22   person.

23   Q.   Did you ever -- well, let me back up and

24   rephrase.  Mr. Steelman showed you the damage

25   complaint that Mr. Anderson filed marked as

99

```
1     formed over your thirty-plus-year history with her?

2          A.   Yes.

3          Q.   Prior to this lawsuit ever happening, did

4     Monica have a reputation in the community for

5     chastity or promiscuousness?

6          A.   Yes.

7          Q.   What was that reputation?

8          A.   Well, she had to move from Houston to

9     Licking because she had had affairs with married men.

10    And she basically moved to Licking to get away from

11    her reputation in Houston and pretty much left me and

12    Loret to clean up the mess.

13         Q.   Now, she obviously, you said, admitted that

14    she had had this threesome with Chief McNew and Seth

15    Walker.  Did she ever admit to having any other

16    threesomes?

17         A.   Yes.

18         Q.   What other threesomes did she tell you about

19    that she had been engaged in?

20         A.   Stephanie and Carl Creek and Millie.

21         Q.   And who else?

22         A.   Millie.

23         Q.   Was it your understanding that that had

24    occurred during the time that she was working at the

25    Prosecuting Attorney's Office?
```

101

```
 1          A.  Yes.

 2          Q.  Anyone else that she told you she had had

 3     threesomes with?

 4          A.  No.

 5               MR. HARRIS:  I believe that's all the

 6     questions I have.

 7                         _____

 8     EXAMINATION BY MR. FRANKLIN:

 9          Q.  Good afternoon, Ms. Haden.  I know it's been

10     a long go of it.  I don't have a ton of questions.  I

11     think Mr. Steelman and Mr. Harris have covered a lot

12     of the information that I had, but I do have some

13     questions.  You mentioned an occasion when your

14     assistant joined Ms. Hutchison and some staff members

15     of the prosecutor's office at a strip club called Big

16     Louie's.

17          A.  Uh-huh, yes.

18          Q.  Is that the only occasion during the time

19     that Monica was employed in the prosecutor's office

20     that she made a trip to Big Louie's that you are

21     aware of?

22          A.  No.  I think they made at least two trips to

23     Big Louie's, the same group of girls.

24          Q.  Was it your -- in your experience in your

25     relationship with Monica Hutchison, would she
```

102

```
 1        A.  I didn't participate in any of that and I
 2   can't testify as to whether anybody else did because
 3   I don't know.
 4        Q.  Okay.  Do you recall any occasions at any of
 5   these cookie parties when Monica Hutchison exposed
 6   herself to any of her guests?
 7        A.  We all exposed ourselves, I mean -- as far
 8   as flashing and stuff like that, we changed clothes
 9   in the same room.  I mean, it's just -- like I said,
10   nothing much humiliated us.  We were all females.
11        Q.  Do you remember having any conversations
12   with Monica Hutchison regarding the Hale divorce
13   trial?
14        A.  Oh, yeah.
15        Q.  How many discussions did you have with
16   Monica regarding the Hale divorce trial?
17        A.  We had several discussions.  Too many to
18   name about the Hale divorce.
19        Q.  What was the subject matter of those
20   discussions?
21        A.  Whether or not Monica was going to have to
22   testify as to whether she had a sexual relationship
23   with Misty Hale.
24        Q.  Okay.  What did she tell you about her
25   intentions should she be called as a witness?
```

110

1      A.   She would never admit to having a sexual

2   relationship with Misty Hale.

3      Q.   Why was that?

4      A.   Because she didn't want to admit to it.   She

5   didn't want it on the record that she had had a

6   sexual relationship with Misty.

7      Q.   Okay.   To your knowledge, was she called to

8   testify in the divorce?

9      A.   Yes.

10      Q.   Were you present?

11      A.   No, I was a witness.

12      Q.   You were a witness?

13      A.   I was another witness.   I was not present

14   when Monica testified.

15      Q.   Are you aware of how she testified in that

16   trial?

17      A.   No, I'm not.   The transcript is in the other

18   room, I'm sure.

19      Q.   What was the subject matter of your

20   testimony at that trial?

21      A.   You know, I really don't recall.   I remember

22   there was an instance where David Neal was trying to

23   get me to testify as to Misty's behavior when she was

24   a designated driver, and I kept telling him I was to

25   drunk too remember.   That kind of makes me sound like

111

Case 6:09-cv-03018-RED   Document 258-8   Filed 12/01/10   Page 25 of 25