IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 09-3018-CV-S-RED |
| vs. ) | |
| ) | Jury Trial Demanded |
| TEXAS COUNTY, MISSOURI; ) | |
| MICHAEL R. ANDERSON, ) | |
| TEXAS COUNTY PROSECUTING ) | |
| ATTORNEY; and ) | |
| MICHAEL R. ANDERSON, individually ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF MONICA DANIEL HUTCHISON'S AMENDED EXHIBIT LIST

COMES NOW Plaintiff Monica Daniel Hutchison, by and through counsel, and designates the following amended exhibits which she may use during the cross-examination of Defendant's witnesses during her case in chief:

| Plaintiff's Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Lt. Melissa Dunn's report, 4 pgs. |
| 2 | Haywood Jablome note, 1 pg. |
| 3 | Criminal investigative subpoena signed by Judge Ellsworth, 1 pg. |
| 4 | Def. Anderson's Jan. 8, 2005 letter to Plaintiff, 2 pgs. |
| 5 | Def. Anderson's Dec. 20, 2005 email to Plaintiff, 2 pgs. |
| 6 | Def. Anderson's May 16, 2006 letter to Emde, 3 pgs. |
| 7 | Def. Anderson's Jan. 21, 2006 letter to MO Attorney General's office, 3 pgs. |
| 8 | Certified records of the MO Attorney General's office pursuant to subpoena, 20 pgs. |
| 9 | Notice of EEOC Complaint, 1 pg. |
| 10 | Calendar of November and December 2005 & January of 2006, 3 pgs. |
| 11 | Timeline of Plaintiff's employment, 1 pg. |
| 12 | Affidavit of Terry Haden, 1 pg. |
| 13 | Affidavit of Stephanie Creek Pounds, 1 pg. |

1

| | |
|---|---|
| 14 | Affidavit of Christina Norma Rose Mosley, 2 pgs. |
| 15 | Newspaper article of date rape drug, 1 pg. |
| 16 | Certified records of the Houston Herald, 20 pgs. |
| 17 | Anderson's Complaint filed May 31, 2006, 3 pgs. |
| 18 | Dr. Pribor's report, 33 pgs. |
| 19 | Anderson's notes on his first meeting with Plaintiff, 3 pgs. |
| 20 | Records of the EEOC, 202 pgs. |
| 21 | Dr. Pribor's invoices, 5 pgs. |
| 22 | Affidavit of Officer Mike Hood, 2 pgs. |
| 23 | EEOC notes on phone interviews with Def. Anderson, 10 pgs. |
| 24 | McCabe test results and report, 50 pgs. |
| 25 | KY3 News blog dated May 24, 2006 |
| 26 | Complete file Williams v. Anderson, Case No. CV8-06-224-DR, 14 pgs. |
| 27 | Complete file Anderson v. Daniel & Williams, Case No. CV8-06-221-CC, 18 pgs. |
| 28 | Transcript 1 of Def. Anderson's cell phone calls to the home of Plaintiff, 1 pg. |
| 29 | Transcript 2 of Def. Anderson's cell phone calls to the home of Plaintiff, 1 pg. |
| 30 | Transcript 3 of Def. Anderson's cell phone calls to the home of Plaintiff, 1 pg. |
| 31 | Def. Anderson's Aug. 9, 2005 letter to the Texas Co. Commission regarding salary increase for Plaintiff, 1 pg. |
| 32 | Accident report and reconstruction report from the Sullins accident, 34 pgs. |
| 33 | Def. Anderson's answers to Plfs. 1st Interrogatories, 76 pgs. |
| 34 | Def. Anderson's answers to Plfs. 2nd Interrogatories, 15 pgs. |
| 35 | Texas Co.'s answers to Plfs. 1st Interrogatories, 6 pgs. |
| 36 | Texas Co.'s answers to Plfs. 2nd Interrogatories, 3 pgs. |
| 37 | Texas Co.'s payroll records of the Office of the Prosecuting Attorney, 1 pg. |
| 38 | Texas Co.'s answers to Plfs. Request for Admissions, 5 pgs. |
| 39 | Dr. Halfaker's report and file, 170 pgs. |
| 40 | Determination letter from EEOC dated June 28, 2007, 2 pgs. |
| 41 | Dina Vitoux's report, 3 pgs. |
| 42 | Dina Vitoux's C.V., 6 pgs. |
| 43 | Dina Vitoux's medical records of Plaintiff, 6 pgs. |
| 44 | Rule 26(a) Disclosures of Def. Anderson, 5 pgs. |

