## IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **MONICA DANIEL HUTCHISON,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No.: 09-3018-CV-S-RED ) ) **Jury Trial Demanded** |
| **TEXAS COUNTY, MISSOURI;** | ) |
| **MICHAEL R. ANDERSON,** | ) |
| **TEXAS COUNTY PROSECUTING** | ) |
| **ATTORNEY; and** | ) |
| **MICHAEL R. ANDERSON, individually** | ) ) |
| **Defendants.** | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR HEARING ON VIOLATION OF PROTECTIVE ORDER

COMES NOW Plaintiff, and in response to Defendant's Motion for Hearing on Violation of Protective Order, states and informs the Court as follows:

Plaintiff and her attorneys know that the disclosure was not made by them or anyone on their behalf, and could not have been.

However, while Plaintiff is not opposed to a hearing, Plaintiff objects to any hearing which takes away from the trial time. Thus, Plaintiff suggests that any hearing to be held on this matter take place after the trial, during jury deliberations, or during one of the evenings of trial after the jury has been sent home.

1

Respectfully Submitted,

STEELMAN, GAUNT & HORSEFIELD

By: /s/ Stephen F. Gaunt
MO Bar #33183
David L. Steelman, MO Bar #27334
901 Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Stephen F. Gaunt, hereby certify that on the 8th day of December, 2010 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO 65804
Counsel for Defendant Michael Anderson

/s/ Stephen F. Gaunt
Stephen F. Gaunt