IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONICA DANIEL HUTCHISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-3018-CV-S-RED |
| | ) | |
| TEXAS COUNTY, MISSOURI, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court held a telephone conference on December 9, 2010. Pursuant to the Court's rulings during the teleconference, Defendant's Motion to Seal (Doc. 270) is **SUSTAINED**. Documents 254, 268 and 270 shall be placed under seal.

The Court will hold a telephone conference to discuss Defendant Anderson's Motion for Continuance and/or Stay for Purposes of Appeal (Doc. 276), on **Friday, December 10, at 9:00 a.m.** Counsel for Defendant shall initiate the call. Once all parties are on the line, the Court may be reached at 417-865-3741.

**IT IS SO ORDERED**.

DATED: December 9, 2010   */s/ Richard E. Dorr*
                         RICHARD E. DORR, JUDGE
                         UNITED STATES DISTRICT COURT