# Missouri Western District-SPRINGFIELD

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption:**                                                                   **Case No.:**

Monica Daniel Hutchinson v. Texas County, MO, et . al.      6:09cv3018-RED

**Appellant:**

Michael Anderson

**Attorney(s):**

> Warren E. Harris
> Taylor, Stafford, Clithero, FitzGerald & Harris, LLP
> 3315 East Ridgeview
> Suite 1000
> Springfield, MO 65804
> (417) 887-2020
> Fax: (417) 887-8431
> Email: wharris@taylorstafford.com
>
> Lance Roskens
> Taylor, Stafford, Clithero, FitzGerald & Harris, LLP
> 3315 East Ridgeview
> Suite 1000
> Springfield, MO 65804
> (417) 887-2020
> Fax: (417) 887-8431
> Email: lroskens@taylorstafford.com

**Appellee:**

Monica Hutchison

**Attorney(s):**

> David L. Steelman
> Steelman & Gaunt
> P.O. Box 1257
> Rolla, MO 65402
> 573/341-8336
> Fax: (573) 341-8548
> Email: dsteelman@steelmanandgaunt.com
> LEAD ATTORNEY
> ATTORNEY TO BE NOTICED
>
> Stephen F. Gaunt
> Steelman, Gaunt & Horsefield
> 901 Pine St., P. O. Box 1257
> Ste. 110
> Rolla, MO 65402
> (573) 341-8336
> Fax: (573) 341-8548
> Email: sgaunt@fidmail.com

Court Reporter(s):

> Jeannine Rankin
>
> 417-225-7713
>
> 222 N John Q Hammons Pkwy
>
> Springfield MO 65806

| Please return files and documents to: | | Person to contact about the appeal: | |
|---|---|---|---|
| Springfield MO | | Shannon Y. Brogan | |

| Length of Trial: | Fee: | IFP | Pending IFP Mot. |
|---|---|---|---|
| n/a | yes | no | no |

| Counsel: | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | NO | NO | NO |