IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**MONICA HUTCHISON**                    Date:  December 10, 2010

**vs.**                                 Case No. 09-3018-CV-S-RED

**MICHAEL R. ANDERSON**

**Honorable Richard E. Dorr, presiding at Springfield, Missouri**

**Nature of Hearing: Telephone Conference**

**Time Commenced: 9:00 a.m.**           **Time Terminated: 9:15 a.m.**

**APPEARANCES**

**Plaintiff's counsel: David Steelman**
**Defendant's counsel: Warren Harris**

Telephone conference held on Defendant's Motion for Continuance and/or Stay for Purposes of Appeal (Doc. 276).  The motion is granted.

**COURT REPORTER: Jeannine Rankin**
**COURTROOM DEPUTY: Karen Siegert**
**LAW CLERK: Barry Lindsey**