# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-3775
_____

Monica Hutchinson

Plaintiff - Appellee

v.

Texas County, Missouri

Defendant

Michael R. Anderson, Individually and as Texas County Prosecuting Attorney

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:09-cv-03018-RED)
_____

**JUDGMENT**

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

January 14, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans