**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **MONICA DANIEL HUTCHISON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 09-3018-CV-S-RED |
| | ) |
| **TEXAS COUNTY, MISSOURI,** *et al*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Court previously stayed the trial of this case pending an appeal to the Eighth Circuit concerning issues over immunity. The Eighth Circuit has since dismissed the appeal and issued the formal mandate. The stay is hereby lifted. As a pre-trial conference was previously held and this case was ready to proceed to trial, the Court hereby sets this case for trial beginning **March 28, 2011.** The trial will begin at **9:00 a.m.**, and will take place at the United States Courthouse in Courtroom #1, 3rd floor, in Springfield, Missouri.

If the parties desire to submit a supplemented version of jury instructions, supplemented jury instructions should be filed, and a copy submitted to the law clerk Barry Lindsey at barrett_lindsey@mow.uscourts.gov, on or before Friday, March 18, 2011. Otherwise the Court will utilize the jury instructions previously submitted by the parties.

**IT IS SO ORDERED**.

DATED: February 8, 2011

                                              */s/ Richard E. Dorr*
                                              RICHARD E. DORR, JUDGE
                                              UNITED STATES DISTRICT COURT