IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 09-3018-CV-S-RED |
| TEXAS COUNTY, MISSOURI, MICHAEL R. ANDERSON, TEXAS COUNTY PROSECUTING ATTORNEY, and MICHAEL R. ANDERSON, individually, | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**

COMES NOW Defendant Michael R. Anderson, by and through counsel, and requests that the court grant him leave to file an amended answer.

Anderson's Suggestions in Support of his Motion for Leave to File an Amended Answer are filed simultaneously herewith and incorporated herein.

WHEREFORE, Defendant Michael Anderson requests that the court grant his Motion for Leave to File an Amended Answer and such other relief as the court deems just in the premises.

**TAYLOR, STAFFORD, CLITHERO,
FITZGERALD & HARRIS, LLP**

By   /s/Warren E. Harris
      Warren E. Harris
      Missouri Bar No. 40372
      wharris@taylorstafford.com

By   /s/Lance A. Roskens
      Lance A. Roskens
      Missouri Bar No. 59408
      lroskens@taylorstafford.com
      3315 E. Ridgeview, Suite 1000
      Springfield, MO 65804
      Tel: 417-887-2020
      Fax: 417-887-8431
      **COUNSEL FOR DEFENDANT
      ANDERSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of February, 2011, the foregoing *Motion for Leave to File an Amended Answer* was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and counsel for Defendant Texas County, Corey L. Franklin.

                                      /s/ Lance A. Roskens
                                      Lance A. Roskens

-2-

Case 6:09-cv-03018-RED   Document 287   Filed 02/21/11   Page 2 of 2