IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **MONICA DANIEL HUTCHISON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No.: 09-3018-CV-S-RED |
| | ) **Jury Trial Demanded** |
| **TEXAS COUNTY, MISSOURI;** | ) |
| **MICHAEL R. ANDERSON,** | ) |
| **TEXAS COUNTY PROSECUTING** | ) |
| **ATTORNEY; and** | ) |
| **MICHAEL R. ANDERSON, individually** | ) |
| **Defendants.** | ) |

**MOTION TO AMEND JOINT STIPULATION OF UNCONTROVERTED FACTS**

COMES NOW Plaintiff, Monica Daniel Hutchison, by and through counsel, and requests that this Court grant leave to file an Amended Joint Stipulation of Uncontroverted Facts because the Joint Stipulation of Uncontroverted Facts previously filed with this Court on November 29, 2010 (document #249) contains language which is being misinterpreted by Defendant, and as interpreted by Defendant does not accurately reflect the parties' joint stipulation of uncontroverted facts.

In light of the Defendant's misinterpretation of the language, an amendment is necessary to clarify the language and to accurately reflect what the parties actually agreed to as uncontroverted facts as explained in the suggestions accompanying this motion.

1

Respectfully Submitted,

STEELMAN, GAUNT & HORSEFIELD

By: /s/ Stephen F. Gaunt
MO Bar #33183
David L. Steelman, MO Bar #27334
901 Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Stephen F. Gaunt, hereby certify that on the 25th day of February, 2011 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO 65804
Counsel for Defendant Michael Anderson

/s/ Stephen F. Gaunt
Stephen F. Gaunt