**IN THE UNITED STATE DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MONICA DANIEL HUTCHISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 09-3018-CV-S-RED |
| vs. ) | |
| ) | **Jury Trial Demanded** |
| **TEXAS COUNTY, MISSOURI;** ) | |
| **MICHAEL R. ANDERSON,** ) | |
| **TEXAS COUNTY PROSECUTING** ) | |
| **ATTORNEY; and** ) | |
| **MICHAEL R. ANDERSON, individually** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR LEAVE TO ADD ADDITIONAL EXHIBIT**
**TO PLAINTIFF'S AMENDED EXHIBIT LIST**

COMES NOW Plaintiff, Monica Daniel Hutchison, by and through counsel, and requests that this Court grant her leave to add an exhibit to her Amended Exhibit List.

Plaintiff's Suggestions in Support of her Motion for Leave to Add Additional Exhibit to Amended Exhibit List are filed simultaneously herewith and incorporated herein.

WHEREFORE, Plaintiff Monica Daniel Hutchison request this Court grant her Motion for Leave to Add Additional Exhibit to Plaintiff's Amended Exhibit List and for such other and further relief as the Court deems just in the premises.

1

Respectfully Submitted,

STEELMAN, GAUNT & HORSEFIELD

By: /s/ Stephen F. Gaunt
MO Bar #33183
David L. Steelman   MO Bar #27334
901 Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO  65402
Telephone:  573-341-8336
Fax:  573-341-8548
sgaunt@steelmanandgaunt.com
dsteelman@steelmanandgaunt.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Stephen F. Gaunt, hereby certify that on the 8th day of March, 2011 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO  65804
Counsel for Defendant Michael Anderson

/s/ Stephen F. Gaunt
Stephen F. Gaunt