IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONICA DANIEL HUTCHISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-3018-CV-S-RED |
| | ) | |
| TEXAS COUNTY, MISSOURI, | ) | |
| MICHAEL R. ANDERSON, | ) | |
| TEXAS COUNTY PROSECUTING | ) | |
| ATTORNEY, and | ) | |
| MICHAEL R. ANDERSON, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MICHAEL ANDERSON'S MOTION FOR LEAVE TO ADD ADDITIONAL EXHIBITS TO DEFENDANT'S EXHIBIT LIST**

COMES NOW Defendant Michael R. Anderson (hereinafter Anderson), by and through counsel, and moves the court to grant Defendant Anderson leave to add the following exhibits to his Exhibit List:

300 W2 and 1099 forms of Monica Daniel Hutchison for the year 2010

301 May 30, 2006 letter from Michael Anderson to Judge Bradford Ellsworth

302 Flask used by Michael Anderson on December 17, 2005

Defendant has filed Suggestions in Support of this motion, which are incorporated herein by reference.

WHEREFORE, Defendant Michael Anderson respectfully requests the court to enter an order granting him leave to amend his Exhibit List to include Exhibits 300, 301 and 302; and for such other relief as the court deems just under the circumstances.

**TAYLOR, STAFFORD, CLITHERO, FITZGERALD & HARRIS, LLP**

By /s/ Warren E. Harris
Warren E. Harris
Missouri Bar No. 40372
wharris@taylorstafford.com
3315 E. Ridgeview, Suite 1000
Springfield, MO 65804
Tel: 417-887-2020
Fax: 417-887-8431
**COUNSEL FOR DEFENDANT ANDERSON**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of March, 2011, the foregoing *Defendant Michael Anderson's Motion for Leave to Add Additional Exhibits to Defendant's Exhibit List* was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and Corey L. Franklin.

/s/ Warren E. Harris
Warren E. Harris