IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONICA DANIEL HUTCHISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-3018-CV-S-RED |
| | ) | |
| TEXAS COUNTY, MISSOURI, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court has received an oral request from counsel for Defendant Michael R. Anderson to place Plaintiff's Motion for Reconsideration of Court's Ruling on Plaintiff's First Motion in Limine (Doc. 301) and the Suggestions in Support of Plaintiff's First Motion in Limine (Doc. 302) under seal. In light of the fact counsel's request is consistent with the parties' prior requests to place similar depositions and filings under seal, the Court **ORDERS** the Motion and Suggestions in Support be placed under seal. Plaintiff may inform the Court of any objection it has to the Court's action if Plaintiff believes her Motion and Suggestions in Support should not be placed under seal.

**IT IS SO ORDERED**.

DATED: March 11, 2011         */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT