IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 09-3018-CV-S-RED |
| TEXAS COUNTY, MISSOURI, MICHAEL R. ANDERSON, TEXAS COUNTY PROSECUTING ATTORNEY, and MICHAEL R. ANDERSON, individually, | ) |
| Defendants. | ) |

**DEFENDANT MICHAEL ANDERSON'S MOTION TO AMEND LIST OF WITNESSES**

COMES NOW Defendant Michael R. Anderson (hereinafter Anderson), by and through counsel, and for his motion to amend his witness list states as follows:

Defendant Anderson filed his initial proposed witness list on November 24, 2010 (Doc. No. 241). Inadvertently left off that witness list was Sid Pearson, the Crawford County Prosecuting Attorney. The potential witness, Sid Pearson, was disclosed on Defendant Anderson's Second Supplemental Rule 26(a) Disclosures (Doc. No. 133).

WHEREFORE, Defendant Michael R. Anderson prays that the court grant him leave to amend his witness list in order to include Sid Pearson and for such other and further relief as the court deems just in the premises.

-1-

**TAYLOR, STAFFORD, CLITHERO, FITZGERALD & HARRIS, LLP**

By  /s/ Warren E. Harris
    Warren E. Harris
    Missouri Bar No. 40372
    wharris@taylorstafford.com

By  /s/Lance A. Roskens
    Lance A. Roskens
    Missouri Bar No. 59408
    lroskens@taylorstafford.com
    3315 E. Ridgeview, Suite 1000
    Springfield, MO 65804
    Tel: 417-887-2020
    Fax: 417-887-8431
    **COUNSEL FOR DEFENDANT ANDERSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of March, 2011, the foregoing *Defendant Michael Anderson's Motion to Amend List of Witnesses* was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and Corey L. Franklin.

    /s/ Lance A. Roskens
    Lance A. Roskens

-2-

Case 6:09-cv-03018-RED   Document 307   Filed 03/15/11   Page 2 of 2