**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MONICA DANIEL HUTCHISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 09-3018-CV-S-RED |
| | ) | |
| **TEXAS COUNTY, MISSOURI,** *et al*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Court has been advised by Mark Pounds, Stephanie Creek Pounds' ("Stephanie") husband, about health concerns affecting Stephanie's ability to testify at trial. The parties are to discuss this issue, talk with Mr. & Mrs. Pounds and see if they can agree on a way to present Mrs. Pounds' testimony at trial and are to advise the Court by March 22, 2011, whether this issue has been resolved.

**IT IS SO ORDERED**.

DATED: March 17, 2011      */s/ Richard E. Dorr*
                          RICHARD E. DORR, JUDGE
                          UNITED STATES DISTRICT COURT