**IN THE UNITED STATE DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MONICA DANIEL HUTCHISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 09-3018-CV-S-RED** |
| **vs.** | ) | |
| | ) | **Jury Trial Demanded** |
| **TEXAS COUNTY, MISSOURI;** | ) | |
| **MICHAEL R. ANDERSON,** | ) | |
| **TEXAS COUNTY PROSECUTING** | ) | |
| **ATTORNEY; and** | ) | |
| **MICHAEL R. ANDERSON, individually** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S SUGGESTIONS IN SUPPORT OF**
**MOTION FOR LEAVE TO FILE TWO ADDITIONAL EXHIBITS**

COMES NOW Plaintiff, by and through counsel, and in her Suggestions in Support of her

Motion for Leave to File Two Additional Exhibits states as follows:

These exhibits were supplied to the Plaintiff by Defense counsel by letter of March 14, 2011.

The parties have agreed that these exhibits are part of larger exhibits, Defendant's Exhibit 248 and

Exhibit 249. However, because of the size of those exhibits the Defense counsel has been unable to

transmit them, and hard copies have not been received.

Therefore, these exhibits are being filed as Plaintiff's exhibits in abundance of caution to

make sure they are available for the trial of this matter.

1

Respectfully Submitted,

STEELMAN, GAUNT & HORSEFIELD


By:    /s/   David L. Steelman
       MO Bar #27334
       Stephen F. Gaunt  MO Bar #33183
       901 Pine Street, Ste. 110
       P.O. Box 1257
       Rolla, MO  65402
       Telephone:  573-341-8336
       Fax:  573-341-8548
       sgaunt@steelmanandgaunt.com
       dsteelman@steelmanandgaunt.com

       ATTORNEYS FOR PLAINTIFF



## CERTIFICATE OF SERVICE

I, David L. Steelman, hereby certify that on the 21st day of March, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO  65804
Counsel for Defendant Michael Anderson


                              /s/   David L. Steelman
                                 David L. Steelman


2