# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 09-3018-CV-S-RED |
| vs. ) | |
| ) | **Jury Trial Demanded** |
| TEXAS COUNTY, MISSOURI; ) | |
| MICHAEL R. ANDERSON, ) | |
| TEXAS COUNTY PROSECUTING ) | |
| ATTORNEY; and ) | |
| MICHAEL R. ANDERSON, individually ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT ANDERSON'S MOTION FOR LEAVE TO ADD ADDITIONAL EXHIBITS TO DEFENDANT'S EXHIBIT LIST**

COMES NOW Plaintiff, Monica Daniel Hutchison, by and through counsel, and in Response to Defendant's Motion for Leave to Add Additional Exhibits to Defendant's Exhibit List states and informs the Court as follows:

Counsel for Plaintiff has discussed this motion with for counsel for Defendant, and counsel for Plaintiff has indicated no objection to the exhibits with the provision that counsel for Plaintiff may view the proposed Exhibit 302, a flask used by Michael Anderson on December 17, 2005, the morning of trial before opening, that it has no writing on it other than what has been represented by counsel for Defendant, and provided Defendant will identify it as the flask he had on him the night of 17th and the early morning of the 18th.

Respectfully Submitted,

STEELMAN, GAUNT & HORSEFIELD

By: /s/ Stephen F. Gaunt
MO Bar #33183
David L. Steelman, MO Bar #27334
901 Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
dsteelman@steelmanandgaunt.com
sgaunt@steelmanandgaunt.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Stephen F. Gaunt, hereby certify that on the 21st day of March, 2011 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO 65804
Counsel for Defendant Michael Anderson

/s/ Stephen F. Gaunt
Stephen F. Gaunt