IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-3018-CV-S-RED |
| ) | |
| TEXAS COUNTY, MISSOURI, ) | |
| MICHAEL R. ANDERSON, ) | |
| TEXAS COUNTY PROSECUTING ) | |
| ATTORNEY, and ) | |
| MICHAEL R. ANDERSON, individually, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT MICHAEL R. ANDERSON'S MOTION FOR RECONSIDERATION OF ANDERSON'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER

COMES NOW Defendant Michael R. Anderson, by and through counsel, and for his Motion for Reconsideration states as follows:

On February 21, 2011, Anderson filed his Motion for Leave to File an Amended Answer. On March 21, 2011, the court entered its order denying Anderson leave to file an amended answer.

Anderson believes that just cause exists for the court to reconsider its ruling as good cause does exist for the allowance of the amendment.

Anderson's Suggestions in Support of his Motion for Leave to Amend are filed contemporaneously herewith and incorporated herein.

WHEREFORE, Defendant Michael R. Anderson respectfully requests that the court reconsider its order denying Anderson's Motion for Leave to File an Amended Answer and for such other and further relief as the court deems just in the premises.

**TAYLOR, STAFFORD, CLITHERO,
FITZGERALD & HARRIS, LLP**

By   /s/Warren E. Harris
       Warren E. Harris
       Missouri Bar No. 40372
       wharris@taylorstafford.com

By   /s/Lance A. Roskens
       Lance A. Roskens
       Missouri Bar No. 59408
       lroskens@taylorstafford.com
       3315 E. Ridgeview, Suite 1000
       Springfield, MO 65804
       Tel: 417-887-2020
       Fax: 417-887-8431
       **COUNSEL FOR DEFENDANT
       ANDERSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of March, 2011, the foregoing *Defendant Michael R. Anderson's Motion for Reconsideration of Anderson's Motion for Leave to File an Amended Answer* was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and counsel for Defendant Texas County, Corey L. Franklin.

                                         /s/ Lance A. Roskens
                                         Lance A. Roskens