IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 09-3018-CV-S-RED |
| ) | |
| TEXAS COUNTY, MISSOURI, ) | |
| MICHAEL R. ANDERSON, ) | |
| TEXAS COUNTY PROSECUTING ) | |
| ATTORNEY, and ) | |
| MICHAEL R. ANDERSON, individually, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION

NOTICE IS HEREBY GIVEN that the attorneys for Defendant Anderson, will take the deposition of The Honorable Mary W. Sheffield to be used in the above-entitled cause, as hereinafter set forth:

### PLACE

Said deposition will be taken at the Phelps County Courthouse, 211 Courthouse, 200 N. Main St., Rolla, Missouri 65401.

### TIME

The deposition will begin at 1:00 p.m., Tuesday, August 9, 2011, and continue until 5:00 p.m. on that day, and commencing at 9:00 a.m. and continuing until 5:00 p.m. on each day thereafter until completed.

### PARTY TO BE DEPOSED

THE HONORABLE MARY W. SHEFFIELD

-1-

## PURPOSE OF DEPOSITION

All matters which are relevant to the discovery and/or subject of the above-entitled cause of action.

## COURT REPORTER

The deposition will be reported by Alpha Reporting Service, 3230-G S. National, Springfield, MO 65807.

## VIDEOGRAPHER

The deposition will be videotaped by Repeat Performance, 3524 E. Sunshine, Springfield, MO 65809.

**TAYLOR, STAFFORD, CLITHERO, FITZGERALD & HARRIS, LLP**

By /s/Warren E. Harris
_____
Warren E. Harris
Missouri Bar No. 40372
wharris@taylorstafford.com
3315 E. Ridgeview, Suite 1000
Springfield, MO 65804
Tel: 417-887-2020
Fax: 417-887-8431
**COUNSEL FOR DEFENDANT ANDERSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of March, 2011 the foregoing *Notice of Deposition* was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and counsel for Defendant Texas County, Corey L. Franklin.

/s/ Warren E. Harris
Warren E. Harris