IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONICA DANIEL HUTCHISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-3018-CV-S-RED |
| | ) | |
| TEXAS COUNTY, MISSOURI, | ) | |
| MICHAEL R. ANDERSON, | ) | |
| TEXAS COUNTY PROSECUTING | ) | |
| ATTORNEY, and | ) | |
| MICHAEL R. ANDERSON, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ANDERSON'S AMENDED EXHIBIT LIST

COMES NOW Defendant Michael Anderson, by and through counsel, and designates the following exhibits which he may use during the cross-examination of Plaintiff's witnesses or during his case in chief:

| DEFENDANT'S EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
|---|---|
| 200 | Plaintiff's Complaint filed January 21, 2009, excluding exhibits, 20 pages |
| 201 | Plaintiff's Second Amended Complaint, excluding exhibits, Defendant's deposition Exhibit 3, 25 pages |
| 202 | Monica Daniel Hutchison's application for employment, Defendant's deposition Exhibit 6, 2 pages |
| 203 | Texas County Personnel Administration Handbook, Defendant's deposition Exhibit 7, 22 pages |

-1-

| | |
|---|---|
| 204 | January 8, 2005 letter to Hutchison from Anderson, Defendant's deposition Exhibit 9, 2 pages |
| 205 | Certified copy of letter from Cynthia MacPherson to Douglas Kinde dated July 7, 2006, including facsimile transmission, 6 pages |
| 206 | Plaintiff's Answers to Texas County, Missouri's First Interrogatories Directed to Plaintiff, Defendant's Exhibit 4, 11 pages |
| 207 | Plaintiff's Answers to Defendant Anderson's First Interrogatories to Plaintiff, 12 pages |
| 208 | Plaintiff's Initial Rule 26(a) Disclosures, 7 pages |
| 209 | Plaintiff's Responses to Defendant Anderson's Request for Production of Documents, exclusive of attachments, 4 pages |
| 210 | Plaintiff's 2002 Federal and State Income Tax Returns, 8 pages |
| 211 | Plaintiff's 2003 Federal and State Income Tax Returns, 9 pages |
| 212 | Plaintiff's 2004 Federal and State Income Tax Returns, 10 pages |
| 213 | Plaintiff's 2005 Federal and State Income Tax Returns, 16 pages |
| 214 | Plaintiff's 2006 Federal and State Income Tax Returns, 16 pages |
| 215 | Plaintiff's 2007 Federal and State Income Tax Returns, 6 pages |
| 216 | Plaintiff's 2008 Federal and State Income Tax Returns, 22 pages |
| 217 | Plaintiff's 2009 Federal and State Income Tax Returns |

| | |
|---|---|
| 218 | Letter from Anderson to Commissioners dated August 9, 2005, Defendant's deposition Exhibit 10 |
| 219 | Email from Anderson to Hutchison dated December 20, 2005, Defendant's deposition Exhibit 12, Plaintiff's deposition Exhibit 7, 2 pages |
| 220 | Resignation letter of Hutchison dated December 23, 2005, Defendant's deposition Exhibit 13, 1 page |
| 221 | Letter of Anderson to County Commission dated December 27, 2005, 1 page |
| 222 | Hutchison letter to the EEOC dated February 1, 2006, Defendant's deposition Exhibit 14[1]* |
| 223 | Original letter of Hutchison to EEOC dated February 1, 2006, Defendant's deposition Exhibit 15* |
| 224 | Color photograph of Monica Daniel Hutchison, Michael Anderson and Christy Wheeler at college graduation |
| 225 | US Department of Justice Civil Rights Division Notice of Right to Sue letter dated October 23, 2008, 1 page* |
| 226 | Anderson letter to Harold Emde dated May 16, 2006* |
| 227 | Press release from Anderson dated June 6, 2006 |
| 228 | Thank you card with flower written by Anderson, 2 pages |

---

[1]*To be offered only if the court overrules defendant's objections regarding admissibility of evidence in the EEOC investigation.

