IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**MONICA HUTCHISON**  Date: March 30, 2011

v.  Case No. 09-3018-CV-S-RED

**MICHAEL R. ANDERSON**

**Honorable Richard E. Dorr, presiding at Springfield, Missouri**

**Nature of Hearing: Telephone Conference**

**Time Commenced: 8:45 A.M. (8:30)   Time Terminated: 2:00 P.M.**

APPEARANCES

**Plaintiff's counsel: David L. Steelman**
**Defendant's counsel: Warren E. Harris and Lance Roskens**

8:41 - 9:00 a.m.  Informal conference held with court and counsel in conference room.
10:45 - 11:00 a.m.  Informal conference held with court and counsel in conference room.

1:15 - 1:30 p.m.  Informal conference held with court and counsel in conference room.

1:45 - 1:55 p.m.  Parties represented by above counsel.  Record is made on the confidential settlement agreement which is placed under seal.  Counsel shall file a stipulation of dismissal within 30 days.  If the stipulation of dismissal is not filed within 30 days, counsel shall notify the Court and the Court will set a telephonic status conference.

The Court will excuse the jury panel and jury trial is vacated.

**COURT REPORTER:** Jeannine Rankin
**COURTROOM DEPUTY:** Karen Siegert
**LAW CLERK:**  Barry Lindsey