# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **MONICA DANIEL HUTCHISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 09-3018-CV-S-RED** |
| vs. ) | |
| ) | |
| **TEXAS COUNTY, MISSOURI;** ) | |
| **MICHAEL R. ANDERSON,** ) | |
| **TEXAS COUNTY PROSECUTING** ) | |
| **ATTORNEY; and** ) | |
| **MICHAEL R. ANDERSON, individually** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO SEAL DOCUMENTS AND EXHIBITS PREVIOUSLY FILED WITH THE COURT

COMES NOW Plaintiff, Monica Daniel Hutchison, by and through counsel, and in response to Defendant Anderson's Motion to Seal Documents and Exhibits Previously Filed with the Court states and informs the Court as follows:

Plaintiff is filing these suggestions to point out to the Court that there is still a case pending in Missouri state court, Mildred Williams v. Michael Anderson, Case Number 10WE-CC00053 , Webster County, Missouri, involving many of the same events and issues. Plaintiff does not believe it appropriate to limit another litigant's ability to use relevant evidence by filing a motion to seal and points out that her counsel also represents Mildred Williams in the other case. Plaintiff anticipates that many of the witnesses whose depositions have been sealed in this case will testify in the companion case, and those sealed documents may become necessary for impeachment or be introduced in lieu of additional depositions or testimony. Thus, Plaintiff

requests that any order entered by this Court clarify that the documents sealed in this case may be used in Mildred Williams v. Michael Anderson, Case Number 10WE-CC00053.

So long as it does not impede the use of evidence in Mildred Williams v. Michael Anderson, Case Number 10WE-CC00053, Plaintiff has no objection to Defendant's Motion to Seal Documents and Exhibits Previously Filed with the Court.

STEELMAN, GAUNT & HORSEFIELD

By: /s/ Stephen F. Gaunt
MO Bar #33183
David L. Steelman MO Bar #27334
901 Pine Street, Ste. 110
P.O. Box 1257
Rolla, MO 65402
Telephone: 573-341-8336
Fax: 573-341-8548
sgaunt@steelmanandgaunt.com
dsteelman@steelmanandgaunt.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I, Stephen F. Gaunt, hereby certify that on the 15th day of April 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Warren E. Harris
Taylor, Stafford, Clithero, Fitzgerald & Harris, LLP
3315 East Ridgeview, Ste. 1000
Springfield, MO 65804
Counsel for Defendant Michael Anderson

             /s/ Stephen F. Gaunt
              Stephen F. Gaunt