IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MONICA DANIEL HUTCHISON,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )      Case No.: 09-3018-CV-S-RED
                                    )
TEXAS COUNTY, MISSOURI,             )
MICHAEL R. ANDERSON,                )
TEXAS COUNTY PROSECUTING            )
ATTORNEY, and                       )
MICHAEL R. ANDERSON, individually,  )
                                    )
            Defendants.             )

## DEFENDANT MICHAEL ANDERSON'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO SEAL DOCUMENTS AND EXHIBITS PREVIOUSLY FILED WITH THE COURT

COMES NOW Defendant Michael R. Anderson, by and through counsel, and for his

Reply to the Plaintiff's Response to Defendant Anderson's Motion to Seal Documents and

Exhibits states as follows:

Counsel for Defendant Anderson and counsel for the Plaintiff have already reached

an agreement that depositions from the matter currently pending before this court may be

used in the state court case involving Mildred Williams.  As such, Defendant Anderson

does not object to the Plaintiff's Response and in fact is in agreement with it.

WHEREFORE, Defendant Michael R. Anderson prays that the court enter its order

sealing those documents and exhibits requested in his original Motion to Seal Documents

and Exhibits Previously Filed with the Court and for such other and further relief as the

court deems just in the premises.

-1-

**TAYLOR, STAFFORD, CLITHERO, FITZGERALD & HARRIS, LLP**

By   /s/ Warren E. Harris
      Warren E. Harris
      Missouri Bar No. 40372
      wharris@taylorstafford.com

By   /s/ Lance A. Roskens
      Lance A. Roskens
      Mo. Bar No. 59408
      lroskens@taylorstafford.com
      3315 E. Ridgeview, Suite 1000
      Springfield, MO 65804
      Tel: 417-887-2020
      Fax: 417-887-8431
      **COUNSEL FOR DEFENDANT ANDERSON**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of April, 2011, the foregoing *Defendant Michael Anderson's Reply to Plaintiff's Response to Defendant's Motion to Seal Documents and Exhibits Previously Filed with the Court* was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for Plaintiff, David L. Steelman and Corey L. Franklin.

      /s/ Lance A. Roskens
      Lance A. Roskens

-2-