# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **MONICA DANIEL HUTCHISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 09-3018-CV-S-RED |
| ) | |
| **TEXAS COUNTY, MISSOURI,** *et al*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Before the Court is Defendant Michael Anderson's Motion to Seal Documents and Exhibits Previously Filed with the Court (Doc. 343). Defendant Michael Anderson ("Defendant") requests the Court order documents 207, 213, 236 and 258 filed on the Case Management/Electronic Case Files system in this case sealed, including all exhibits filed with said documents. Plaintiff states it has no objection to Defendant's Motion but requests the Court clarify that the documents that have been sealed in this case may be used in a separate lawsuit ongoing in state court. Defendant does not object to Plaintiff's request. After careful consideration, the Court **GRANTS** the Motion to Seal Documents and Exhibits Previously Filed with the Court and orders the Clerk of the Court to seal documents 207, 213, 236 and 258, as well as all attached exhibits to said documents. Nothing in this Order shall be construed as preventing the documents that have been sealed in this matter to be used in the separate lawsuit filed by Mildred Williams.

**IT IS SO ORDERED**.

DATED: April 21, 2011        */s/ Richard E. Dorr*
                             RICHARD E. DORR, JUDGE
                             UNITED STATES DISTRICT COURT