IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-3018-CV-S-RED |
| | ) |
| TEXAS COUNTY, MISSOURI, *et al*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Bill of Costs (Doc. 342). Plaintiff requests the Court tax costs against Defendant Michael R. Anderson ("Anderson") in the amount of $24,949.23. Defendant Anderson did not file any opposition to the Bill of Costs and the time do so has passed. After careful consideration and under the particular circumstances of this case, the Court **ORDERS** the Clerk of Court to tax costs in the amount of $24,949.23 against Defendant Anderson.

**IT IS SO ORDERED**.

DATED: May 11, 2011          */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT