# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MONICA DANIEL HUTCHISON, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 09-3018-CV-S-RED |
| vs. ) | |
| ) | |
| TEXAS COUNTY, MISSOURI; ) | |
| MICHAEL R. ANDERSON, ) | |
| TEXAS COUNTY PROSECUTING ) | |
| ATTORNEY; and ) | |
| MICHAEL R. ANDERSON, individually ) | |
| ) | |
| **Defendants.** ) | |

## DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff Monica Daniel Hutchison by and through her attorneys of record and Defendant Michael R. Anderson, by and through his attorney of record, and stipulate and agree pursuant to Federal Rule of Civil Procedure 41 that all remaining claims asserted herein against Defendant by Plaintiff Monica Daniel Hutchison shall be dismissed with predjudice. The parties have agreed to satisfy costs between themselves.

Respectfully Submitted,

| | |
|---|---|
| **STEELMAN, GAUNT & HORSEFIELD** | **TAYLOR, STAFFORD, CLITHERO, FITGERALD & HARRIS, LLP** |
| By: /s/ Stephen F. Gaunt_____ | |
| Stephen F. Gaunt (Bar No. 33183 MO) | By: /s/ Warren E. Harris_____ |
| David L. Steelman (Bar No. 27334 MO) | Warren E. Harris (Bar No. 40372 MO) |
| 901 Pine Street, Suite 110 | 3315 E. Ridgeview, Ste. 1000 |
| P.O. Box 1257 | Springfield, Missouri 65804 |
| Rolla, Missouri 65402 | Telephone: (417) 887-2020 |
| Telephone: (573) 341-8336 | Facsimile: (417) 887-8431 |
| Facsimile: (573) 341-8548 | wharris@taylorstafford.com |
| sgaunt@steelmanandgaunt.com | *Attorneys for Defendant Michael R. Anderson* |
| *Attorney for Plaintiff* | |
| *Monica Daniel Hutchison* | |