IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MONICA DANIEL HUTCHISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-3018-CV-S-RED |
| | ) | |
| TEXAS COUNTY, MISSOURI, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Dismissal With Prejudice (Doc. 349) filed by counsel on behalf of Plaintiff Monica Daniel Hutchison ("Plaintiff") and Defendant Michael R. Anderson ("Anderson"). The parties have stipulated for the dismissal with prejudice of all remaining claims asserted by Plaintiff against Anderson. As such, all remaining claims asserted by Plaintiff against Anderson are **DISMISSED WITH PREJUDICE**.

Also before the Court is a proposed Bill of Costs (Doc. 347) filed by counsel on behalf of Defendant Texas County, Missouri ("Texas County"). The Court notes that summary judgment was entered in favor of Texas County and against Plaintiff through the Court's Order (Doc. 182) on July 23, 2010. On August 17, 2010, Texas County filed a Motion for Entry of Final Judgment (Doc. 198) which was denied (Order Doc. 282). On May 9, 2011 Texas County filed their proposed Bill of Costs which requests for costs to be taxed against Plaintiff. On May 20, 2011 Plaintiff filed her Objections to Defendant Texas County, Missouri's Bill of Costs (Doc. 350). Since all issues between all parties have now been adjudicated the summary judgment entered in favor of Texas County is now considered a final judgment. It is not necessary for Texas County

to file an additional proposed bill of costs; however, if the parties wish to file any additional briefings on this cost issue they must do so within 10 days from the date of this Order.

    **IT IS SO ORDERED**.

DATED:    May 23, 2011                                  */s/ Richard E. Dorr*
                                                          RICHARD E. DORR, JUDGE
                                                          UNITED STATES DISTRICT COURT