| | |
|---|---|
| 45 | Plfs. letter to EEOC dated Feb. 1, 2006 – version 1, 2 pgs. |
| 46 | Plfs. letter to EEOC dated Feb. 1, 2006 – long version, 5 pgs. |
| 47 | Picture of lewd trash thrown in Plaintiff's yard |
| 48 | Picture of Plf. and co-workers at a restaurant while working for the Texas Co. Prosecutor's office |
| 49 | CD of Def. Anderson's phone calls that was sent to Warren Harris for approval |
| 50 | CD of Def. Anderson's phone calls given to Dr. Pribor |
| 51 | The cassette tape of Def. Anderson's phone calls to Plf. |
| 52 | Def. Anderson's Phineas Gold phone call/message |
| 53 | Casenet docket sheet on Phineas Gold, 7 pgs. |
| 54 | Def. Anderson's email to Topix, 1 pg. |
| 55 | EEOC Right to Sue letter to Plaintiff dated Oct. 23, 2008, 1 pg. |
| 56 | Def. Anderson's letter to Marci Mosley dated Aug. 3, 2006, 1 pg. |
| 57 | Order signed by Judge Ellsworth taking Millie Williams off of small claims cases, 1 pg. |
| 58 | MO Revised Statutes Chapter 56 Section 56.110, 1 pg. |
| 59 | Case log from EEOC files, 4 pgs. |
| 60 | Def. Anderson's letter to Emde dated May 4, 2006, 2 pgs. |
| 61 | EEOC letter to Def. Anderson dated April 20, 2006, 1 pg. |
| 62 | Judge Ellsworth's card to Millie Williams, 2 pgs. |
| 63 | Original recordings made by Christina Mosley of her conversation with Plf. |
| 64 | Excerpt of recordings made by Christina Mosley (deposition exhibit 33 identified in the deposition of Christina Mosley) |
| 65 | Excerpt of recordings made by Christina Mosley (deposition exhibit 34 identified in the deposition of Christina Mosley) |
| 66 | Excerpt of recordings made by Christina Mosley (deposition exhibit 35 identified in the deposition of Christina Mosley) |
| 67 | Excerpt of recordings made by Christina Mosley (deposition exhibit 36 identified in the deposition of Christina Mosley) |
| 68 | Print out of the value of Def. Anderson's county retirement, 2 pgs. |
| 69 | American Psychiatric Association (2000) Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision; APA; Washington, D.C. |

| | |
|---|---|
| 70 | Briere, John (2004) Psychological Assessment of Adult Posttraumatic States: Phenomenology, Diagnosis, and Measurement, Second Edition; American Psychological Association; Washington, D.C. |
| 71 | Gold, Liza (2004) Sexual Harassment: Psychiatric Assessment in Employment Litigation; American Psychiatric Association; Washington, D.C. |
| 72 | Simon, Robert (2003) Posttraumatic Stress Disorder in Litigation: Guidelines for Forensic Assessment; American Psychiatric Association; Washington, D.C. |
| 73 | Second Supplemental Rule 26(a) Disclosures of Def. Anderson, 4 pgs. |
| 74 | Dina Vitoux's Conclusions to a Reasonable Degree of Certainty, 1 pg. |

The reason therefore Plaintiff's exhibit list is amended is that Exhibit #74 was used today in the deposition of Dina Vitoux.

Respectfully Submitted,

STEELMAN, GAUNT & HORSEFIELD

By: /s/ Stephen F. Gaunt
MO Bar #33183
David L. Steelman, MO Bar #27334
901 Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

   I, Stephen F. Gaunt, hereby certify that on the 3rd day of December, 2010 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO  65804
Counsel for Defendant Michael Anderson

                 /s/   Stephen F. Gaunt
                   Stephen F. Gaunt