| | |
|---|---|
| 229 | With Special Thanks card and envelope from Carolyn Daniel and Monica Daniel Hutchison to Michael and Diane Anderson, 3 pages |
| 230 | Certified copy of court file for Anderson lawsuit against Hutchison and Williams, 21 pages |
| 231 | Filing fee check for Anderson lawsuit, 1 page |
| 232 | Certified records from Webster University regarding Monica Daniel Hutchison's transcript, 11 pages |
| 233 | Webster University 2005 - 2007 graduate studies catalog, excerpt, 7 pages |
| 234 | Certified employment records of Monica Daniel Hutchison from ALIVE, 4 pages |
| 235 | Certified employment records of Monica Daniel Hutchison from Great Circle, 64 pages |
| 236 | Certified employment records of Monica Daniel Hutchison from Missouri Department of Social Services, 51 pages |
| 237 | Certified employment records of Monica Daniel Hutchison from Pathways, 153 pages |
| 238 | Certified medical records of Monica Daniel Hutchison from Dr. David's Family Clinic, 17 pages |
| 239 | Certified medical records of Monica Daniel Hutchison from Dr. Anthony Tay, 10 pages |
| 240 | Certified prescription records of Monica Daniel Hutchison from Walgreens, 5 pages |
| 241 | Certified prescription records of Monica Daniel Hutchison from Wal-Mart, 7 pages |
| 242 | A copy of the Texas County court file regarding adult abuse petition filed by Mildred Williams against Michael Anderson, 12 pages |

| | |
|---|---|
| 243 | Letter from Anderson to Ted Bruce, Attorney General's office dated January 21, 2006, 2 pages |
| 244 | Attorney General forensic analysis report, 6 pages |
| 245 | Letter from Anderson to Craig Chavalle, Missouri Attorney General's office including fax cover page, 2 pages |
| 246 | Letter to Justin Glick, Missouri Attorney General's office dated January 12, 2006, 1 page |
| 247 | A copy of the Prosecuting Attorney's file regarding Danny McNew accident |
| 248 | Prosecuting Attorney's file regarding tickets issued to Justin James[2]** |
| 249 | Prosecuting Attorney's file regarding tickets issued to Devon James** |
| 250 | Texas County Commission Agenda dated December 8, 2005, 2 pages |
| 251 | Texas County Commission Agenda dated December 13, 2005, 2 pages |
| 252 | Texas County Commission Agenda dated December 27, 2005, 2 pages |
| 253 | Pay records for Monica Daniel Hutchison from Texas County, 7 pages |
| 254 | Employee list from Texas County for 2008 budget redacted showing Christy Wheeler's wage rate history |

---

[2]**To be offered in the even the court overrules objections to portions of James testimony.

| | |
|---|---|
| 255 | Internet posting from news-leader.com dated July 19, 2006 regarding dismissal of lawsuit against Hutchison |
| 256 | Email from Monica Daniel Hutchison to Diane Anderson and others dated November 11, 2005 containing joke, 2 pages |
| 257 | Anderson notes for meeting with Monica Daniel Hutchison, Defendant's deposition Exhibit 23, 3 pages |
| 258 | Monica Daniel Hutchison's sketch of private law office, Defendant's Exhibit 14A |
| 259 | Copy of Section 56.085 RSMo |
| 260 | Copy of Missouri Rule of Professional Conduct 4-3.1 complete with comments, 1 page |
| 261 | Licking Police Department patrol log dated December 17, 2005 |
| 262 | Investigative subpoena dated December 23, 2005 |
| 263 | Bankruptcy schedules of Monica Daniel Hutchison, 36 pages |
| 264 | Copy of the deposition designations Stephanie Pounds |
| 265 | Copy of the deposition designations Dr. Dale Halfaker, MD |
| 266 | Copy of the deposition designations Mildred Williams |
| 267 | Copy of the deposition designations Monica Daniel Hutchison |

| | |
|---|---|
| 268 | Copy of the deposition counter-designations Harold Emde[3]*** |
| 269 | Copy of the deposition counter-designations Seth Walker |
| 270 | Copy of the deposition counter-designations Dr. David Myers, DO |
| 271 | Copy of the deposition counter-designations Brad Eidson |
| 272 | Copy of the deposition counter-designations Brad Ellsworth |
| 273 | Copy of the deposition counter-designations Debbie James |
| 274 | Copy of the deposition counter-designations Terry Haden |
| 275 | Copy of the deposition counter-designations Danny McNew |
| 276 | Copy of the deposition counter-designations Jeff Kinder |
| 277 | Copy of the deposition counter-designations Jessica Sparks |
| 278 | Letter from Texas County Commission to Mildred Williams dated February 3, 2009 |
| 279 | *Post Traumatic Stress Disorder and Litigation Guidelines for Forensic Assessment*, 2nd Edition by Robert I. Simon, MD, 258 pages and excerpts therefrom |
| 280 | *Diagnostic and Statistical Manual of Mental Disorders*, 4th Edition, Text Revision and excerpts therefrom, 943 pages |

---

[3]***To be offered only if the court overrules defendant's objections regarding admissibility of evidence in the EEOC investigation.

| | |
|---|---|
| 281 | Records of Dina Vitoux through November 17, 2009, 5 pages |
| 282 | Repot of Dina Vitoux, Defendant's deposition Exhibit 19, 18 pages[4]**** |
| 283 | Plaintiff's Deposition Exhibit 50 Terry Haden's drawing of the prosecutor's office |
| 284 | List of treatises reviewed by Dr. Dale Halfaker[5]***** |
| 285 | Dr. Dale Halfaker's file***** |
| 286 | Report of Dr. Dale Halfaker, 66 pages***** |
| 287 | CV of Dr. Elizabeth Pribor, 8 pages |
| 288 | Report of Dr. Elizabeth Pribor, 33 pages |
| 289 | Washington University report of psychological testing prepared by Marcia McCabe, Ph.D., 3 pages |
| 290 | MMPI-II answer sheet, 2 pages |
| 291 | MCMI-III answers, 4 pages |
| 292 | MMPI-II questions, 17 pages |
| 293 | MMCI-III interpretive report, 8 pages |
| 294 | MMPI-II extended score report, 15 pages |
| 295 | Tape recording of Dr. Pribor's interview of Monica Daniel Hutchison |
| 296 | Notes of Dr. Elizabeth Pribor, 211 pages |

---

[4]****This exhibit is being offered only if the court overrules Defendant's objections to Ms. Vitoux's testimony

[5]*****Being offered only in the event the court overrules Defendant's motion to exclude or limit the testimony of Dr. Halfaker.

Case 6:09-cv-03018-RED   Document 339   Filed 03/25/11   Page 8 of 9

| | |
|---|---|
| 297 | Petition in quo warranto against Jessica Sparks |
| 298 | Preliminary Order in quo warranto against Jessica Sparks |
| 299 | Cell phone records of Michael Anderson, 1 page |
| 300 | W2 and 1099 forms of Monica Daniel Hutchison for the year 2010 |
| 301 | May 30, 2006 letter from Michael Anderson to Judge Bradford Ellsworth |
| 302 | Flask used by Michael Anderson on December 17, 2005 |

**TAYLOR, STAFFORD, CLITHERO, FITZGERALD & HARRIS, LLP**

By /s/Warren E. Harris
_____
Warren E. Harris
Missouri Bar No. 40372
wharris@taylorstafford.com
3315 E. Ridgeview, Suite 1000
Springfield, MO 65804
Tel: 417-887-2020
Fax: 417-887-8431
**COUNSEL FOR DEFENDANT ANDERSON**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of March 2011 the foregoing *Defendant Anderson's Amended Exhibit List* was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and Corey L. Franklin.

/s/ Warren E. Harris
Warren E. Harris